## EXHIBIT D

### DENTON US LLP'S MONTHLY INVOICES FOR THIRD INTERIM PERIOD OF MARCH 1, 2013 THROUGH JUNE 30, 2013

## EXHIBIT D – PART 1

**DENTON US LLP'S MONTHLY INVOICE FOR THE MONTH OF MARCH 2013**

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466683**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

---

Total This Invoice                                  $          7,968.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466683**

Client/Matter:  30000271-0005

GENERAL

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 03/11/13 | G. Medina | 3.20 | 915.20 | Worked on Monthly Fee application for February. |
| 03/12/13 | G. Medina | 2.30 | 657.80 | Finalized Monthly Fee Application. |
| 03/15/13 | R. Richards | 0.50 | 334.50 | Review draft of monthly fee app and exhibit and emails re same. |
| 03/18/13 | D. Pina | 1.00 | 286.00 | Review draft of monthly fee statement for the month of February 2013 (.7);  distribute for comments, revisions and approval for filing (.3). |
| 03/20/13 | G. Medina | 0.80 | 228.80 | Filed and Served February Monthly fee application. |
| 03/26/13 | D. Pina | 0.50 | 143.00 | Compile working copies of monthly fee statements in preparation for drafting of 2nd Quarterly Fee Application (.5). |
| 03/26/13 | S. Rodriguez | 0.40 | 226.80 | Confirm list of active pending litigation matters for purposes of filing court notices for firm. |
| 03/27/13 | D. Pina | 5.00 | 1,430.00 | Continue review of monthly fee statements for November 2012, December 2012, January 2013 and February 2013 and work on summary of fees by professional, project category, and summary of expenses (3.8); review and work on draft 2nd quarterly fee application (1.2). |
| 03/28/13 | D. Pina | 7.00 | 2,002.00 | Continue review of monthly fee statements for November 2012, December 2012, January 2013 and February 2013 and working on summary of fees by professional, project category, and summary of expenses (5.); continue review and revising draft of 2nd quarterly fee application (2.). |

GENERAL

April 15, 2013

Matter: 30000271-0005
Invoice No.: 1466683

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/29/13 | D. Pina | 6.10 | 1,744.60 | Review monthly fee statements for November 2012, December 2012, January 2013 and February 2013 and work on summary of fees by professional, project category, and summary of expenses (6.1). |
| Total Hours | | 26.80 | | |
| Fee Amount | | | | $7,968.70 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $669.00 | 0.50 | $334.50 |
| D. Pina | $286.00 | 19.60 | $5,605.60 |
| G. Medina | $286.00 | 6.30 | $1,801.80 |
| S. Rodriguez | $567.00 | 0.40 | $226.80 |
| Totals | | 26.80 | $7,968.70 |

Fee Total          $      7,968.70

Invoice Total          $      7,968.70

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466684**

Client/Matter: 30000271-0006

STATE OF UTAH V.

Payment Due Upon Receipt

Total This Invoice                                             $            141.40

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                                April 15, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                                        **Invoice No. 1466684**
St. Louis, MO 63146

Client/Matter:   30000271-0006

STATE OF UTAH V.

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/12/13 | C. Moore | 0.20 | 141.40 | Review ETHEX filing. |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $141.40 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Moore | $707.00 | 0.20 | $141.40 |
| Totals | | 0.20 | $141.40 |

| | | |
|--|--|--|
| Fee Total | $ | 141.40 |
| Invoice Total | $ | 141.40 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

April 15, 2013

**Invoice No. 1466696**

Client/Matter: 30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

Payment Due Upon Receipt

Total This Invoice                                        $          183.20

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

April 15, 2013

**Invoice No. 1466696**

Client/Matter:  30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/29/13 | D. Brasher | 0.40 | 183.20 | Draft letter to clerk regarding status of bankruptcy proceedings; discuss same with A. Sorkin. |
| Total Hours | | 0.40 | | |
| Fee Amount | | | | $183.20 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| D. Brasher | $458.00 | 0.40 | $183.20 |
| Totals | | 0.40 | $183.20 |

| | | |
|---|---|---|
| Fee Total | $ | 183.20 |
| Invoice Total | $ | 183.20 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466685**

Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation

Payment Due Upon Receipt

---

Total This Invoice                                                        $         4,392.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400



DENTONS US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466685**

Client/Matter:   30000271-0134

ETHEX Boston Qui Tam Litigation

For Professional Services Rendered through March 31, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 03/06/13 | S. Cenawood | 0.20 | 139.40 | E-mails with P. Christmas. |
| 03/08/13 | S. Cenawood | 0.90 | 627.30 | Telephone calls with P. Christmas; telephone calls with AUSA Byars and NMFCU liaison J. Speers; follow up regarding Texas inquiries and settlement discussions. |
| 03/11/13 | S. Cenawood | 0.40 | 278.80 | Follow up regarding Texas AG issues and settlement issues with DOJ. |
| 03/12/13 | S. Cenawood | 0.80 | 557.60 | Emails with P. Christmas, T. McHugh and M Feldman; follow up regarding efforts to compromise government's bankruptcy claims. |
| 03/13/13 | S. Cenawood | 1.40 | 975.80 | Emails with P. Christmas and T. McHugh; telephone call with T. McHugh; telephone calls with AUSA Byars; follow up regarding efforts to compromise government's claims. |
| 03/18/13 | S. Cenawood | 0.60 | 418.20 | Telephone calls and emails with P. Christmas; emails with M. Byars and J. Speers; emails with R. Spigel. |
| 03/19/13 | S. Cenawood | 0.50 | 348.50 | Emails with P. Christmas, M. Byars and J. Speers; emails with R. Spigel. |
| 03/20/13 | S. Cenawood | 1.10 | 766.70 | Conference call with AUSA Byars, NY AAG Speers, R. Spigel and P. Christmas regarding bankruptcy plan and voting issues; follow up regarding efforts to reach resolution of government claims. |
| 03/22/13 | S. Cenawood | 0.40 | 278.80 | Follow up regarding efforts to compromise government bankruptcy claims and upcoming plan vote. |

| Total Hours | 6.30 | | |
|---|---|---|---|
| Fee Amount | | | $4,391.10 |

ETHEX Boston Qui Tam Litigation

April 15, 2013

Matter: 30000271-0134
Invoice No.: 1466685

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Cenawood | $697.00 | 6.30 | $4,391.10 |
| Totals | | 6.30 | $4,391.10 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 1.30 |
| | | SUBTOTAL | 1.30 |
| | Total Disbursements | | $1.30 |

| | | |
|---|---|---|
| Fee Total | $ | 4,391.10 |
| Disbursement Total | $ | 1.30 |
| Invoice Total | $ | 4,392.40 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

April 15, 2013

**Invoice No. 1466686**

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/ETHEX

Payment Due Upon Receipt

---

Total This Invoice                                              $          22,893.10

Please return this page with your payment

In the case of mail deliveries to:            In the case of overnight deliveries to:
Dentons US LLP                                          Dentons US LLP
Dept. 7247-6670                    OR            Attention: Accounting
Philadelphia, PA 19170-6670                      233 South Wacker Drive
                                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

April 15, 2013

**Invoice No. 1466686**

Client/Matter:  30000271-0135

Maria Cristina Gonzalez Romero v KV/ETHEX

---

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/01/13 | S. Rovak | 2.30 | 1,375.40 | Began review of all documents relating to summary judgment. |
| 03/01/13 | S. Rovak | 2.60 | 1,554.80 | Began preparation of a summary judgment deskbook. |
| 03/04/13 | S. Rovak | 0.80 | 478.40 | Continued preparation of summary judgment deskbook. |
| 03/04/13 | S. Rovak | 0.80 | 478.40 | Continued preparation of deposition outline for Nesher representative. |
| 03/05/13 | S. Rovak | 1.80 | 1,076.40 | Continued preparation of deposition outline for Nesher representative and deposition logistics arrangement. |
| 03/07/13 | S. Rovak | 0.90 | 538.20 | Continued preparation of summary judgment oral argument. |
| 03/07/13 | M. Nickel | 1.30 | 595.40 | Review notice of deposition and proposed topic list, and compare same to summary judgment motion to identify objectionable topics and to develop witness preparation strategy. |
| 03/08/13 | M. Nickel | 1.20 | 549.60 | Draft e-mail correspondence with plaintiff's counsel and V. Kaiman regarding deposition; and prepare for deposition. |
| 03/09/13 | M. Nickel | 1.20 | 549.60 | Review deposition notice and MSJ to identify deposition topics that may be objectionable (.8); draft e-mail summary regarding deposition topics (.4). |
| 03/11/13 | M. Nickel | 0.60 | 274.80 | Plan and prepare for deposition of V. Kaiman. |
| 03/11/13 | S. Rovak | 1.90 | 1,136.20 | Continued preparation of responses on topics for corporate representative's deposition. |
| 03/11/13 | S. Rovak | 0.40 | 239.20 | Continued preparation of oral argument deskbook for judge. |

Maria Cristina Gonzalez Romero v KV/ETHEX

April 15, 2013

Matter: 30000271-0135
Invoice No.: 1466686

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/12/13 | S. Rovak | 2.80 | 1,674.40 | Continued review of relevant documentation for Nesher depositions. |
| 03/13/13 | S. Rovak | 1.20 | 717.60 | Completed review of entire APA. |
| 03/13/13 | S. Rovak | 2.40 | 1,435.20 | Continued preparation of outline for oral argument. |
| 03/14/13 | S. Rovak | 2.20 | 1,315.60 | Deposition preparation of Nesher CEO. |
| 03/14/13 | S. Rovak | 0.60 | 358.80 | Notes for final preparation written in light of information from interview. |
| 03/14/13 | S. Rovak | 1.20 | 717.60 | Continued preparation of oral argument outline. |
| 03/15/13 | S. Rovak | 2.00 | 1,196.00 | Preparation for deposition of V. Kaiman. |
| 03/15/13 | S. Rovak | 5.00 | 2,990.00 | Attend deposition of V. Kaiman. |
| 03/19/13 | S. Rovak | 0.50 | 299.00 | Continued preparation of summary judgment materials in light of deposition testimony of V. Kaiman. |
| 03/20/13 | S. Rovak | 0.30 | 179.40 | Conference with attorney for Romero regarding dismissal and evidence. |
| 03/20/13 | S. Rovak | 0.40 | 239.20 | Correspondence with client and bankruptcy attorney's regarding insurance coverage as means to obtain dismissal of Nesher. |
| 03/20/13 | M. Nickel | 1.10 | 503.80 | E-mail correspondence with S. Rovak, client, and bankruptcy counsel regarding Kaiman deposition and strategy regarding Nesher MSJ. |
| 03/21/13 | S. Rovak | 0.80 | 478.40 | Review of insurances matters provided by CG Hintmann. |
| 03/21/13 | S. Rovak | 0.20 | 119.60 | Review additional material submitted by V. Kaiman. |
| 03/22/13 | S. Rovak | 0.30 | 179.40 | Correspondence on insurance issues. |
| 03/22/13 | S. Rovak | 0.30 | 179.40 | Correspondence with opposing counsel on possible dismissal. |
| 03/28/13 | S. Rovak | 0.60 | 358.80 | Review of deposition transcript of V. Kaiman. |
| 03/28/13 | M. Nickel | 2.40 | 1,099.20 | Review deposition transcript of V. Kaiman. |
| Total Hours | | 40.10 | | |

Fee Amount                                                                    $22,887.80

Maria Cristina Gonzalez Romero v KV/ETHEX

April 15, 2013

Matter: 30000271-0135
Invoice No.: 1466686

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Rovak | $598.00 | 32.30 | $19,315.40 |
| M. Nickel | $458.00 | 7.80 | $3,572.40 |
| Totals | | 40.10 | $22,887.80 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 5.30 |
| | | SUBTOTAL | 5.30 |
| 3/15/2013 | Meals STEPHEN H ROVAK LUNCH | | 0.00 |
| | Total Disbursements | | $5.30 |

| | | |
|---|---|---|
| Fee Total | $ | 22,887.80 |
| Disbursement Total | $ | 5.30 |
| Invoice Total | $ | 22,893.10 |

4

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466687**

Client/Matter: 30000271-0142

Makena Strategy

Payment Due Upon Receipt

Total This Invoice                    $        21,052.95

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                    Dentons US LLP
Dept. 7247-6670                                   Attention: Accounting
Philadelphia, PA 19170-6670     OR               233 South Wacker Drive
                                                  Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466687**

Client/Matter:  30000271-0142

Makena Strategy

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/04/13 | G. Weinreich | 0.20 | 137.20 | Exchange emails with team regarding potential FDA amici briefs; exchange emails with team regarding upcoming depositions. |
| 03/06/13 | M. Weller | 0.90 | 566.10 | Call with S. Sellers regarding legislative outreach in House & Senate; follow-up with G. Weinreich regarding same (.6); discussion with D. Gibb on state outreach (.3). |
| 03/07/13 | M. Weller | 1.70 | 1,069.30 | Email with S. Goedeke regarding coalition (.4); call with D. Gibb regarding state requests, review FDA 483 announcement, discussion with S. Sellers on compounding coalition; email to P. Christmas; call with G. Divis on lobbying (1.3). |
| 03/07/13 | G. Weinreich | 0.20 | 137.20 | Exchange multiple emails with M. Weller and S. Sellers regarding Hill initiatives; exchange emails about Pharma reach out. |
| 03/10/13 | G. Weinreich | 0.20 | 137.20 | Exchange emails regarding additional Hill initiatives in combination with S. Sellers. |
| 03/11/13 | M. Weller | 2.10 | 1,320.90 | Review outline for establishing 501(c)b organization; review status of state outreach (.8); call with S. Sellers regarding Hill meeting and restructuring Center for Pharmaceutical Safety (.3); follow-up with S. Sellers; call with G. Divis regarding Hill lobbying and coalition (1.0). |
| 03/12/13 | M. Weller | 2.80 | 1,761.20 | Discussion with R. Adams on lobbying strategy (.3); review status of House and Senate compounding legislation; review stockholder association options, prepare AG consumer protection email (1.8); email with G. Divis on NCPA statement; follow-up with P. Ronan on same; discussion with G. Divis regarding next steps on lobbying and organizing (.7). |

Makena Strategy

April 15, 2013

Matter: 30000271-0142
Invoice No.: 1466687

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 03/12/13 | R. Adams | 3.40 | 1,081.20 | Research Center for Pharmaceutical Safety including website; research media, internet and Congressional hearings for potential stakeholders and start building a potential ally list. |
| 03/13/13 | R. Adams | 3.20 | 1,017.60 | Research and prepare potential allies spreadsheet with contacts and details. |
| 03/13/13 | G. Weinreich | 0.20 | 137.20 | Review exchanges between M. Weller and P. Christmas regarding Pharmerica. |
| 03/14/13 | M. Weller | 3.70 | 2,327.30 | Email to G. Divis on coalition idea, call with S. Sellers on DC meetings (1.0). |
| 03/14/13 | R. Adams | 3.20 | 1,017.60 | Research and prepare potential allies spreadsheet with contacts and details. |
| 03/17/13 | T. Goddard | 1.50 | 924.75 | Meeting with B. Hockenberg regarding mortgage issues and upcoming meeting with Iowa AG. |
| 03/17/13 | T. Goddard | 1.00 | 616.50 | Telephone conference with Iowa and Arkansas regarding KV Pharmaceuticals. |
| 03/18/13 | T. Goddard | 0.80 | 493.20 | Schedule and arrange meetings with Iowa and Arkansas regarding KV  Pharmaceutical. |
| 03/19/13 | M. Weller | 1.10 | 691.90 | Discuss amicus brief with P. Christmas, review Public Citizen statements and compounding contacts. |
| 03/21/13 | M. Weller | 1.60 | 1,006.40 | Review compounding articles and update team; send update on state outreach (.5); review Public Citizen communications and email G. Divis on same (1.1). |
| 03/22/13 | M. Weller | 2.30 | 1,446.70 | Coordinate appointments, prepare for state meetings, review compounding press; prepare Public Citizen outreach. |
| 03/25/13 | M. Weller | 2.80 | 1,761.20 | Discussion with S. Sellers on Massachusetts meeting, discussion with D. Lee on NAAG meeting, email with P. Christmas on state meeting, follow up with D. Gibb on same, prepare for meeting. |
| 03/26/13 | M. Weller | 1.80 | 1,132.20 | Discussion with D. Gibb and J. Gudeman regarding Colorado policy and review schedule; discuss schedule with F. Costello, review state policies. |

Makena Strategy

April 15, 2013

Matter: 30000271-0142
Invoice No.: 1466687

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/26/13 | T. Goddard | 1.00 | 616.50 | Work on arrangements for upcoming trips to Iowa and Arkansas regarding KV Pharmaceutical. |
| 03/27/13 | M. Weller | 0.30 | 188.70 | State trip scheduling with team and F. Costello. |
| 03/28/13 | M. Lapinski | 2.00 | 848.00 | Outreach on compounding issues. |
| 03/28/13 | T. Goddard | 1.00 | 616.50 | Telephone conference with B. Hockenberg and L. Scalesi, Des Moines lawyers regarding Attorney General T. Miller. |

| Total Hours | | 39.00 | | |
| Fee Amount | | | | $21,052.55 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Weinreich | $686.00 | 0.80 | $548.80 |
| M. Weller | $629.00 | 21.10 | $13,271.90 |
| M. Lapinski | $424.00 | 2.00 | $848.00 |
| R. Adams | $318.00 | 9.80 | $3,116.40 |
| T. Goddard | $616.50 | 5.30 | $3,267.45 |
| Totals | | 39.00 | $21,052.55 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 2/19/2013 | Document reproduction | 0.40 |
| | SUBTOTAL | 0.40 |
| | Total Disbursements | $0.40 |

Makena Strategy

April 15, 2013

Matter: 30000271-0142
Invoice No.: 1466687

|  |  |  |
|---|---|---|
| Fee Total | $ | 21,052.55 |
| Disbursement Total | $ | 0.40 |
| Invoice Total | $ | 21,052.95 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466688**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

Total This Invoice                                         $              717.60

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466688**

Client/Matter:   30000271-0149

Special Board Committee Representation

For Professional Services Rendered through March 31, 2013:

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Narrative** |
|---|---|---|---|---|
| 03/11/13 | S. Rovak | 1.00 | 598.00 | Preparation for and meeting with attorney M. Margo regarding stock issues with Hermelin trusts. |
| 03/18/13 | S. Rovak | 0.20 | 119.60 | Provide pleading materials to client. |
| Total Hours | | 1.20 | | |
| Fee Amount | | | | $717.60 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Rovak | $598.00 | 1.20 | $717.60 |
| Totals | | 1.20 | $717.60 |

| | | |
|---|---|---|
| Fee Total | $ | 717.60 |
| Invoice Total | $ | 717.60 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1467089**

Client/Matter: 30000271-0152

State Medicaid Actions

Payment Due Upon Receipt

---

Total This Invoice                         $        290,797.53

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1467089**

Client/Matter:  30000271-0152

State Medicaid Actions

_____

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/13 | M. Hall | 5.10 | Prepare for client deposition in GA (3.5); review communications from GA AG (3); work on SC case strategy and discovery issues (1.3). |
| 3/1/13 | D. Gibb | 0.50 | Plan for attorney general outreach efforts to Colorado, Arizona, Utah and Texas; phone call with M. Weller to discuss details of the outreach effort; review KV Pharmaceutical's prior correspondence with state offices; review news developments regarding FDA inspections; phone call with B. McCollum regarding meetings. |
| 3/1/13 | M. Weller | 0.40 | Discuss with D. Gibb state outreach. |
| 3/1/13 | E. Shoudt | 3.00 | Prepare miscellaneous documents for production to GA AG (1.0); review materials to send to GA for deposition preparation (.5); telephone call with P. Hall regarding status and 30(b)(6) deposition (.4); review documents produced by SCDHHS (1.0); emails with MCC regarding physician communications (.1). |
| 3/3/13 | D. Boor | 1.50 | Download, review and audit materials received from E. Shoudt regarding SC production. Coordination with vendor Barrister to complete project so review could start in Concordance\IPRO. |
| 3/3/13 | D. Marrocco | 0.50 | State Medicaid actions review and analyze case strategy correspondence. |
| 3/3/13 | M. Hall | 2.50 | Review background documents and other preparation for deposition of corporate representative in GA case. |
| 3/4/13 | M. Hall | 9.50 | Review documents and meet with corporate witness in preparation for deposition in GA case (9.0); confer with local counsel in SC case regarding discovery issues (.5). |
| 3/4/13 | E. Shoudt | 10.00 | Working Travel to Atlanta (4.0); attend deposition prep with P. Hall, client and S. Goedeke (6.0); review SC document production (2.0) |
| 3/4/13 | D. Boor | 3.00 | Coordinate and set-up of KV SC Review for E. Shoudt and B. Brownshadel; prepare gaps report per E. Shoudt request. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/4/13 | D. Gibb | 0.20 | Coordinate with B. McCollum and J. Garcia on the meeting schedule for attorney general outreach efforts. |
| 3/4/13 | D. Marrocco | 1.50 | Review Dubberly and Wiant deposition transcripts in GA. |
| 3/5/13 | M. Hall | 12.00 | Defend deposition of corporate witness in GA state Medicaid action. |
| 3/5/13 | E. Shoudt | 12.00 | Attend Rule 30(b)(6) deposition of S. Goedeke (10.0); working travel to Washington, DC (4.0). |
| 3/5/13 | B. Brownshadel | 3.50 | Review filings from SC lawsuit and prepare for conference call with E. Shoudt tomorrow. |
| 3/6/13 | E. Shoudt | 5.00 | Telephone call with C. Hintmann regarding document production responses (.5); draft responses to interrogatories and document requests; emails with various KV individuals regarding document collection; review conflicts check on MCOs (3.0); draft supplemental interrogatories (SC), draft requests for admission (SC); and draft notices of deposition (SC) (1.50). |
| 3/6/13 | M. Hall | 3.00 | Work on discovery issues in SC case (1.5); work on discovery issues in GA case (1.5). |
| 3/6/13 | B. Brownshadel | 7.90 | Finish reviewing background information on SC case; discuss issues and document review with E. Shoudt; begin reviewing and analyzing documents, note-taking, and listing of bates numbers missing attachments. |
| 3/6/13 | D. Gibb | 0.70 | Prepare the state meeting request correspondence from B. McCollum to Texas, Utah and Colorado; coordinate with J. Garcia and M. Weller regarding the same. |
| 3/6/13 | D. Marrocco | 1.70 | Correspondence on KV corporate designee deposition (.50); review state correspondence on RFAs (.20); review SC discovery responses and correspondence on same (1.0). |
| 3/7/13 | E. Shoudt | 6.80 | Review CMO subpoenas and send edits to local counsel (.5); edit attachments for 4 CMO subpoenas; run and review conflict checks on CMOS and draft emails for waivers (1.6); edit Requests for Admission, send same to local counsel and client for review (3.0); draft letter to GA AG regarding Requests for Admission (.5); finalize deposition notices for Assey and Williams (.2); emails with client regarding search terms (.2); telephone call with P. Hall regarding strategy (.8); |
| 3/7/13 | B. Brownshadel | 11.40 | Review and analyze key documents produced from SC and tag for specific issues. |
| 3/7/13 | D. Marrocco | 2.40 | Review draft interrogatories and revise RFAs for SC (1.20); prepare responses to RFAs for GA (1.20). |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/7/13 | D. Gibb | 0.70 | Email exchange with M. Weller regarding meetings; phone call and email exchange with T. Goddard regarding potential meetings with the Rhode Island and Arkansas offices; phone calls with M. Weller and J. Garcia regarding coordination on AG meeting requests. |
| 3/7/13 | M. Hall | 3.80 | Confer with E. Shoudt regarding strategy for Medicaid cases (.5); work on discovery issues in SC case (1.5); work on discovery issues in GA case (1.8). |
| 3/7/13 | D. Boor | 1.00 | QC and load in new processed data received from vendor Barrister per E. Shoudt request. |
| 3/7/13 | M. Weller | 0.70 | Discussion with D. Gibb and B. McCollum regarding FDA action; follow-up with D. Gibb on state outreach (.7). |
| 3/8/13 | M. Hall | 2.30 | Work on deposition and other discovery issues in SC case (1.8); review MCO responses in GA case (.5). |
| 3/8/13 | H. Gomez-Novoa | 2.30 | Review documents produced by Cook & Dubberly on Jan. 23, 2013 (00001-00843) to confirm if all required documents were produced; review medical records against the spreadsheet and mark the ones that were produced. |
| 3/8/13 | E. Shoudt | 4.50 | Telephone call with local counsel regarding MCO subpoenas, motion to compel, spoliation and discovery timelines (.3); emails with client regarding MCC document collection (.2); review documents provided by MCC (.2); review document requests and devise search terms for collection (.5); organize deposition and discovery deadlines and send emails regarding same (.5); general case management for GA and SC (.5); review SC production for Wiant emails (1.2). |
| 3/8/13 | D. Gibb | 0.40 | Coordinate with B. McCollum and T. Goddard on state meetings in Arizona, Colorado, Utah and Texas. |
| 3/8/13 | D. Marrocco | 1.30 | Review supplemental interrogatories to SC and related correspondence (.40); revise RFA responses to GA (.60); review correspondence on SC depositions (.30). |
| 3/8/13 | B. Brownshadel | 9.30 | Review and analyze key documents produced from SC and tag for specific issues; create list of key bates numbering that is missing attachments and reveals confidential patient information and attorney mental impressions. |
| 3/9/13 | E. Shoudt | 1.30 | Prepare MCC documents for production. |
| 3/9/13 | M. Hall | 0.50 | Communications with local and with E. Shoudt regarding discovery issues in S. Carolina case. |
| 3/10/13 | E. Shoudt | 3.00 | Review and edit redaction log. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/10/13 | D. Boor | 0.50 | Upload document for KV-GA database per E. Shoudt request to IDS due to size restrictions. |
| 3/11/13 | E. Shoudt | 3.00 | Edit Statement of Material Facts for GA Summary Judgment Motion. |
| 3/11/13 | M. Hall | 3.00 | Confer with E. Shoudt regarding SC discovery issues (.8); confer with E. Shoudt regarding GA discovery issues (.8); draft a letter to GA AG regarding outstanding discovery issues (.5);confer with local counsel in SC regarding deposition and discovery issues (.5); confer with local counsel in GA regarding discovery issues (.4). |
| 3/11/13 | E. Shoudt | 4.50 | Edit Supplemental Interrogatories and Requests for Admission (SC) (1.5); review MCC documents (.5); review letter from J. Naunas regarding Cook deposition (.2); email local counsel regarding RFAs and Deposition of Cook (.3); review letter to J. Naunas regarding response to documents requested; telephone call with client regarding email searches (.5); review Linda Wiant emails in SC production (.5); review SC protective order regarding use of same (.3); finalize production 3 for GA case (.5); emails with local counsel regarding SC document production (.2). |
| 3/11/13 | D. Marrocco | 3.00 | Revise letter to GA on deficiencies (1.6); review correspondence on RFAs and deposition of Cook (.30); review finalized SC RFAs and revise (.80); review SC interrogatories (.30). |
| 3/12/13 | E. Shoudt | 5.50 | Draft Statement of Undisputed Material Facts; review Wiant and Dubberly deposition transcripts. |
| 3/12/13 | D. Marrocco | 2.50 | Draft responses to RFAs in GA. |
| 3/12/13 | D. Boor | 1.30 | Coordination with E. Shoudt regarding new email project (SC) for processing by vendor IDS; review document from E. Shoudt regarding gaps and prepare new document with gaps and missing documents. |
| 3/12/13 | M. Hall | 2.30 | Confer with local counsel in SC regarding discovery issues (.4); multiple conferences with E. Shoudt regarding strategy in SC and GA (1.5); confer with CG Hintmann regarding deposition scheduling (.4). |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/13/13 | M. Hall | 4.00 | Review client communications regarding SC pharmacy warning letters and review warning letters (.4); conferences with E. Shoudt regarding status of SC and GA actions and strategy moving forward (1.5); call with GA AG regarding discovery issues (.5); call to P. Christmas regarding GA discovery issues (.3); confer with D. Marrocco and E. Shoudt regarding strategy for SC and GA actions (.8); communications with SC local counsel regarding ongoing discovery issues (.5). |
| 3/13/13 | E. Shoudt | 3.50 | Draft Motion for Extension of discovery (.5); update Statement of Material Facts and motion for summary judgment (.5); telephone call with P. Hall regarding strategy (.5); draft to do list (1.0); telephone call with P. Hall and D. Marrocco regarding to do list and strategy (1.0). |
| 3/13/13 | B. Brownshadel | 1.20 | Review document production from SC. |
| 3/13/13 | D. Gibb | 0.30 | Draft email update to M. Weller regarding the AG outreach meetings; phone call with J. Garcia to discuss the meeting details in Colorado, Utah and Texas. |
| 3/13/13 | D. Marrocco | 3.30 | Review draft consent motion (.30); teleconference with P. Hall and E. Shoudt regarding case strategy (1.0); review SC interrogatory response (1.0); review statement of undisputed facts (1.0). |
| 3/13/13 | M. Weller | 1.70 | Review state contacts per P. Christmas, email follow-up with D. Gibb and D. Lee; send P. Christmas updated email (.8); review state contacts and Medicaid policies (.9). |
| 3/13/13 | E. Shoudt | 0.80 | Telephone call with GA AG regarding documents requested, RFAs, Cook deposition scheduling and other discovery issues (.5); review GA RFAs (.3). |
| 3/13/13 | E. Shoudt | 2.00 | Telephone call with N. Gewertz regarding production update; edit email to N. Gewertz regarding delays; serve responses to third interrogatories; discussion with D. Morris regarding Voic production review; general attention to case and discovery issues. |
| 3/14/13 | E. Shoudt | 6.00 | Review CMO legal authority (1.8); email client regarding same (.3); edit motion to extend scheduling order (.3); email local counsel regarding same (.3); telephone call with counsel for Peach State (.3); edit responses to GA RFAs (.5); review letter from GA AG regarding documents requested (.2); prepare exhibits for D. Marrocco for SJ motion (.2); send RFAs to client (.2); telephone call with J. Alphin and local counsel regarding scheduling (.4); general attention to GA and SC discovery matters (1.5). |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 3/14/13 | D. Gibb | 0.20 | Phone calls with M. Weller and T. Goddard regarding outreach efforts. |
| 3/14/13 | B. Brownshadel | 10.20 | Review document production from SC. |
| 3/14/13 | D. Marrocco | 5.70 | Draft GA summary judgment papers; revise GA RFAs; respond to SC interrogatories. |
| 3/14/13 | M. Hall | 2.70 | Work on discovery issues in GA (2.0); confer with P. Christmas regarding status of settlement with GA (.4); confer with E. Shoudt regarding CMO issues (.3). |
| 3/14/13 | J. Hanson | 4.00 | Review emails and correspondence; update correspondence file; access Pacer and review court filings; reproduce files, update pleadings binders and indexes; organize case files. |
| 3/14/13 | M. Weller | 0.40 | Outreach to D. Gibb on State meetings, consumer policy research (.4). |
| 3/15/13 | J. Hanson | 2.40 | Review, organization and management of case files. |
| 3/15/13 | M. Hall | 3.10 | Review communications with GA Medicaid counsel and proposed motion to extend (.8); communications with local counsel in SC regarding discovery issues and mediation issues (1.2); review communications from MCO's in GA (.4); work on scheduling issues in GA and SC cases (.7). |
| 3/15/13 | D. Marrocco | 5.60 | Review SC interrogatory responses (.40); conference call with E. Shoudt on third party discovery in GA (.20); prepare summary judgment papers (4.0); review GA State witness depositions (1.0). |
| 3/15/13 | D. Boor | 1.50 | Coordinate print jobs for E. Shoudt regarding pulling documents from Concordance/IPRO for vendor Barrister regarding (Burton & Hot Documents). |
| 3/15/13 | B. Brownshadel | 3.00 | Finish reviewing document production from SC; discuss findings, mental impressions, and opinions with E. Shoudt. |
| 3/15/13 | D. Gibb | 0.80 | Assist T. Goddard with meeting request efforts for state attorneys general in Arkansas and Iowa. |
| 3/16/13 | E. Shoudt | 1.40 | Review letter from GA AG regarding document production; research omitted pages in Relativity; draft response letter. |
| 3/17/13 | D. Gibb | 0.10 | Coordinate with D. Lee and T. Goddard on state attorney general outreach efforts. |
| 3/17/13 | D. Boor | 0.80 | Coordinate with E. Shoudt and vendor Barrister regarding printing of documents (Burton and not Hot) per E. Shoudt request. |
| 3/17/13 | M. Hall | 0.50 | Confer with E. Shoudt regarding MCO discovery issues in SC. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/17/13 | E. Shoudt | 2.50 | Review documents tagged "hot" for Burton deposition. |
| 3/18/13 | R. Ellison, Jr. | 0.20 | Unzip file and send documents to case team. |
| 3/18/13 | M. Ratner | 1.20 | Create new Concordance Production database and load production documents as requested by A. Shoudt. |
| 3/18/13 | M. Hall | 4.80 | Review proposal and confer with P. Christmas regarding GA settlement discussions (.5); communications with local counsel and E. Shoudt regarding discovery strategy in SC (1.5); work on GA discovery responses and strategy for discovery (1.6); review revisions to GA discovery responses and comment upon same (.8); confer with GA counsel regarding discovery issues (.4). |
| 3/18/13 | J. Hanson | 2.10 | Review key , remove duplicate emails, and organize documents into chronological order. |
| 3/18/13 | D. Gibb | 0.30 | Coordinate the details of the state attorney general meetings in Iowa and Arkansas. |
| 3/18/13 | E. Shoudt | 5.50 | Edit Requests for Admission and serve same (1.5); emails with local counsel regarding settlement conference (.3); prepare for document review (2.7); edit letter to DCH regarding document production (1.0). |
| 3/18/13 | M. Weller | 0.30 | Discussion with D. Gibb on state meetings. |
| 3/18/13 | D. Marrocco | 3.40 | Review and revise discovery responses in GA; draft summary judgment motion; review 3d party discovery issues in GA. |
| 3/19/13 | B. Cooper | 7.10 | Prepare for and participate in SC doc review kick-off call; review documents. |
| 3/19/13 | C. Taylor | 3.10 | Review documents for SC action. |
| 3/19/13 | E. Shoudt | 8.10 | Conduct training with document reviewers for SC document review, draft protocol for review and emails with vendor regarding persistent highlighted terms (2.3); review documents tagged hot and Burton for SC depositions (2.5); review documents in Relativity, address various reviewer questions, batch out documents, review Peach State produced documents (3.3). |
| 3/19/13 | B. Brownshadel | 2.00 | Review background documents; conference call with E. Shoudt, A. Cooper, T. Andrews, and M. Soheil; discuss efficiency in reviewing documents with A. Cooper; begin review. |
| 3/19/13 | T. Andrews | 1.90 | Meeting to discuss review protocol (.9); review documents in response to requests (1.0) |
| 3/19/13 | J. Hanson | 2.70 | Review correspondence and court filings; import files to local drive; organization of electronic files; update case binders. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/19/13 | M. Ratner | 1.40 | User set up and support for KV SC review. |
| 3/19/13 | M. Hall | 3.20 | Work on SC document production strategy (.5); work on mediation issues in GA (.3); confer with client regarding deposition dates and scheduling (.4); review GA settlement proposals and confer with client regarding same (1.2); review GA responses to discovery and confer with E. Shoudt regarding same (.8). |
| 3/19/13 | M. Soheil | 1.40 | Telephone conference relating to KV SC document review. Review document review protocol memo. Review Requests for Production and Requests for Interrogatories. |
| 3/19/13 | A. Pierson | 2.10 | Discuss initial document review assignment with E. Shoudt; review background materials in preparation for beginning document review; begin reviewing documents. |
| 3/19/13 | L. Barry | 5.80 | Reviewed documents to identify documents responsive to document requests in preparation for document production |
| 3/19/13 | D. Marrocco | 2.40 | Prepare summary judgment arguments (1.50); review GA RFA responses (0.90). |
| 3/20/13 | D. Marrocco | 0.50 | Review SC interrogatory responses and related correspondence. |
| 3/20/13 | L. Barry | 1.00 | Reviewed documents to determine responsiveness to document requests in preparation for document production |
| 3/20/13 | M. Soheil | 2.20 | Review documents. |
| 3/20/13 | D. Boor | 1.50 | Perform searches per E. Shoudt in KV SC database and pull documents for printing with vendor Barrister. |
| 3/20/13 | M. Hall | 2.70 | Confer with local counsel in GA regarding recent filing and status (.5); confer with P. Christmas and E. Shoudt regarding upcoming depositions in SC (.5); work on mediation issues in GA (.5); work on mediation issues in SC (.8); confer with client regarding Texas pharmacy board actions (.4). |
| 3/20/13 | J. Hanson | 0.30 | Review docket and court filings, import files to local drive; review emails and correspondence. |
| 3/20/13 | T. Andrews | 3.00 | Review documents in response to requests for production |
| 3/20/13 | A. Pierson | 8.10 | Review documents for relevancy to upcoming production. |
| 3/20/13 | M. Weller | 1.20 | Send emails regarding state meetings; follow-up with P. Christmas and J. Gudeman; coordinate on three state meetings with D. Gibb; follow-up with J. Gudeman and P. Christmas. |
| 3/20/13 | B. Brownshadel | 8.50 | Review documents for production to SC. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/20/13 | B. Cooper | 12.30 | Review documents for responsiveness to Defendants ROGs in SC case. |
| 3/20/13 | E. Shoudt | 1.50 | Review documents produced by Peach State in response to subpoena; address various emails from reviewers and vendor. |
| 3/20/13 | D. Gibb | 0.20 | Coordinate details regarding the state attorney general meetings on behalf of KV Pharmaceutical. |
| 3/21/13 | M. Weller | 0.20 | Coordinate with P. Christmas, J. Gudeman on state meetings (.2). |
| 3/21/13 | E. Shoudt | 8.50 | Review documents produced by SCDHHS for key document binders (3.5); select documents for Burton deposition (3.5); telephone call with P. Hall regarding same (.5); draft letter regarding deficiencies in SC's production (.5); edit interrogatory responses (.5). |
| 3/21/13 | A. Pierson | 7.60 | Review documents for responsiveness to discovery requests. |
| 3/21/13 | L. Barry | 5.60 | Conducted research to determine process for designation of confidential portions of transcript and met with E. Shoudt regarding the same (.5); Reviewed documents to identify documents responsive to document requests (5.1). |
| 3/21/13 | M. Ratner | 0.30 | Download and copy to server Third Party Subpoena to Amerigroup Corporation. |
| 3/21/13 | B. Cooper | 7.70 | Review documents for responsiveness to Defendants ROGs in SC case. |
| 3/21/13 | B. Brownshadel | 8.20 | Review documents for production to SC. |
| 3/21/13 | D. Marrocco | 3.80 | Review Wiant and Dubberly depositions and third party production in GA; draft and revise summary judgment papers. |
| 3/21/13 | M. Smyth | 4.50 | Prepare deposition exhibits for attorney review. |
| 3/21/13 | S. Norwood | 3.70 | Work with E. Shoudt on potential deposition exhibits; place documents in chronological order and dedupe the email strings. |
| 3/21/13 | M. Soheil | 7.00 | Review documents. |
| 3/21/13 | M. Hall | 5.90 | Work on discovery responses and strategy in GA matter and confer with E. Shoudt and D. Marrocco regarding same (1.5); confer with GA Counsel regarding mediation/settlement meeting (.4); review and confer with E. Shoudt regarding SC interrogatories and MCO issues (1.5); preparation for SC depositions (2.5). |
| 3/22/13 | S. Norwood | 2.90 | Continue chronological organization and dedupping of email strings for possible deposition exhibits. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/22/13 | D. Brasher | 1.50 | Discuss research issue for GA summary judgment motion with D. Marrocco and review background materials for same. |
| 3/22/13 | D. Marrocco | 2.20 | Draft and revise summary judgment papers for GA. |
| 3/22/13 | C. Taylor | 2.50 | Continue to review documents for SC action. |
| 3/22/13 | B. Brownshadel | 7.90 | Review documents for production to SC. |
| 3/22/13 | B. Cooper | 12.40 | Review documents for responsiveness to Defendants ROGs in SC case. |
| 3/22/13 | M. Hall | 2.40 | Review information regarding compounding recalls (4.); confer with GA counsel and E. Shoudt regarding discovery issues (.5); confer with E. Shoudt and SC counsel regarding discovery issues and upcoming depositions (1.5). |
| 3/22/13 | M. Soheil | 9.10 | Review documents. |
| 3/22/13 | L. Barry | 4.80 | Reviewed documents to identify documents responsive to document requests |
| 3/22/13 | E. Shoudt | 8.00 | Review documents for R. Hess deposition (3.0); draft Burton deposition outline (5.0) |
| 3/22/13 | T. Andrews | 1.50 | Review SC documents in response to requests for production |
| 3/23/13 | T. Andrews | 1.80 | Review SC documents in response to requests for production |
| 3/23/13 | L. Barry | 2.40 | Reviewed documents to identify documents responsive to document requests |
| 3/23/13 | B. Cooper | 7.30 | Review documents for responsiveness to Defendants ROGs in SC case. |
| 3/23/13 | E. Shoudt | 2.00 | Review Amerigroup subpoena and draft email summarizing same. |
| 3/23/13 | E. Shoudt | 2.00 | Draft Hess deposition outline. |
| 3/23/13 | B. Brownshadel | 6.10 | Review documents for production to SC. |
| 3/24/13 | B. Brownshadel | 3.50 | Review documents for production to SC. |
| 3/24/13 | L. Barry | 0.10 | Corresponded with E. Shoudt regarding document review to determine documents responsive to document requests |
| 3/24/13 | M. Hall | 2.00 | Review documents and preparation for depositions in SC (2.0). |
| 3/24/13 | E. Shoudt | 7.00 | Draft Mediation Certification and email Mediation Order to client (.6); draft Hess deposition outline and review documents for same (3.5); review MCC documents and email client follow up questions (.6); review documents tagged responsive (2.3) |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/25/13 | M. Hall | 5.00 | Conferences with E. Shoudt regarding strategy in SC and GA (1.0); confer with counsel in GA regarding discovery strategy (.5); additional document review and deposition preparation for SC case (3.5); |
| 3/25/13 | B. Brownshadel | 4.00 | Review key documents binders, incorporate newest additions of emails, and tag documents for Williams and Assey key binders. |
| 3/25/13 | R. Ellison, Jr. | 4.00 | Retrieve files from Nexsen Pruet FTP site and send to Barrister with instructions for printing. Update KV SC Review database with volume SCDHHS 003. Retrieve files from KV FTP site and copy to network for case team access. Zip and send files to IDS for processing. |
| 3/25/13 | A. Pierson | 2.50 | Complete document review for pending litigation and upcoming document production. |
| 3/25/13 | C. Taylor | 3.50 | Complete review of documents for SC action. |
| 3/25/13 | J. Hanson | 3.20 | Review emails and correspondence; access Pacer, review dockets and court filings' update pleadings and correspondence binders; update indexes. |
| 3/25/13 | D. Marrocco | 1.00 | Review SC interrogatory responses. |
| 3/25/13 | E. Shoudt | 10.50 | Discuss MCO depositions with P. Hall (.8); review documents produced by SC Medicaid for Burton and key documents (4.5); arrange with vendor and litigation support for printing same; arrange for FDA searches to be uploaded to review site (.5); emails with S. Goedeke regarding review of deposition (.3); review documents regarding GA compounding recall and prepare for production of same (.5); review Blue Choice objections (.5); QC document review (1.0); prepare for 30(b)(6) depositions (3.4). |
| 3/26/13 | E. Shoudt | 3.80 | Prepare for deposition of R. Hess. |
| 3/26/13 | E. Shoudt | 9.30 | Review documents for production (3.0); travel to SC (4.3); telephone call with P. Hall regarding deposition prep (1.0); prepare for depositions (1.0). |
| 3/26/13 | J. Hanson | 0.50 | Update pleadings and correspondence binders. |
| 3/26/13 | D. Marrocco | 2.20 | Draft undisputed statement of facts for GA. |
| 3/26/13 | R. Ellison, Jr. | 0.60 | Update KV GA Production database with data received from case team. |
| 3/26/13 | M. Hall | 4.50 | Preparation for SC Medicaid depositions. |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/26/13 | D. Gibb | 0.80 | Email exchanges with M. Weller and D. Lee regarding meetings with state and planning for conferences; outreach to the Colorado for purposes of setting up a meeting; phone call with M. Weller to discuss the Colorado meeting request; communicate with B. McCollum regarding the upcoming meetings. |
| 3/26/13 | B. Brownshadel | 5.20 | Incorporate emails from late 2012 regarding J Code discussions into Valerie Williams' binder; continue reviewing key documents binders for inclusion into James Assey and Valerie Williams binders. |
| 3/27/13 | B. Brownshadel | 2.50 | Review key documents binders; create and finalize deposition binders for James Assey and Valerie Williams; communicate same with E. Shoudt and request Dallas Facilities to inter-office four binders to E. Shoudt in D.C. office. |
| 3/27/13 | E. Shoudt | 13.30 | Prepare for and attend deposition of Marion Burton, Medical Director, SC Medicaid (11.5); prepare for R. Hess deposition (1.8) |
| 3/27/13 | D. Gibb | 0.20 | Outreach to Colorado regarding a meeting request; brief B. McCollum regarding the status. |
| 3/27/13 | R. Ellison, Jr. | 0.10 | Grant access to J. Hanson for all databases and IPRO images. |
| 3/27/13 | D. Marrocco | 1.20 | Review Wiant testimony for summary judgment motion. |
| 3/27/13 | M. Hall | 11.00 | Prepare for and take the deposition of Dr. Marion Burton in the SC Medicaid case. |
| 3/27/13 | J. Hanson | 2.40 | Review production files received from Keck; update correspondence and pleadings; organization and management of case files. |
| 3/28/13 | M. Weller | 1.30 | Review slides and schedule with D. Gibb and B. McCollum. |
| 3/28/13 | D. Marrocco | 3.30 | Draft GA summary judgment papers. |
| 3/28/13 | D. Brasher | 2.80 | Research regarding coverage and reimbursement for GA Action. |
| 3/28/13 | B. McCollum | 0.30 | Telephone conference with D. Gibb preparing for meeting in Salt Lake City with Utah. |
| 3/28/13 | M. Hall | 8.40 | Participate in deposition in SC action (8.0); confer with GA local counsel regarding discovery and settlement issues (.4). |
| 3/28/13 | D. Gibb | 0.50 | Coordinate the details regarding a potential meeting with Colorado. |
| 3/28/13 | E. Shoudt | 11.30 | Prepare for and take deposition of R. Hess, Deputy Director of Managed Care, SC Medicaid (9.0); working travel to DC (4.6). |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/29/13 | M. Ratner | 1.30 | Create SC Production database and load first production. |
| 3/29/13 | M. Hall | 2.10 | Confer with E. Shoudt regarding status and strategy for SC and GA cases (.8); confer with local counsel regarding strategy for SC case (.8); review communications regarding non-party discovery in GA case (.5). |
| 3/29/13 | D. Morris | 0.80 | Draft and revise business records affidavits for Amerigroup Corporation and Peach State Health Plan. |
| 3/29/13 | E. Shoudt | 3.80 | Review documents for production (second level) (1.8); edit interrogatory responses, email client several questions regarding same, research for policy guidance on prior authorizations for interrogatory answer (1.6); edit business records affidavits for MCO document production (GA) (.4); |
| 3/29/13 | E. Shoudt | 5.50 | Telephone call with P. Hall regarding status and strategy (.8); review additional Peach State documents produced (.2); send key MCO documents to D. Marrocco (.2); arrange for business records affidavit and discuss same with D. Morris (.3); emails with local counsel regarding MCO affidavits (.5); email SC opposing counsel to confirm extension (.1); review client edits to interrogatories (1.5); order draft transcripts (.2); telephone call with videographer (.2); general case management (1.5). |
| 3/29/13 | D. Brasher | 3.20 | Research regarding coverage and reimbursement for GA Action. |
| 3/29/13 | D. Marrocco | 2.80 | Review research on medical necessity requirements for Medicaid (1.0); review Peach State key documents (1.80). |
| 3/30/13 | M. Hall | 0.80 | Review and revise interrogatory response for SC case (.5); confer with client and local counsel regarding mediation issues (.3). |
| 3/30/13 | E. Shoudt | 3.30 | Review (QC) documents for production 2. |
| 3/30/13 | E. Shoudt | 5.50 | Draft supplemental interrogatory answer (.5); edit Amerigroup affidavit (.2); draft privilege log for GA action (.8); draft response to AG letter dated 3/22 regarding privilege log and interrogatory 1 (.5); review document database (.5); review documents tagged privileged in database (3.0). |
| 3/31/13 | E. Shoudt | 7.50 | Review privileged documents (2.5); final QC of production 2 (2.0); review key documents for J. Assey deposition (2.0); review data from MCC and Theracom and email client regarding same (1.5). |
| 3/31/13 | M. Hall | 0.90 | Communications with E. Shoudt regarding discovery issues in SC and GA cases (.5); confer with client regarding same (.4). |
| Total Hours | | 639.60 | |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

Fee Amount                                                    $281,758.70

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 108.00 | $67,392.00 |
| B. McCollum | $702.00 | 0.30 | $210.60 |
| D. Marrocco | $575.00 | 50.30 | $28,922.50 |
| M. Weller | $629.00 | 6.20 | $3,899.80 |
| E. Shoudt | $516.00 | 191.20 | $98,659.20 |
| D. Brasher | $458.00 | 7.50 | $3,435.00 |
| D. Morris | $418.50 | 0.80 | $334.80 |
| A. Pierson | $387.00 | 20.30 | $7,856.10 |
| B. Brownshadel | $280.00 | 94.40 | $26,432.00 |
| B. Cooper | $281.00 | 46.80 | $13,150.80 |
| D. Gibb | $437.00 | 5.90 | $2,578.30 |
| L. Barry | $350.00 | 19.70 | $6,895.00 |
| T. Andrews | $222.00 | 8.20 | $1,820.40 |
| M. Soheil | $257.00 | 19.70 | $5,062.90 |
| C. Taylor | $245.00 | 9.10 | $2,229.50 |
| H. Gomez-Novoa | $198.00 | 2.30 | $455.40 |
| M. Smyth | $265.00 | 4.50 | $1,192.50 |
| S. Norwood | $229.00 | 6.60 | $1,511.40 |
| D. Boor | $227.00 | 11.10 | $2,519.70 |
| J. Hanson | $279.00 | 17.60 | $4,910.40 |
| M. Ratner | $270.00 | 4.20 | $1,134.00 |
| R. Ellison, Jr. | $236.00 | 4.90 | $1,156.40 |
| Totals | | 639.60 | $281,758.70 |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/4/2013 | Airfare MARGARET DONAHUE D HALL FLIGHT TO ATLANTA | | 1,297.90 |
| 3/4/2013 | Airfare ERIN M SHOUDT AIRFARE | | 693.80 |
| 3/12/2013 | Airfare MARGARET DONAHUE D HALL AIRFARE | | 1,273.44 |
| 3/26/2013 | Airfare ERIN M SHOUDT AIRFARE TO COLUMBIA, SC | | 501.80 |
| 3/28/2013 | Airfare ERIN M SHOUDT AIRFARE TO WASHINGTON, DC | | 619.54 |
| 3/26/2013 | Airfare MARGARET DONAHUE D HALL FLIGHT TO SC | | 700.76 |
| | | SUBTOTAL | 5,087.24 |
| | Color Copies | | 1.00 |
| | | SUBTOTAL | 1.00 |
| 2/26/2013 | Delivery FedEx Airbill #794842432876 02/26/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA | | 12.74 |
| 2/28/2013 | Delivery FedEx Airbill #794858953579 02/28/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA | | 12.74 |
| 3/1/2013 | Delivery FedEx Airbill #794872416346 03/01/13 Delivery to 1201 W Peachtree St NW Ste ATLANTA, GA | | 47.61 |
| 3/7/2013 | Delivery FedEx Airbill #794913408385 03/07/13 Delivery to 2280 Schuetz Rd, ST LOUIS, MO E6S | | 21.66 |
| 3/11/2013 | Delivery FedEx Airbill #799252067865 03/11/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA E6S | | 13.82 |
| 3/18/2013 | Delivery FedEx Airbill #799306749928 03/18/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA E6S | | 13.82 |
| | | SUBTOTAL | 122.39 |
| | Document reproduction | | 427.80 |
| | | SUBTOTAL | 427.80 |
| 3/5/2013 | Ground Transportation MARGARET DONAHUE D HALL DFW AIRPORT PARKING | | 54.13 |
| 3/4/2013 | Ground Transportation MARGARET DONAHUE D HALL GROUND TRANSPORTATION | | 55.00 |
| 3/4/2013 | Ground Transportation ERIN M SHOUDT TAXI SERVICE IN GEORGIA | | 130.00 |
| 3/4/2013 | Ground Transportation ERIN M SHOUDT PARKING AT DCA | | 44.00 |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| <u>Date</u> | <u>Description</u> | | <u>Amount</u> |
|------|-------------|---|--------|
| 3/12/2013 | Ground Transportation MARGARET DONAHUE D HALL AIRPORT PARKING | | 54.13 |
| 3/11/2013 | Ground Transportation MARGARET DONAHUE D HALL UBERRIDE CAR SERVICE | | 54.00 |
| 3/26/2013 | Ground Transportation MARGARET DONAHUE D HALL CAB FARE | | 26.00 |
| 3/26/2013 | Ground Transportation ERIN M SHOUDT TAXI FROM AIRPORT TO HOTEL | | 30.00 |
| 3/27/2013 | Ground Transportation ERIN M SHOUDT TAXI FROM HOTEL TO RESTAURANT | | 10.00 |
| 3/28/2013 | Ground Transportation ERIN M SHOUDT TAXI FROM DULLES AIRPORT TO DCA | | 80.00 |
| 3/26/2013 | Ground Transportation ERIN M SHOUDT PARKING AT DCA | | 66.00 |
| 2/5/2013 | Ground Transportation - -      YELLOW CAB COMPANY OF D.C., INC. Ground Transportation 2/05/13 - J. Hanson | | 25.94 |
| 3/28/2013 | Ground Transportation MARGARET DONAHUE D HALL PARKING AT DFW | | 38.00 |
| | | SUBTOTAL | 667.20 |
| 3/5/2013 | Lodging MARGARET DONAHUE D HALL HOTEL | | 171.67 |
| 3/4/2013 | Lodging ERIN M SHOUDT HOTEL | | 290.54 |
| 3/12/2013 | Lodging MARGARET DONAHUE D HALL HOTEL | | 448.50 |
| 3/26/2013 | Lodging ERIN M SHOUDT HOTEL | | 496.91 |
| 3/28/2013 | Lodging MARGARET DONAHUE D HALL HOTEL IN SC | | 492.13 |
| | | SUBTOTAL | 1,899.75 |
| 3/12/2013 | Meals MARGARET DONAHUE D HALL TRAVEL MEAL | | 0.00 |
| 3/26/2013 | Meals MARGARET DONAHUE D HALL MEALS | | 0.00 |
| 3/26/2013 | Meals MARGARET DONAHUE D HALL MEALS | | 0.00 |
| | Misc. Duplicating | | 0.30 |
| | | SUBTOTAL | 0.30 |
| 3/1/2013 | Miscellaneous Hard - -      FILE & SERVEXPRESS LLC Standard service | | 21.32 |
| 3/12/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 5.00 |
| 3/26/2013 | Miscellaneous Hard  MARGARET DONAHUE D HALL | | 5.00 |
| | | SUBTOTAL | 31.32 |

State Medicaid Actions

April 15, 2013

Matter: 30000271-0152
Invoice No.: 1467089

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/18/2013 | Outside Duplicating - - Document production | BARRISTER COPY SOLUTIONS, LLC | 66.57 |
| 3/26/2013 | Outside Duplicating - - Document production - Inv. #40393 | BARRISTER COPY SOLUTIONS, LLC | 185.92 |
| 3/22/2013 | Outside Duplicating - - Document production - Inv. #40326 | BARRISTER COPY SOLUTIONS, LLC | 242.10 |
| 3/29/2013 | Outside Duplicating - - Document production - Inv . #40470 | BARRISTER COPY SOLUTIONS, LLC | 307.24 |
| | | SUBTOTAL | 801.83 |
| 2/18/2013 | WESTLAW | | 0.00 |
| 2/25/2013 | WESTLAW | | 0.00 |
| 3/4/2013 | WESTLAW | | 0.00 |
| 3/11/2013 | WESTLAW | | 0.00 |
| 3/18/2013 | WESTLAW | | 0.00 |
| | Total Disbursements | | $9,038.83 |

| | | |
|---|---|---|
| Fee Total | $ | 281,758.70 |
| Disbursement Total | $ | 9,038.83 |
| Invoice Total | $ | 290,797.53 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466689**

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery

Payment Due Upon Receipt

---

Total This Invoice                                $        25,007.00

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466689**

Client/Matter:  30000271-0153

Bankruptcy 2004 Motion and Discovery

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/05/13 | D. Brasher | 0.10 | 45.80 | Email correspondence with Alere's counsel regarding status. |
| 03/06/13 | R. Ellison, Jr. | 0.50 | 118.00 | Update PharMerica Concordance database with volume PHARMKV002. |
| 03/06/13 | M. Hall | 1.30 | 811.20 | Conferences with D. Brasher regarding preparation for upcoming meeting with PharMerica (.5); review of documents and law in connection with same (.8). |
| 03/06/13 | M. Soheil | 4.60 | 1,182.20 | Document review. |
| 03/06/13 | D. Boor | 1.80 | 408.60 | Coordinate with E. Shoudt on review of more production documents to be loaded in Concordance\IPRO; review contents and remove duplicates; send all other files (minus duplicates) to vendor Barrister for processing. |
| 03/06/13 | D. Brasher | 6.50 | 2,977.00 | Review and analyze production received from PharMerica (6.3); discuss highlights with P. Hall (0.2). |
| 03/07/13 | D. Brasher | 0.80 | 366.40 | Call with P. Hall regarding protective order (.5); draft follow-up email regarding same (.30). |
| 03/08/13 | M. Hall | 2.00 | 1,248.00 | Confer with D. Brasher regarding documents produced by PharMerica (.5); review documents and prepare for upcoming meeting with PharMerica (1.5). |
| 03/08/13 | D. Brasher | 5.80 | 2,656.40 | Analyze discovery obtained to date and legal research regarding Lanham Act and other state law claims and draft memo and assemble binder summarizing same. |
| 03/09/13 | D. Brasher | 5.20 | 2,381.60 | Update research regarding Lanham Act claims for potential settlement meeting. |

2

Bankruptcy 2004 Motion and Discovery

April 15, 2013

Matter: 30000271-0153
Invoice No.: 1466689

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/11/13 | D. Brasher | 4.30 | 1,969.40 | Email correspondence with Alere's counsel regarding status (0.1); update binder of exhibits and legal analysis for settlement meeting (4.2). |
| 03/11/13 | M. Hall | 3.80 | 2,371.20 | Prepare for meeting with PharMerica in NY. |
| 03/12/13 | M. Hall | 5.00 | 3,120.00 | Meet with client to prepare for meeting with PharMerica (1.5); participate in meeting with PharMerica in NY (2.5); return travel to Dallas (2.0). |
| 03/15/13 | M. Hall | 0.50 | 312.00 | Confer with bankruptcy counsel regarding disclosure statement issues and overall 2004 strategy. |
| 03/15/13 | D. Brasher | 0.30 | 137.40 | Correspondence with Alere's counsel regarding status (0.1); discuss settlement meeting with P. Hall (0.1); review draft insert for disclosure statement (0.1). |
| 03/18/13 | M. Hall | 0.90 | 561.60 | Confer with D. Brasher regarding strategy and status of 2004 proceedings (.5); confer with bankruptcy counsel regarding procedural issues relating to 2004 and ultimate filed claims (.4). |
| 03/18/13 | D. Brasher | 0.80 | 366.40 | Discuss status of bankruptcy proceeding and strategy for 2004 discovery with P. Hall and Willkie team (0.7); email correspondence with Alere's counsel regarding status (0.1). |
| 03/19/13 | D. Brasher | 0.30 | 137.40 | Correspondence regarding possible meeting to discuss business resolution. |
| 03/19/13 | M. Hall | 1.50 | 936.00 | Confer with D. Brasher regarding status and strategy (.5); confer with client and bankruptcy counsel regarding strategy and recent requests by Alere and PharMerica for a meeting (1.0); |
| 03/20/13 | D. Brasher | 0.10 | 45.80 | Correspondence with Alere's counsel regarding status. |
| 03/20/13 | M. Hall | 0.40 | 249.60 | Communications with bankruptcy counsel and client regarding potential meeting with PharMerica and Alere. |
| 03/25/13 | D. Brasher | 0.20 | 91.60 | Discuss strategy regarding 2004 productions with P. Hall. |

Bankruptcy 2004 Motion and Discovery

April 15, 2013

Matter: 30000271-0153
Invoice No.: 1466689

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/26/13 | D. Brasher | 2.50 | 1,145.00 | Call with PharMerica's counsel regarding 2004 production deadline and search terms (0.5); correspondence regarding status and strategy with P. Hall and R. Spigel (0.9); draft emails to Alere and PharMerica regarding status of production (0.8);  review letter from Alere's counsel regarding marketing allegations (0.3). |
| 03/26/13 | M. Hall | 0.90 | 561.60 | Review correspondence from Alere's counsel and confer with client regarding same (.5); confer with D. Brasher regarding strategy relating to 2004 document production (.4). |
| 03/27/13 | D. Brasher | 0.80 | 366.40 | Call with P. Hall and R. Spigel to discuss settlement strategy (0.6); draft letter to Alere's counsel responding to yesterday's letter (0.2). |
| 03/27/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher and R. Spigel regarding issues relating to 2004 document production and potential settlement meetings. |
| 03/28/13 | D. Brasher | 0.40 | 183.20 | Correspondence with P. Hall and R. Spigel regarding status and strategy for possible settlement meeting. |

| | | | |
|---|---|---|---|
| Total Hours | | 51.70 | |
| Fee Amount | | | $24,999.40 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 16.70 | $10,420.80 |
| D. Brasher | $458.00 | 28.10 | $12,869.80 |
| M. Soheil | $257.00 | 4.60 | $1,182.20 |
| D. Boor | $227.00 | 1.80 | $408.60 |
| R. Ellison, Jr. | $236.00 | 0.50 | $118.00 |
| Totals | | 51.70 | $24,999.40 |

Bankruptcy 2004 Motion and Discovery

April 15, 2013

Matter: 30000271-0153
Invoice No.: 1466689

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 7.60 |
| | | SUBTOTAL | 7.60 |
| | Total Disbursements | | $7.60 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 24,999.40 | |
| Disbursement Total | $ | 7.60 | |
| Invoice Total | $ | 25,007.00 | |

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466690**

Client/Matter: 30000271-0155

Texas AWP Litigation

Payment Due Upon Receipt

---

Total This Invoice                                    $          16,394.90

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466690**

Client/Matter:  30000271-0155

Texas AWP Litigation

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/13 | M. Hall | 1.30 | Review and comment upon proposed stipulation (.5); confer with client and bankruptcy counsel regarding status and strategy (.8). |
| 3/1/13 | C. Moore | 1.00 | Review numerous e-mails regarding stipulations; review state's objection to application of automatic stay; respond to various questions from C. G. Hintmann. |
| 3/2/13 | C. Moore | 0.20 | Review case e-mails and filings. |
| 3/4/13 | C. Moore | 0.50 | Review case filings and e-mail (.2); review draft from TX AG's office (.3). |
| 3/6/13 | M. Hall | 1.60 | Confer with bankruptcy counsel regarding TX and related AP cases and strategy for same (.4); review and send suggested revisions to bankruptcy counsel regarding motion to stay and related filings (.7); review communications from TX AG (.3). |
| 3/6/13 | C. Moore | 0.50 | Review case filings and e-mail. |
| 3/7/13 | M. Hall | 1.50 | Review proposed stay documents and provide comments to bankruptcy counsel on same and on issues relating thereto. |
| 3/7/13 | C. Moore | 1.40 | Work on document production issues and finalize various stipulations; review case e-mails. |
| 3/8/13 | C. Moore | 0.50 | Review e-mails and provide further comments on stay agreement. |
| 3/11/13 | M. Hall | 0.70 | Review and comment upon proposed order regarding abatement (.4); correspondence with TX and Ven-a-Care counsel regarding cooperation agreement (.3). |
| 3/11/13 | C. Moore | 0.20 | Review e-mails and correspondence. |
| 3/13/13 | M. Hall | 0.70 | Review proposed motion to abate for TX bankruptcy action (.3); confer with bankruptcy counsel regarding same (.2); confer with AG regarding same (.2). |
| 3/13/13 | C. Moore | 0.20 | Review final abatement orders. |

Texas AWP Litigation

April 15, 2013

Matter: 30000271-0155
Invoice No.: 1466690

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/13/13 | M. Hall | 0.30 | Review follow up communications from TX AG regarding abatement issues. |
| 3/18/13 | M. Hall | 2.30 | Review communications with bankruptcy counsel and TX AG regarding proposed stay (.5); confer with C. Reynolds regarding issues raised by communications (.5); participate in call with TX AG (.5); follow up communications with bankruptcy counsel and client (.8). |
| 3/18/13 | C. Moore | 0.50 | Attention to status and review of case e-mails. |
| 3/18/13 | B. Brownshadel | 2.20 | Research and summarize findings regarding deadlines for responsive pleading. |
| 3/19/13 | C. Moore | 1.00 | Review of case e-mails and filings; review of e-mails setting up meeting; participate in defense team call. |
| 3/19/13 | M. Hall | 2.50 | Confer with bankruptcy counsel regarding upcoming hearing and estimation of claims strategy (1.0); preparation for hearing before TX bankruptcy court (1.5). |
| 3/20/13 | M. Hall | 2.20 | Prepare for and participate in status conference hearing before the TX bankruptcy court (1.5); confer with R. Spigel and M. Moore regarding follow up with TX and FL (.7). |
| 3/21/13 | C. Moore | 1.40 | Review numerous e-mails and status (.2); conference with P. Hall regarding status and strategy (.5); conference with client regarding strategy (.7). |
| 3/21/13 | C. Moore | 0.20 | Review e-mails regarding TX claims estimates. |
| 3/21/13 | M. Hall | 0.80 | Review bankruptcy counsel and client communications regarding discussions and strategy with TX AG. |
| 3/22/13 | M. Hall | 0.50 | Confer with M. Einfalt regarding potential settlement of claim. |
| 3/25/13 | C. Moore | 0.20 | Attention to status. |
| 3/26/13 | C. Moore | 0.20 | Review case filings. |
| 3/27/13 | C. Moore | 0.20 | Review e-mails regarding claims. |
| 3/28/13 | C. Moore | 0.50 | Attention to scheduling meetings. |
| Total Hours | | 25.30 | |
| Fee Amount | | | $15,752.50 |

Texas AWP Litigation

April 15, 2013

Matter: 30000271-0155
Invoice No.: 1466690

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Moore | $707.00 | 8.70 | $6,150.90 |
| M. Hall | $624.00 | 14.40 | $8,985.60 |
| B. Brownshadel | $280.00 | 2.20 | $616.00 |
| Totals | | 25.30 | $15,752.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Color Copies | | 0.10 |
| | | SUBTOTAL | 0.10 |
| 2/16/2013 | Delivery - -      SPECIAL DELIVERY SERVICE, INC. COURIER SERVICE INVOICE #415786 | | 226.50 |
| 2/23/2013 | Delivery - -      SPECIAL DELIVERY SERVICE, INC. COURIER SERVICES INV. NO. 416363 | | 392.00 |
| | | SUBTOTAL | 618.50 |
| | Document reproduction | | 23.80 |
| | | SUBTOTAL | 23.80 |
| | Total Disbursements | | $642.40 |

| | | |
|---|---|---|
| Fee Total | $ | 15,752.50 |
| Disbursement Total | $ | 642.40 |
| Invoice Total | $ | 16,394.90 |

4

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466691**

Client/Matter: 30000271-0156

AG Compounder Litigation

Payment Due Upon Receipt

---

Total This Invoice                                    $          2,684.60

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

April 15, 2013

**Invoice No. 1466691**

Client/Matter:  30000271-0156

AG Compounder Litigation

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/22/13 | D. Marrocco | 2.20 | 1,265.00 | Conference call with P. Hall and review materials on illegal compounding; teleconference with D. Brasher regarding same. |
| 03/25/13 | L. Barry | 0.40 | 126.00 | Conduct research regarding recent Georgia compounding pharmacy recall |
| 03/25/13 | D. Marrocco | 1.30 | 747.50 | Conference call with D. Brasher on putting together analysis and review of consumer protection law. |
| 03/25/13 | D. Brasher | 0.80 | 366.40 | Discuss background and strategy with D. Marrocco and begin preliminary research. |
| 03/30/13 | C. Luband | 0.30 | 179.70 | Emails and research regarding question about general Medicaid authorities on transparency. |
| Total Hours |  | 5.00 |  |  |
| Fee Amount |  |  |  | $2,684.60 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Luband | $599.00 | 0.30 | $179.70 |
| D. Marrocco | $575.00 | 3.50 | $2,012.50 |
| D. Brasher | $458.00 | 0.80 | $366.40 |
| L. Barry | $315.00 | 0.40 | $126.00 |
| Totals |  | 5.00 | $2,684.60 |

AG Compounder Litigation

April 15, 2013

Matter: 30000271-0156
Invoice No.: 1466691

| | | |
|---|---|---|
| Fee Total | $ | 2,684.60 |
| | | |
| Invoice Total | $ | 2,684.60 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    April 15, 2013
2280 Schuetz Road
St. Louis, MO 63146                                            **Invoice No. 1466692**

  Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals                    Payment Due Upon Receipt

---

Total This Invoice                                    $          2,262.60

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                        Dentons US LLP
Dept. 7247-6670                          OR          Attention: Accounting
Philadelphia, PA 19170-6670                          233 South Wacker Drive
                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

April 15, 2013

**Invoice No. 1466692**

Client/Matter:  30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

For Professional Services Rendered through March 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/04/13 | S. Rodriguez | 0.20 | 113.40 | Confer with K. Hudson regarding information requested by and sent to Endurance regarding substance of claim. |
| 03/05/13 | S. Rodriguez | 0.70 | 396.90 | Telephone conference with CG Hintmann and K. Hudson regarding strategy with respect to insurance coverage for Jones matter (.5); telephone conference with K. Hudson regarding additional information requested by Endurance (.2). |
| 03/05/13 | S. Rodriguez | 0.30 | 170.10 | Communications with A. Sorkin regarding bankruptcy implications; update P. Hall on status. |
| 03/05/13 | M. Hall | 0.40 | 249.60 | Review summary of status and confer with S. Rodriguez regarding insurance issues. |
| 03/06/13 | S. Rodriguez | 0.20 | 113.40 | Plan and prepare for telephone conference regarding potential compromise with Endurance. |
| 03/11/13 | S. Rodriguez | 1.10 | 623.70 | Conference call with K. Hudson, C. Hintmann, A. Sorkin regarding settlement possibilities for Jones case and other bankruptcy issues. |
| 03/11/13 | M. Hall | 0.50 | 312.00 | Participate in call with bankruptcy and coverage counsel regarding strategy. |
| 03/14/13 | S. Rodriguez | 0.20 | 113.40 | Review draft correspondence from A. Sorkin regarding Jones settlement issues. |
| 03/15/13 | S. Rodriguez | 0.10 | 56.70 | Review correspondence from K. Hudson regarding bankruptcy issues with settlement. |
| 03/19/13 | S. Rodriguez | 0.20 | 113.40 | Review correspondence from K. Hudson. |
| Total Hours | | 3.90 | | |
| Fee Amount | | | | $2,262.60 |

Lanny & Angela Jones v KV Pharmaceuticals

April 15, 2013

Matter: 30000271-2000
Invoice No.: 1466692

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Hall | $624.00 | 0.90 | $561.60 |
| S. Rodriguez | $567.00 | 3.00 | $1,701.00 |
| Totals | | 3.90 | $2,262.60 |

Fee Total          $     2,262.60

Invoice Total      $     2,262.60

## <u>EXHIBIT D – PART 2</u>

**DENTON US LLP'S MONTHLY INVOICE FOR THE MONTH OF APRIL 2013**

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475071**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

Total This Invoice                                        $        10,357.93

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
Dentons US LLP                                            Dentons US LLP
Dept. 7247-6670                     OR                Attention: Accounting
Philadelphia, PA 19170-6670                         233 South Wacker Drive
                                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475071**

Client/Matter:   30000271-0005

GENERAL

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/01/13 | D. Pina | 5.00 | 1,430.00 | Review monthly fee statements for the 2nd Interim Period and extract exhibits from statements for preparation of 2nd Interim Application charts, tables and fee and expense summaries (2.0);  continue to work on revisions to 2nd Interim Application (1.5); work on summary of fees by professionals, summary of fees by matter and summary of expenses (1.5). |
| 04/02/13 | D. Pina | 3.90 | 1,115.40 | Continue to review monthly fee statements for the 2nd Interim Period and work on summary of fees by professionals, summary of fees by matter and summary of expenses (3.9). |
| 04/02/13 | G. Weinreich | 0.20 | 137.20 | Review G. Weinreich declaration (.10); correspond with M.J. Reed regarding same (.10). |
| 04/03/13 | D. Pina | 6.20 | 1,773.20 | Continue to review monthly fee statements for the 2nd Interim Period and work on summary of fees by professionals, summary of fees by matter and summary of expenses (6.2). |
| 04/04/13 | D. Pina | 5.00 | 1,430.00 | Communications regarding revisions to fee application (.2);  complete summary of fees and expenses and prepare exhibits to fee application (3.8);  further revise and distribute draft for comments (1.). |
| 04/04/13 | R. Richards | 0.80 | 535.20 | Review and comment on draft of quarterly fee app and key exhibits. |
| 04/08/13 | D. Pina | 0.90 | 257.40 | Further revise and distribute 2nd Interim Fee Application (.9). |
| 04/16/13 | D. Pina | 2.40 | 686.40 | Follow-up communications regarding revisions to 2nd Interim Fee Application (.6);  review invoices for March 2013 and commence preparation of monthly fee statement (1.8). |

GENERAL

May 16, 2013

Matter: 30000271-0005
Invoice No.: 1475071

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/16/13 | S. Rodriguez | 0.40 | 226.80 | Provide input and revisions to fee statement to be filed in bankruptcy court. |
| 04/17/13 | R. Richards | 0.30 | 200.70 | Review draft of fee app. |
| 04/17/13 | D. Pina | 4.50 | 1,287.00 | Review, revise and finalize 2nd Interim Fee Application and exhibits (2.2);  review interim compensation order and docket sheet regarding service list updates (.4); file and serve 2nd Interim Fee Application (.9); communications with Debtors counsel regarding total fees and expenses for 2nd Interim Period for purposes of noticing fee applications of professionals (.1); work on monthly fee statement for March 2013 (.9). |
| 04/19/13 | D. Pina | 3.50 | 1,001.00 | Finalize summaries of fees and expenses for the March 2013 monthly fee statement (2.); revise and finalize monthly fee statement (.7); electronically file, serve and distribute March 2013 monthly fee statement (.8). |
| 04/22/13 | D. Pina | 0.40 | 114.40 | Revise and prepare proof of service of 2nd Interim Fee Application and Monthly Fee Statement for March 2013 for electronic filing (.4). |

| Total Hours | 33.50 | |
|---|---|---|
| Fee Amount | | $10,194.70 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Weinreich | $686.00 | 0.20 | $137.20 |
| R. Richards | $669.00 | 1.10 | $735.90 |
| D. Pina | $286.00 | 31.80 | $9,094.80 |
| S. Rodriguez | $567.00 | 0.40 | $226.80 |
| Totals | | 33.50 | $10,194.70 |

DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|

GENERAL

May 16, 2013

Matter: 30000271-0005
Invoice No.: 1475071

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/20/2013 | Delivery FedEx Airbill #799326315460 03/20/13 Delivery to  180 Maiden Ln, NEW YORK CITY, NY | | 10.20 |
| 3/20/2013 | Delivery FedEx Airbill #799326342453 03/20/13 Delivery to  787 7th Ave, NEW YORK, NY | | 10.20 |
| 3/20/2013 | Delivery FedEx Airbill #799326351620 03/20/13 Delivery to  33 Whitehall St Fl 21, NEW YORK, NY | | 10.20 |
| 3/20/2013 | Delivery FedEx Airbill #799326372272 03/20/13 Delivery to  2280 Schuetz Rd, ST  LOUIS, MO | | 13.53 |
| 3/20/2013 | Delivery FedEx Airbill #799326462322 03/20/13 Delivery to  767 5th Ave, NEW YORK CITY, NY | | 10.20 |
| | | SUBTOTAL | 54.33 |
| | Document reproduction | | 108.90 |
| | | SUBTOTAL | 108.90 |
| | Total Disbursements | | $163.23 |

| | | |
|---|---|---|
| Fee Total | $ | 10,194.70 |
| Disbursement Total | $ | 163.23 |
| Invoice Total | $ | 10,357.93 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

May 16, 2013

**Invoice No. 1475072**

Client/Matter: 30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

Payment Due Upon Receipt

---

Total This Invoice                                           $           229.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

May 16, 2013

**Invoice No. 1475072**

Client/Matter:   30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

---

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/05/13 | D. Brasher | 0.30 | 137.40 | Draft letter to clerk of court regarding status of bankruptcy proceedings (.20); discuss same with A. Sorkin at Willkie (.10). |
| 04/08/13 | D. Brasher | 0.20 | 91.60 | Finalize and file letter to clerk of court regarding status of bankruptcy proceedings. |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $229.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| D. Brasher | $458.00 | 0.50 | $229.00 |
| Totals | | 0.50 | $229.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 229.00 | |
| Invoice Total | $ | 229.00 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475073**

Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation

Payment Due Upon Receipt

---

Total This Invoice                                    $        3,763.80

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475073**

Client/Matter:  30000271-0134

ETHEX Boston Qui Tam Litigation

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/03/13 | S. Cenawood | 0.30 | 209.10 | Follow-up regarding bankruptcy proceedings and efforts to compromise government's claims. |
| 04/08/13 | S. Cenawood | 0.40 | 278.80 | Follow-up regarding bankruptcy proceedings and continued efforts to reach a compromise of government claims. |
| 04/09/13 | S. Cenawood | 0.30 | 209.10 | Follow-up regarding bankruptcy issues, various extensions. |
| 04/17/13 | S. Cenawood | 0.90 | 627.30 | Telephone call to government (.50); e-mails with P. Christmas and R. Spiegel (.10); follow-up regarding efforts to compromise government claims in bankruptcy (.30). |
| 04/18/13 | S. Cenawood | 0.60 | 418.20 | Follow-up regarding bankruptcy proceedings and current status of proposed plan. |
| 04/19/13 | S. Cenawood | 0.80 | 557.60 | Telephone call with government (.40); follow-up regarding efforts to compromise government claims in bankruptcy (.40). |
| 04/22/13 | S. Cenawood | 0.90 | 627.30 | Telephone call with T. McHugh (.40); e-mails regarding government's latest settlement stance (.20); follow-up regarding efforts to compromise government claims in bankruptcy (.30). |
| 04/23/13 | S. Cenawood | 0.80 | 557.60 | E-mails regarding government 'settlement demand and potential alternative plan (.20); follow-up regarding efforts to compromise government claims in bankruptcy (.60). |
| 04/26/13 | S. Cenawood | 0.40 | 278.80 | Follow-up regarding efforts to settle government claims in bankruptcy. |
| Total Hours | | 5.40 | | |
| Fee Amount | | | | $3,763.80 |

ETHEX Boston Qui Tam Litigation

May 16, 2013

Matter: 30000271-0134
Invoice No.: 1475073

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Cenawood | $697.00 | 5.40 | $3,763.80 |
| Totals | | 5.40 | $3,763.80 |

| | | |
|---|---|---|
| Fee Total | $ | 3,763.80 |
| Invoice Total | $ | 3,763.80 |

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

May 16, 2013

**Invoice No. 1475074**

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

Payment Due Upon Receipt

---

Total This Invoice                                   $        10,672.90

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

May 16, 2013

**Invoice No. 1475074**

Client/Matter:   30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/02/13 | M. Nickel | 1.20 | 549.60 | Review Kaiman deposition transcript and draft e-mail regarding same and MSJ strategy to counsel for Nesher. |
| 04/03/13 | S. Rovak | 0.40 | 239.20 | Prepare insurance information for plaintiff's counsel. |
| 04/03/13 | S. Rovak | 0.80 | 478.40 | Continue preparation of summary judgment deskbook based on Kaiman deposition transcript. |
| 04/08/13 | M. Nickel | 1.40 | 641.20 | Review plaintiff's opposition to MSJ and outline strategy for reply (1.0); and draft update to client and Nesher's counsel regarding same (.40). |
| 04/09/13 | M. Nickel | 0.40 | 183.20 | Work on strategy and outline for MSJ reply briefing. |
| 04/09/13 | S. Rovak | 0.30 | 179.40 | Conference with plaintiffs' counsel regarding their request to put Motion for Summary Judgment "on hold" pending result of insurance investigation. |
| 04/09/13 | S. Rovak | 1.60 | 956.80 | Began review of plaintiffs reply to Motion for Summary Judgment, response to KV's statements of undisputed fact, and plaintiffs counter statement of fact and brief, to include review of cited case authorities and review issue of production to plaintiffs of reservation of rights letters. |
| 04/09/13 | S. Rovak | 0.40 | 239.20 | Conference with CG Hintman regarding production to plaintiffs of reservation of rights letters and correspondence to client regarding same. |
| 04/09/13 | B. Cooper | 2.20 | 618.20 | Review MSJ and Plaintiff's Response to same. |

Maria Cristina Gonzalez Romero v KV/Ethex

May 16, 2013

Matter: 30000271-0135
Invoice No.: 1475074

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/10/13 | B. Cooper | 1.80 | 505.80 | Review Deposition of V. Kaiman. |
| 04/16/13 | S. Rovak | 0.20 | 119.60 | Correspondence with client regarding provision of insurance agreements. |
| 04/16/13 | S. Rovak | 0.70 | 418.60 | Review legal authorities on requirement to produce insurance documents to plaintiffs. |
| 04/16/13 | J. Margolis | 1.70 | 601.80 | Research arguments for avoiding production of reservation of rights letter under Rule 56.01 and insured/insurer privilege. |
| 04/18/13 | B. Cooper | 2.20 | 618.20 | Begin drafting Reply in Support of MSJ. |
| 04/19/13 | M. Nickel | 1.70 | 778.60 | Review case law cited by plaintiffs' opposition to Nesher's MSJ and draft outline of major points and research needed for reply briefing. |
| 04/20/13 | B. Cooper | 8.70 | 2,444.70 | Finalize first draft of Reply in Support of MSJ. |
| 04/22/13 | S. Rovak | 0.40 | 239.20 | Redacted Reservation of Rights letter. |
| 04/22/13 | S. Rovak | 0.20 | 119.60 | Conference with attorney Quinn regarding motion for summary judgment. |
| 04/23/13 | S. Rovak | 0.30 | 179.40 | Prepare correspondence to client regarding redaction of retention of rights letter. |
| 04/23/13 | S. Rovak | 0.20 | 119.60 | Correspondence to plaintiff's counsel on conditions of release of letter. |
| 04/23/13 | S. Rovak | 0.40 | 239.20 | Continued review of responsive brief on summary judgment. |
| 04/24/13 | S. Rovak | 0.30 | 179.40 | Prepare response to redaction issue. |
| Total Hours | | 27.50 | | |
| Fee Amount | | | | $10,648.90 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 6.20 | $3,707.60 |
| M. Nickel | $458.00 | 4.70 | $2,152.60 |
| J. Margolis | $354.00 | 1.70 | $601.80 |
| B. Cooper | $281.00 | 14.90 | $4,186.90 |

Maria Cristina Gonzalez Romero v KV/Ethex

May 16, 2013

Matter: 30000271-0135
Invoice No.: 1475074

| | | | |
|---|---|---|---|
| Totals | | 27.50 | $10,648.90 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 23.90 |
| | | SUBTOTAL | 23.90 |
| | Misc. Duplicating | | 0.10 |
| | | SUBTOTAL | 0.10 |
| | Total Disbursements | | $24.00 |

| | | |
|---|---|---|
| Fee Total | $ | 10,648.90 |
| Disbursement Total | $ | 24.00 |
| Invoice Total | $ | 10,672.90 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475075**

Client/Matter: 30000271-0142

Makena Strategy

Payment Due Upon Receipt

---

Total This Invoice                                      $        68,561.53

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475075**

Client/Matter:   30000271-0142

Makena Strategy

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/01/13 | B. McCollum | 4.70 | 3,299.40 | Working travel to Salt Lake City for meeting with government. |
| 04/01/13 | D. Gibb | 0.20 | 87.40 | Communicate with State office to set up a meeting on behalf of client. |
| 04/01/13 | C. Luband | 0.10 | 59.90 | Review email regarding transparency and Medicaid requirements. |
| 04/02/13 | B. McCollum | 4.00 | 2,808.00 | Prepare for State meeting with P. Christmas, J. Gudeman and M. Weller (2.0); attend State meeting and debrief (2.0). |
| 04/02/13 | M. Weller | 4.50 | 2,830.50 | Prep for meeting with P. Christmas, J. Gudeman and B. McCollum (2.); attend state meeting and debrief with P. Christmas, J. Gudeman (2.5). |
| 04/03/13 | B. McCollum | 0.80 | 561.60 | Review and exchange emails with P. Christmas and J Gudeman as follow up to State meeting (.40); follow up telephone conference with State official (.40). |
| 04/03/13 | M. Weller | 1.50 | 943.50 | Review press, discuss with D. Gibb, send email on same (.5); discuss state follow-up email with J. Gudeman; discuss press with B. McCollum; review additional state outreach schedule (1.0). |
| 04/03/13 | D. Gibb | 1.00 | 437.00 | Coordinate with B. McCollum and M. Weller on the appropriate response to press report situation (.60); review news account for State meeting later his month (.40). |
| 04/04/13 | D. Gibb | 0.40 | 174.80 | Outreach to State for purposes of arranging a meeting; coordinate with M. Weller regarding the same. |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/04/13 | M. Weller | 1.90 | 1,195.10 | Discussion with J. Gudeman regarding state follow-up, discussion with F. Costello regarding schedule; state meeting planning (.30); emails with D. Gibb and B. Lee on NAAG meeting (1.4); follow-up with B. McCollum regarding same (.2). |
| 04/05/13 | D. Gibb | 0.90 | 393.30 | Phone call with State office (.20); review correspondence from client (.10); communicate with M. Weller regarding the need for follow up on certain issues (.10); communicate with additional State regarding an upcoming meeting (.20); discuss these meetings with T. Goddard (.30). |
| 04/05/13 | M. Weller | 2.70 | 1,698.30 | Scheduling state meetings; discuss with D. Gibb on TX conversations; follow-up with J. Gudeman regarding same (.6); draft and send email to D. Gibb, J. Gudeman and P. Hall on next steps (1.2); call with J. Gudeman regarding same and information needed for 4-9 and 4-10 State meetings; prepare for same (.90). |
| 04/08/13 | D. Gibb | 1.20 | 524.40 | Coordinate details of State meetings (.30); participate in conference call with M. Weller for purposes of briefing T. Goddard in advance of the State meetings (.70); phone call with D. Lee to discuss the upcoming AG consumer protection conference (.20). |
| 04/08/13 | M. Weller | 5.20 | 3,270.80 | Prepare T. Goddard background memo, draft and send same (.20); revise slides for State presentation (3.3); discussion with D. Gibb on State outreach; call with T. Goddard and D. Gibb on State presentation (.80); review slides, prepare for meeting, review State policies (.90). |
| 04/08/13 | T. Goddard | 3.00 | 1,849.50 | Telephone conference with M. Weller and D. Gibb regarding background on KV Pharmaceutical issues (.50); review letters to States; review news accounts on drug introduction and compounding (2.50). |
| 04/09/13 | T. Goddard | 4.50 | 2,774.25 | Meeting with P. Christmas to review issues on compounding (1.0); meeting with P. Christmas, J. Gudeman, and M. Weller regarding upcoming State meeting (.50);   attend State meeting regarding KV Pharmaceutical (2.0); attend meeting with clients (1.0). |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/09/13 | D. Gibb | 0.70 | 305.90 | Email exchange with P. Christmas regarding State issue (.20); prepare for call regarding same; phone call with P. Donahue to discuss near term steps for outreach to State (.20). |
| 04/09/13 | M. Weller | 3.90 | 2,453.10 | Prepare for and attend meeting with P. Christmas, J. Gudeman, T. Goddard (2.5); emails with Senate HELP on NAAG Deputies session on compounding; email with G. Divis on House hearing (1.4). |
| 04/10/13 | M. Weller | 4.40 | 2,767.60 | Prepare for State meeting with T. Goddard, J. Gudeman and P. Christmas (.50); attend same (2.50); prepare questions for House hearing, call with F. Costello regarding same (1.4). |
| 04/10/13 | T. Goddard | 2.50 | 1,541.25 | Meeting with P. Christmas and J. Gudeman to discuss upcoming state meeting (1.0); attend state meeting (1.5). |
| 04/11/13 | M. Weller | 2.20 | 1,383.80 | Review OIG report on Hospital Outsourcing of compounding (1.20); call with D. Gibb on next steps and AG consumer protection meeting (1.0). |
| 04/11/13 | D. Gibb | 0.40 | 174.80 | Communicate with State office regarding details of meeting later this month (.10); phone call with M. Weller regarding State meetings (.30). |
| 04/12/13 | M. Weller | 2.80 | 1,761.20 | Review articles, review House memo on IACP (1.3); distribute letter on IACP; finish email to State contact (.80); follow-up correspondence regarding State meetings (.70). |
| 04/12/13 | D. Gibb | 0.10 | 43.70 | Review email exchange regarding details of outreach opportunities. |
| 04/12/13 | G. Weinreich | 0.70 | 480.20 | Review articles relating to FDA findings regarding compounding pharmacies; exchange emails regarding House investigation of AICP. |
| 04/15/13 | G. Weinreich | 0.10 | 68.60 | Exchange emails regarding Hill hearings and FDA. |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 04/15/13 | M. Weller | 4.30 | 2,704.70 | Outreach to S. Sellers, call with A. Kuzma regarding NAAG Chief Deputies compounding panel; prepare background materials for budget panel discussion; draft and send A. Kuzma email (3.5); discussion with D. Lee regarding NAGG panel composition; discuss with K. Anderson Democratic E&C Staff report and review same (.8). |
| 04/16/13 | M. Weller | 4.50 | 2,830.50 | Attend House Energy & Commerce Oversight Subcommittee hearing on compounding with FDA Commissioner Hamburg (3.5); follow-up discussion with Cong. Waxman staff (1.0). |
| 04/16/13 | E. Taucher | 4.00 | 594.00 | Provided coverage for "Continuing Investigation into the Fungal Meningitis Outbreak" of the House Energy and Commerce Committee Subcommittee on Oversight and Investigations on April 16, 2013 at 10 am; recorded witness and Member testimony, discussion, and questioning (3.0); report on legislative outlook and provided brief summary of hearing (1.0). |
| 04/17/13 | D. Gibb | 0.10 | 43.70 | Coordinate with B. McCollum on outreach to State for a meeting. |
| 04/17/13 | M. Weller | 3.10 | 1,949.90 | Draft email on House E&C Committee hearing (1.); edit and send Dentons hearing email (.7); begin to develop key legislative points from FDA guidance and FFDCA provisions (1.4). |
| 04/18/13 | M. Weller | 0.80 | 503.20 | Prepare for State meeting (.70); review compounding press stories (.10). |
| 04/19/13 | M. Weller | 3.70 | 2,327.30 | Discuss state follow-up with T. Goddard; call with S. Goedeke on status of state discussions; follow-up with P. Christmas regarding same; email with T. Goddard, discuss with D. Gibb and P. Hall regarding status of progress in State (1.7); review FFDCA Section 503A, review House reports, call with T. Goddard on state meeting, follow-up with J. Gudeman regarding same (2.0). |
| 04/19/13 | G. Weinreich | 0.30 | 205.80 | Review materials regarding FDA response to KV questions and other Hill developments (.20); respond to and comment on same (.10). |
| 04/19/13 | D. Gibb | 0.20 | 87.40 | Phone call with M. Weller regarding the State issue. |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/19/13 | T. Goddard | 0.50 | 308.25 | Telephone conference with M. Weller regarding State issues and review of number of scripts denied by Medicaid. |
| 04/22/13 | D. Gibb | 0.40 | 174.80 | Coordinate details of the State meeting. |
| 04/22/13 | M. Weller | 1.10 | 691.90 | Review slides, discuss State meetings with D. Gibb, follow-up on NAAG panel discussion. |
| 04/22/13 | M. Zolandz | 0.20 | 123.00 | LDA review and revisions. |
| 04/23/13 | D. Gibb | 0.50 | 218.50 | Conference call with M. Weller and P. Hall to discuss near term steps for responding to the State inquiries. |
| 04/23/13 | M. Weller | 1.70 | 1,069.30 | Discuss with P. Hall and D. Gibb regarding history with State Medicaid (.8); review scripts covered and follow-up T. Goddard (.9). |
| 04/24/13 | B. McCollum | 4.50 | 3,159.00 | Prepare for State meeting with P. Christmas, J. Gudman and M. Weller (.30); meet with State officials (1.5) |
| 04/24/13 | D. Gibb | 0.20 | 87.40 | Review the State interaction provided by P. Hall in preparation for follow up with the office in regards to a potential meeting. |
| 04/24/13 | M. Weller | 4.00 | 2,516.00 | Prepare outline on 503A FFDCA provision, read House report (.20); meeting preparation and meeting (3.0); follow-up with B. McCollum on next steps (.30); call with T. Goddard on state follow-up (.50). |
| 04/24/13 | T. Goddard | 0.30 | 184.95 | Telephone conference with M. Weller regarding response to State questions. |
| 04/25/13 | M. Weller | 0.70 | 440.30 | Emails on Medicaid call and follow-up with T. Goddard, S. Goedeke and J. Gudeman. |
| 04/25/13 | D. Gibb | 0.10 | 43.70 | Coordinate communication with State office. |
| 04/25/13 | T. Goddard | 0.80 | 493.20 | Telephone conference with State office to setup call with Chief Deputy (.20); telephone conference with M. Weller regarding strategy for call with State regarding KV Pharmaceutical (.60). |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/25/13 | E. Taucher | 1.00 | 148.50 | Provided coverage of the hearing entitled "Securing Our Nation's Prescription Drug Supply Chain" House Energy and Commerce - Health Subcommittee on April 25, 2013. Watched hearing broadcast and recorded witness and Member testimony, discussion, and questioning. Reported on legislative outlook and provided brief summary of hearing. |
| 04/26/13 | M. Weller | 4.10 | 2,578.90 | Attend Senate HELP briefing; discussions with various staff on draft bill; draft summary email; call with T. Goddard, S. Goedeke, J. Gudeman regarding state Medicaid restriction (3.5); send state outreach update to P. Christmas (.6). |
| 04/26/13 | T. Goddard | 0.50 | 308.25 | Telephone conference with State office, J. Gudman, M. Weller and P. Christmas regarding cases denied - Medicaid reimbursement. |
| 04/29/13 | M. Weller | 1.20 | 754.80 | Begin response to Senate HELP committee draft bill. |
| 04/30/13 | M. Weller | 3.40 | 2,138.60 | Prepare for S. Sellers call, review Senate bill, call with S. Sellers on Senate HELP Committee comments, see follow up email to G. Divis and P. Christmas on same (2.3); review email on state Medicaid issue, email with J. Gudeman regarding same; discussion with D. Gibb on next steps with state meetings (1.1). |

| Total Hours | | 100.60 | | |
| Fee Amount | | | | $60,573.75 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Weinreich | $686.00 | 1.10 | $754.60 |
| B. McCollum | $702.00 | 14.00 | $9,828.00 |
| C. Luband | $599.00 | 0.10 | $59.90 |
| M. Weller | $629.00 | 61.70 | $38,809.30 |
| M. Zolandz | $615.00 | 0.20 | $123.00 |
| D. Gibb | $437.00 | 6.40 | $2,796.80 |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| T. Goddard | $616.50 | 12.10 | $7,459.65 |
| E. Taucher | $148.50 | 5.00 | $742.50 |
| Totals | | 100.60 | $60,573.75 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 3/21/2013 | Airfare  TERRY  GODDARD | | 781.50 |
| 4/1/2013 | Airfare  IRA WILLIAM  MCCOLLUM | | 1,541.80 |
| 3/27/2013 | Airfare  MARK W WELLER | | 1,483.80 |
| 4/2/2013 | Airfare  MARK W WELLER | | 7.00 |
| 4/9/2013 | Airfare  MARK W WELLER | | 535.70 |
| 4/9/2013 | Airfare  MARK W WELLER | | 310.80 |
| 4/1/2013 | Airfare  IRA WILLIAM  MCCOLLUM | | 1,541.80 |
| 4/24/2013 | Airfare  IRA WILLIAM  MCCOLLUM | | 499.80 |
| | | SUBTOTAL | 6,702.20 |
| | Document reproduction | | 0.30 |
| | | SUBTOTAL | 0.30 |
| 4/9/2013 | Ground Transportation  MARK W WELLER | | 22.50 |
| 4/24/2013 | Ground Transportation  IRA WILLIAM  MCCOLLUM | | 60.00 |
| 4/10/2013 | Ground Transportation  MARK W WELLER PARKING AT NATIONAL | | 44.00 |
| 4/2/2013 | Ground Transportation  MARK W WELLER PARKING AT NATIONAL AIRPORT | | 36.00 |
| 4/2/2013 | Ground Transportation  MARK W WELLER AIRPORT TO MARRIOTT/MEETINGS. | | 24.00 |
| 3/26/2013 | Ground Transportation  IRA WILLIAM  MCCOLLUM CABS | | 53.00 |
| 4/10/2013 | Ground Transportation  TERRY  GODDARD CAB | | 5.00 |
| 4/10/2013 | Ground Transportation  TERRY  GODDARD CAB | | 20.00 |
| 4/8/2013 | Ground Transportation  TERRY  GODDARD CAB FROM AIRPORT-HOTEL | | 22.00 |
| 4/9/2013 | Ground Transportation  TERRY  GODDARD CAB FROM AIRPORT-HOTEL | | 18.00 |
| | | SUBTOTAL | 304.50 |
| 4/10/2013 | Lodging  TERRY  GODDARD HOTEL | | 222.88 |

Makena Strategy

May 16, 2013

Matter: 30000271-0142
Invoice No.: 1475075

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/8/2013 | Lodging TERRY  GODDARD HOTEL | | 145.13 |
| 4/2/2013 | Lodging  IRA WILLIAM  MCCOLLUM | | 269.11 |
| 4/9/2013 | Lodging  MARK W WELLER HOTEL. | | 321.66 |
| | | SUBTOTAL | 958.78 |
| 4/10/2013 | Miscellaneous Hard  MARK W WELLER | | 10.00 |
| | | SUBTOTAL | 10.00 |
| 3/31/2013 | Outside Professional Services - -        U.S. COURTS AO - PACER SERVICE CENTER Pacer charges 1st quarter 2013 | | 12.00 |
| | | SUBTOTAL | 12.00 |
| | Total Disbursements | | $7,987.78 |

| | | |
|---|---|---|
| Fee Total | $ | 60,573.75 |
| Disbursement Total | $ | 7,987.78 |
| Invoice Total | $ | 68,561.53 |

9

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475076**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

Total This Invoice                                          $          5,379.20

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475076**

Client/Matter:  30000271-0149

Special Board Committee Representation

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/18/13 | S. O'Brien | 1.80 | 1,013.40 | Telephone conference with S. Rovak regarding discovery responses of KV and information about MH alleged in criminal matters (.2); research regarding discovery responses and criminal information allegations (1.3); emails with S. Rovak regarding discovery responses of KV (.3) |
| 04/18/13 | S. Rovak | 1.60 | 956.80 | Participate in conference regarding MH settlement demand  (.9); conference with M. Dow (.2); review statements of conduct as described in interrogatory answers in Delaware and State litigation in preparation for use in Amended Plan of Reorganization (.5). |
| 04/19/13 | S. Rovak | 4.00 | 2,392.00 | Review Plan Disclosure material with respect to equitable subordination of all MH claims (.3); review documents from prior criminal and civil litigation, as well as administrative proceedings relating to MH, for selection for inclusion in Plan Disclosure material with respect to equitable subordination of all MH claims (2.0); edit Plan Disclosure material with respect to equitable subordination of all MH claims to include appropriate references to prior proceedings and in particular legal standards for exclusion by HHS-OIG from federal healthcare programs for twenty rather than three years (1.4); conference with Mr. Sorkin at Wilke Farr (.3). |
| 04/22/13 | S. Rovak | 0.10 | 59.80 | Review of pleadings for response to Defendant's motion to dismiss. |
| 04/24/13 | S. Rovak | 0.20 | 119.60 | Prepare draft of response to Vice Chancellor's inquiry. |
| 04/25/13 | S. Rovak | 0.20 | 119.60 | Review correspondence to Vice Chancellor. |

Special Board Committee Representation

May 16, 2013

Matter: 30000271-0149
Invoice No.: 1475076

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/29/13 | S. Rovak | 0.20 | 119.60 | Review MSH's counsel's objections to disclosure statement and began restatement thereof. |
| 04/30/13 | S. Rovak | 1.00 | 598.00 | Review MSH's counsel's objections to disclosure statement and continue restatement thereof (.2); review potential amendments to disclosure statement (.3); retrieve documentation for bankruptcy counsel (.3); conferences with bankruptcy counsel regarding facts underlying statements in disclosure (.2). |

| | | | |
|---|---|---|---|
| Total Hours | 9.10 | | |
| Fee Amount | | | $5,378.80 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 7.30 | $4,365.40 |
| S. O'Brien | $563.00 | 1.80 | $1,013.40 |
| Totals | | 9.10 | $5,378.80 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $0.40 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 5,378.80 | |
| Disbursement Total | $ | 0.40 | |
| Invoice Total | $ | 5,379.20 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 17, 2013

**Invoice No. 1475419**

Client/Matter: 30000271-0152

State Medicaid Actions

Payment Due Upon Receipt

---

Total This Invoice                              $        232,487.61

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 17, 2013

**Invoice No. 1475419**

Client/Matter:   30000271-0152

State Medicaid Actions

_____

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/1/13 | M. Ratner | 1.30 | Download and perform quality check on SC second production; load same into Concordance and update production log. |
| 4/1/13 | M. Hall | 3.20 | Communications with E. Shoudt regarding SC and GA cases and discovery issues in those cases (1.0); confer with local counsel in SC regarding discovery and settlement conference issues (.4); communications with client regarding case schedules and discovery issues (1.0); confer with team regarding briefing and research issues for SC and GA cases (.8). |
| 4/1/13 | D. Marrocco | 3.50 | Review Wiant and Dubberly deposition and Goedeke deposition (1.0); draft summary judgment response (1.50); and statement of material facts (1.0). |
| 4/1/13 | B. Cooper | 0.30 | Correspondence regarding redaction process for privileged documents. |
| 4/1/13 | T. Andrews | 0.40 | Review and redact documents for privilege. |
| 4/1/13 | D. Brasher | 2.60 | Research regarding coverage and reimbursement for GA action. |
| 4/1/13 | J. Hanson | 1.50 | Review case files and correspondence to locate key files (.5); import files to local drive (.3); organization and management of case files (.7). |
| 4/1/13 | E. Shoudt | 9.20 | Review documents for production 3 (1.70); edit Objections and Responses to Defendant's document requests and interrogatories (3.0); telephone call with S. Goedeke regarding same (.7); edit letter to J. Naunas regarding privilege log (.5); telephone call with iDS and reviewers regarding redactions (.5); review privileged documents and tag privilege assessment (2.3); telephone call with P. Hall regarding status, Assey and Williams depositions (.5). |
| 4/2/13 | E. Shoudt | 11.40 | Draft Assey deposition outline (8.60); edit supplemental interrogatory answers (.50); quality check Production 4 (2.0); telephone call with P. Hall regarding GA correspondence (.30). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/2/13 | J. Hanson | 3.50 | Research on individuals who submitted affidavits (.30); review pleadings (.30); gather materials in preparation for upcoming depositions (2.6); draft certificate of service for Plaintiffs' Supplemental Responses to Defendant's First Interrogatories (.30). |
| 4/2/13 | D. Marrocco | 3.20 | Address summary judgment and pretrial filling issues (2.20); review CMO issue and law (1.0). |
| 4/2/13 | T. Andrews | 2.70 | Review and redact documents for privilege |
| 4/2/13 | B. Cooper | 4.30 | Redact privileged documents in SC action. |
| 4/2/13 | M. Hall | 5.70 | Review discovery responses in GA, review AG's objections, and conduct multiple conferences with AG's office regarding same (1.8); confer with E. Shoudt regarding deposition strategy in SC (.5); conferences with client team regarding discovery issues and case strategy moving forward (1.0); confer with SC's counsel regarding discovery issues (.5); confer with client and local counsel regarding SC mediation (.4); follow up communications with GA AG regarding discovery agreements (.5); confer with D. Marrocco regarding status of cases and strategy going forward (.5); further conferences with E. Shoudt regarding discovery issues in SC and GA (.5). |
| 4/2/13 | M. Ratner | 1.80 | Coordinate download and printing of hot documents and download production 3 and load into Concordance. |
| 4/2/13 | B. Brownshadel | 2.40 | Research and shepardize case law for medical necessity issues (2.0); summarize key findings and discuss same with P. Hall, D. Marrocco, and E. Shoudt (.40). |
| 4/3/13 | B. Brownshadel | 1.50 | Continue to research and shepardize case law for medical necessity issues (1.0); summarize key findings and discuss same with P. Hall, D. Marrocco, and E. Shoudt (.50). |
| 4/3/13 | D. Marrocco | 3.70 | Draft and revise summary judgment brief (2.50); review CMO contracts with GA and regulation (1.20). |
| 4/3/13 | M. Hall | 4.40 | Conferences with E. Shoudt regarding depositions and discovery issues in SC and GA (1.0); confer with GA local counsel regarding discovery issues and stipulations (.4); deposition preparation for 30(b)(6) deposition in SC (2.5); confer with D. Marrocco and B. Brownshadel regarding summary judgment preparation and legal research (.5). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 4/3/13 | M. Soheil | 2.50 | Brief discussion with P. Hall relating to research in the pending litigation (.20); research and analysis of case law relating to the binding effect, if any, of findings of fact and conclusions of law in preliminary injunction (2.0); reparation of short memorandum to P. Hall outlining the research and analysis relating to same (.30). |
| 4/3/13 | M. Ratner | 0.70 | Download Prod 5 hot documents and transfer to Facilities to print for A. Shoudt. |
| 4/3/13 | E. Shoudt | 6.30 | Finalize production 3 and send Production 3 to opposing counsel (3.0); prepare materials for V. Williams and J. Assey depositions (3.3). |
| 4/3/13 | C. Taylor | 1.50 | Begin review of documents produced for documents pertaining to S. Goedeke to assist in preparation for upcoming deposition. |
| 4/3/13 | J. Hanson | 1.10 | Gather key documents for E. Shoudt (.20); review production files and database content (.50); import files to local drive; organize case files (.40). |
| 4/4/13 | D. Marrocco | 3.00 | Review case law on medical necessity and review and revise Rule 56.1 Statement of Facts. |
| 4/4/13 | C. Taylor | 6.90 | Review productions for documents pertaining to S. Goedeke in preparation for upcoming deposition. |
| 4/4/13 | B. Cooper | 8.40 | Generate and edit privilege log for SC action. |
| 4/4/13 | M. Hall | 2.00 | Work on case strategy for SC and GA. |
| 4/4/13 | B. Brownshadel | 3.50 | Research and shepardize case law for medical necessity issues (3.0); summarize key findings and discuss same with P. Hall, D. Marrocco and E. Shoudt (.50). |
| 4/4/13 | E. Shoudt | 14.00 | Attend and take deposition of J. Assey (8.40); prepare for deposition of V. Williams (5.50). |
| 4/4/13 | J. Hanson | 1.50 | Organization and management of case files (.50); import files to local drive(.80); update case binders (.20). |
| 4/5/13 | J. Hanson | 0.40 | Review emails and correspondence (.10); update case files (.10); import files to local drive (.20). |
| 4/5/13 | B. Brownshadel | 5.10 | Continue to research and shepardize case law for medical necessity issues (4.1); summarize key findings and discuss same with P. Hall, D. Marrocco and E. Shoudt (1.0). |
| 4/5/13 | M. Hall | 2.30 | Confer with local counsel in GA and SC regarding discovery issues (.8); confer with E. Shoudt regarding deposition issues in SC and status (1.5). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/5/13 | B. Cooper | 2.40 | Finish first draft of privilege log in SC action and circulate same to E. Shoudt. |
| 4/5/13 | C. Taylor | 3.50 | Review non-batched documents pertaining to FDA searched for responsiveness. |
| 4/5/13 | E. Shoudt | 9.20 | Attend and take deposition of V. Williams. |
| 4/5/13 | T. Andrews | 1.50 | Review documents in preparation of SC production. |
| 4/5/13 | D. Marrocco | 4.00 | Draft summary judgment pleadings (3.10); review research on reimbursement versus coverage (.90). |
| 4/6/13 | C. Taylor | 2.50 | Complete review on non-batched documents for FDA communications responsive to document requests. |
| 4/6/13 | B. Cooper | 2.90 | Review documents in SC action relating to correspondence with FDA. |
| 4/6/13 | B. Brownshadel | 0.80 | Review documents responsive to request for production number 7 relating to FDA communications with KV and There-Rx; communicate with E. Shoudt. |
| 4/7/13 | D. Marrocco | 3.50 | Conference call with P. Hall and E. Shoudt (1.0); draft summary judgment brief (2.5). |
| 4/7/13 | M. Hall | 4.70 | Confer with E. Shoudt and D. Marrocco regarding status and strategy for SC and GA cases (.8); preparation for client meeting and witness preparation (3.5); confer with D. Ackerman regarding SC motion (.4). |
| 4/7/13 | T. Andrews | 0.60 | Review documents in preparation of SC production. |
| 4/7/13 | E. Shoudt | 4.30 | Teleconference call with D. Marrocco and P. Hall regarding status and strategy for GA and SC Medicaid cases (.80); draft answers to Requests for Admission served in SC (2.0); review document production for production 4 and review documents tagged further review (1.50). |
| 4/8/13 | J. Hanson | 1.60 | Review emails and correspondence (.20); update case files (.60); import files to electronic folder; review files received in response to subpoena request; reproduce documents and create file (.80). |
| 4/8/13 | D. Marrocco | 4.70 | Draft summary judgment brief and undisputed statement of facts (3.50); review revised RFA response (.70); conference call with P. Hall and S. Goedeke on settlement conference in GA (.50). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/8/13 | E. Shoudt | 7.30 | Review production 4 (redactions) (5.3); add new documents to same; telephone call with P. Hall regarding 30(b)(6) preparation (.5); confirm due date for Requests for Admission and email local and opposing counsel regarding same (.5); draft revised Requests for Admission for GA (1.0). |
| 4/8/13 | M. Hall | 9.00 | Prepare witness in St. Louis for deposition in SC case (8.0); work on discovery strategy in GA and SC cases (1.0). |
| 4/8/13 | M. Ratner | 0.30 | Correspondence with E. Shoudt regarding GA Supplemental production. |
| 4/8/13 | M. Ratner | 0.50 | Export as PDF MCC forms to send to client as requested by E. Shoudt. |
| 4/9/13 | M. Ratner | 2.50 | Transfer files and prepare instructions for Barrister to prepare KV SC documents for loading into new Concordance database; download deliverable and load same into Concordance (1.0); download SC production 4 from IDS; perform quality checks and load into Concordance; coordinate burning same to disk and FTP to Opposing (1.5) |
| 4/9/13 | M. Hall | 4.10 | Confer with D. Gibb and P. Christmas regarding status of TX communications with government (.7); confer with D. Marrocco regarding GA MSJ strategy (.5); confer with E. Shoudt regarding discovery issues in GA (.4); work on strategy and responses for discovery in SC (1.0); review additional documents produced in preparation for deposition in SC (1.5). |
| 4/9/13 | M. Ratner | 3.00 | Coordinate with Barrister scanning of Defendants hard copy documents from E. Shoudt; prepare instructions for Barrister to prepare for loading into Concordance database; download from Barrister and load into Concordance (1.5); transfer GA Amerigroup third party production to Barrister with instructions to prepare for loading into Concordance; download from Barrister and load into Concordance (1.5) |
| 4/9/13 | B. Cooper | 1.20 | Edit privilege log for SC action (1.0); correspondence with E. Shoudt (.20). |
| 4/9/13 | D. Marrocco | 4.70 | Draft motion for summary judgment in GA. |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/9/13 | E. Shoudt | 9.00 | Prepare excel charts for production (.30); edit revised Requests for Admission for GA (1.0); tag additional hard copy documents for production; organize third party subpoena documents in concordance (.50); review document question from opposing counsel and respond to same (.20); draft cover letter and send ATC documents to opposing counsel (.50); send MCC enrollment forms to client (.20); review privilege log (1.30); finalize document production 4 (2.50); draft cover letter for same; review ATC produced documents (1.0); email notes on same to local counsel (.20); draft supplemental initial disclosures for SC (adding Sara Sellers) (.30); edit revised Requests for Admission (GA) and send to local counsel (.50); edit Responses to Requests for Admission (SC) (.50). |
| 4/9/13 | J. Hanson | 4.60 | Review and organize production files (.90); review and format excel charts; burn files to disc and prepare for delivery (1.0); assist with preparation of document production and cover letter (2.10); import files to local drive (.60). |
| 4/10/13 | J. Hanson | 6.80 | Review production files, images and data; organize and update case files, import key files to local drive (4.8); review defendant's production files and privilege log (1.0); log all missing ranges and provide to E. Shoudt (1.0). |
| 4/10/13 | D. Marrocco | 4.90 | Revise statement of facts and summary judgment brief in GA (3.0); review recently produced documents in GA (1.0); review Congressional report on compounding (.50); review SC RFA responses (.40). |
| 4/10/13 | D. Ackerman | 0.60 | Conference with D. Marrocco regarding SC mediation statement (.20); conference with E. Shoudt regarding SC discovery (.40). |
| 4/10/13 | E. Shoudt | 8.00 | Review and edit privilege log (4.8); discuss Defendants' production inventory (.5); telephone calls and emails with litigation support regarding internal databases for various productions (.3); prepare 2002 compounding documents (.5); coordinate filing of supplemental initial disclosures (.2); discuss mediation statement with D. Ackerman (.4); emails regarding GA scheduling order (.2); draft letter to court reporter regarding errata sheets for 30(b)(6) deposition (.5); draft letter to opposing counsel regarding additional confidential portions of transcript (.5); telephone call with court reporter regarding same (.1). |
| 4/10/13 | M. Ratner | 0.50 | Download Amerigroup third party production and load into Concordance database. |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/10/13 | M. Hall | 9.10 | Review and revise MSJ in GA matter (3.6); confer with D. Marrocco regarding strategy in GA (.6); revise disclosures for SC (.4); confer with M. Willis regarding case strategy in SC (.6); review potential exhibits for GA motion (2.); prepare for SC deposition (2.1); confer with opposing counsel in SC regarding discovery issues (.6); confer with opposing counsel in GA regarding mediation (.4); review and revise responses to requests for admission in SC case and confer with client regarding same (.6). |
| 4/10/13 | M. Ratner | 2.00 | Transfer via FTP Productions 1-3 to local Counsel (.5) download Blue Choice Third Party production and transfer to Barrister to prepare for loading into Concordance; coordinate printing of same; download files and load into Concordance. (1.5). |
| 4/11/13 | M. Ratner | 1.50 | Change database names as requested by E. Shoudt (.10); load Blue Choice Third Party documents into Concordance (1.40). |
| 4/11/13 | B. Cooper | 5.80 | Make final revisions to privilege log for SC action, incorporating comments by E. Shoudt. |
| 4/11/13 | E. Shoudt | 7.30 | Edit Requests for Admission (1.8); discuss same with client (.3), research Board of Pharmacy statutes for same (.5); telephone call with counsel for Absolute Total Care regarding document production (.5); telephone call with K. Woods regarding depositions (.2); answer questions regarding edits to privilege log (.3); review privilege log and draft cover letter for final production and log (1.9); review final production (.5);send documents from Blue Choice to opposing counsel (.3); review database for reference to G. Chelton (.5); edit summary judgment brief with information on enrollments and temporary policy (.5). |
| 4/11/13 | M. Hall | 8.40 | Defend client deposition in SC case (8.0); confer with GA local counsel regarding discovery issues and timing (.4). |
| 4/11/13 | D. Marrocco | 3.80 | Prepare statement of undisputed facts. |
| 4/11/13 | J. Hanson | 5.60 | Review database production files (.90); import production documents to local drive (.50); burn Blue Choice documents to electronic media; prepare documents for production and organize case files (4.20). |
| 4/12/13 | J. Hanson | 1.80 | Review and prepare production files (.80); import files to local drive (.20); review and organize case files, emails and correspondence (.80). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/12/13 | D. Marrocco | 3.50 | Prepare statement of facts for summary judgment (2.50); review materials on FDA compounding report (.50); review information relating to SC deposition (.50). |
| 4/12/13 | M. Ratner | 1.50 | Correspondence with J. Hanson regarding sending SC production to IDS and Nexsen Pruet; track same (.20); load SC Defendants production into Concordance (1.30). |
| 4/12/13 | D. Ackerman | 0.70 | Review pleadings for mediation statement (0.5); emails with local counsel regarding same (0.2). |
| 4/14/13 | D. Marrocco | 1.00 | Review correspondence between KV and DCH on settlement issues. |
| 4/15/13 | D. Marrocco | 7.20 | Settlement meeting with government and DCH in GA and preparation for same. |
| 4/15/13 | M. Hall | 1.40 | Confer with N. Mergo regarding scheduling order issues and negotiations (.4); review filings in SC case (.3); confer with D. Marrocco regarding results of GA Mediation (.4); communications with GA AG regarding document issues (.3). |
| 4/15/13 | D. Ackerman | 4.50 | Review Williams, Hess deposition transcripts for mediation statement (3.5); review previously filed memoranda and opposition briefs for mediation statement (1.0). |
| 4/15/13 | J. Hanson | 0.60 | Communications with local counsel regarding production issues (.10); provide files to local counsel (.20); review database files organize production documents (.30). |
| 4/16/13 | J. Hanson | 2.60 | Review production files and import to local drive (.50); upload files to ftp site (.20); communications with counsel regarding production issues (.20); provide link to counsel to download files; update case files, review emails and update correspondence files (1.70). |
| 4/16/13 | D. Marrocco | 2.00 | Draft revised settlement language for GA and related correspondence. |
| 4/16/13 | M. Hall | 1.20 | Review GA mediation summary document and confer with D. Marrocco regarding same (.4); review communications from local counsel in SC case regarding document productions and review selected documents (.5); review communications with GA counsel regarding third party document issues (.3) |
| 4/16/13 | D. Ackerman | 4.70 | Draft mediation statement (3.3); review Hess deposition transcript for same (1.0); conferences with D. Marrocco regarding mediation statement (.2); research for mediation statement (.2). |
| 4/16/13 | M. Ratner | 0.70 | Correspondence regarding final productions with Case Team and Opposing. |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/17/13 | M. Ratner | 1.00 | Prepare and load Production 5 into SC Plaintiffs Production database. |
| 4/17/13 | D. Marrocco | 1.90 | Revise SC mediation statement. |
| 4/17/13 | D. Ackerman | 0.70 | Conference with D. Marrocco regarding mediation statement (.2); revise mediation statement (.5). |
| 4/17/13 | B. Cooper | 3.10 | Review hardcopy documents relating to SC Medicaid action (2.8); scan relevant documents and send to E. Shoudt along with summary of findings (.3). |
| 4/17/13 | J. Hanson | 3.30 | Review, organization and management of case files (2.60); review transcripts and import to local drive (.40); update LiveNote database (.30). |
| 4/18/13 | J. Hanson | 3.60 | Review production ranges received from client (.40); review database files (.90); import documents to local drive (.20); review emails and correspondence and update case files (.90); review deposition transcripts and exhibits; reproduce files (1.2). |
| 4/18/13 | M. Ratner | 1.70 | Correspondence with E. Shoudt regarding Plaintiff's productions and transfer Select Health Production and Supplement to Defendant's Production to Barrister to prepare for loading into Concordance and instructions for same (1.0); coordinate scanning of Peach State production (.70). |
| 4/18/13 | M. Hall | 3.00 | Review and revise mediation statement in SC matter (.5); confer with E. Shoudt and D. Marrocco regarding changes to SC mediation statement and regarding GA summary judgment (.5); review and revise GA motion and brief (2.0). |
| 4/18/13 | E. Shoudt | 4.50 | Call with D. Marrocco and P. Hall regarding status of mediation statement and summary judgment brief (0.50); review and edit Statement of Material Facts (3.0); review and edit confidential mediation statement (1.0). |
| 4/18/13 | D. Marrocco | 4.20 | Revise mediation statement (2.30); conference call with P. Hall and E. Shoudt on case strategy (.80); review revised summary judgment in Georgia (1.10). |
| 4/19/13 | M. Ratner | 1.00 | Load Peach State hard copy documents into Concordance; correspondence with E. Shoudt regarding same. |
| 4/19/13 | M. Hall | 1.50 | Confer with D. Marrocco and E. Shoudt regarding mediation in SC case (.5); review recently produced documents in SC case (.5); confer with client regarding strategy in SC (.5). |
| 4/19/13 | M. Ratner | 2.30 | Create LiveNote database for J. Hanson and load supplemental production documents to the Defendants database (1.30); load Select Health Third Party documents into Concordance and correspondence with A. Shoudt regarding same (1.0). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/19/13 | J. Hanson | 5.30 | Update LiveNote database (.30); review transcripts for key information (.70); review production documents and update case files (1.6); assist with mediation preparation (2.7). |
| 4/19/13 | E. Shoudt | 6.50 | Finalize mediation statement and send same to mediator (4.5); review documents produced by Blue Choice and Select Health (2.0). |
| 4/19/13 | D. Marrocco | 1.60 | Review and revise SC mediation statements (1.0); review revised GA statement of facts (.60). |
| 4/21/13 | M. Hall | 1.60 | Prepare for mediation. |
| 4/22/13 | M. Ratner | 0.70 | Load Select Health Third Party documents into Concordance. |
| 4/22/13 | M. Hall | 8.00 | Prepare for and participate in mediation in SC case. |
| 4/22/13 | E. Shoudt | 8.00 | Attend mediation. |
| 4/22/13 | J. Hanson | 3.40 | Review emails and update correspondence file (1.2); import files to local drive (.40); update pleadings file (1.3); review production files, images and data (.50). |
| 4/23/13 | J. Hanson | 4.10 | Review emails and correspondence; organize and update case files (.80); create deposition files (2.3); import files to local drive (.30); upload transcripts and exhibits to database (.40); review Concordance database updated images and data (.30). |
| 4/23/13 | E. Shoudt | 6.40 | Edit Statement of Material Facts and Memorandum in Support of Motion for Summary Judgment; email client regarding Dr. Smythe's involvement in trials and payments (3.40); attend to various issues including depositions received and provide documents to local counsel (2.0); review documents produced by BlueChoice (.80); raft Notice of Deposition for Director Keck (.20). |
| 4/23/13 | M. Ratner | 0.30 | Transfer Absolute Total Choice Third party production to Vendor for processing. |
| 4/23/13 | M. Hall | 4.30 | Confer with E. Shoudt regarding summary judgment motion in Georgia (.5); review communications from defense counsel in SC regarding discovery issues (.5); work on discovery strategy in SC in light of communications from defense counsel (1.5); review history of negotiations with TX (.4); confer with D. Gibb and M. Weller regarding TX negotiations (.5); review communications from client regarding compounding and CM'S statements (.4); review of selected documents from SC production (.5). |
| 4/23/13 | D. Marrocco | 1.10 | Review revised Summary Judgment for Georgia and correspondence on (a)(19) argument (.80); review CMS reports (.30). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/24/13 | M. Hall | 4.10 | Review communications from E. Shoudt and SC counsel (.7); work on strategy for SC remaining discovery (1.5); confer with P. Christmas regarding same (.5); review selected documents produced by third parties in SC case (.4); work on preparation for upcoming noticed depositions and strategy for avoiding certain depositions (1.0). |
| 4/24/13 | M. Ratner | 0.20 | Coordinate with Barrister regarding documents from Relativity as requested by E. Shoudt. |
| 4/24/13 | B. Brownshadel | 2.00 | Research Food and Drug Administration statute in United States Code and Code of Federal Regulations for E. Shoudt. |
| 4/24/13 | E. Shoudt | 4.20 | Review Select Health, Absolute Total Care and Blue Choice documents produced (1.20); draft summary emails for each (2.80); search database for information related to J. Graves (.20). |
| 4/24/13 | J. Hanson | 2.20 | Import transcripts to local drive (.30); provide transcripts to local counsel (.20); review emails and correspondence (.30); organize documents and create files (1.4). |
| 4/25/13 | J. Hanson | 6.50 | Assist with preparation of summary judgment materials (3.7); import files to local drive (.50); ftp files to local counsel (.30); review concordance files and print key documents (1.5); update LiveNote database; organize case files (.50). |
| 4/25/13 | E. Shoudt | 4.90 | Email Absolute Total Care counsel regarding their production and additional custodians to search (.5); emails with client regarding payments to Dr. Smythe (.2); telephone call with P. Hall and N. Mergo regarding status of discovery in SC (.8); telephone call with N. Mergo and J. Alphin regarding outstanding discovery issues (.4); draft affidavit for custodian of records for Blue Choice (.5); tag documents for additional production and emails with vendor regarding same (.5); email Select Health regarding charts produced (.2); organize documents for J. Graves deposition prep (.3); compile exhibits for summary judgment brief (1.0); telephone call with local counsel (GA) regarding logistics of summary judgment filing (.5). |
| 4/25/13 | M. Ratner | 0.80 | Load Absolute Total Care documents into Concordance. |
| 4/25/13 | E. Shoudt | 1.50 | Draft Motion and Proposed Order for Motion for Summary Judgment. |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/25/13 | M. Hall | 1.90 | Review correspondence regarding discovery completion and outstanding issues (.7); confer with N. Mergo and E. Shoudt and direct strategy regarding same (.4); direct strategy for GA motion for summary judgment and completion of evidence in support of same (.8). |
| 4/26/13 | M. Ratner | 1.50 | Download and perform quality checks on production; load same into Concordance (1.40); send via FTP to J. Sharpe at Nexson Pruet as requested by E. Shoudt (.10). |
| 4/26/13 | E. Shoudt | 6.60 | Email J. Alphin regarding Dr. Smythe's payments from KV (.3); compile exhibits for summary judgment brief in Georgia action (2.0); edit statement of facts (.5); discuss status with P. Hall (.3); produce documents to opposing counsel and cover letter for same in SC case (.3); edit S. Goedeke declaration (.5); edit T. McHugh declaration (1.0); draft affidavit for Select Health document production (.5); review Absolute Total Care documents and email their counsel regarding follow up items (.5); edit affidavit for BlueChoice counsel (.5); comile and send Graves documents to B. Brownshadel (.2). |
| 4/26/13 | D. Marrocco | 0.50 | Review correspondence on T. McHugh declaration and revised draft for GA. |
| 4/26/13 | J. Hanson | 6.30 | Assist with preparing materials for summary judgment filing (3.3); review database files, locate key documents and reproduce documents (1.2); organize files (.60); review production files and burn to disc; communications with vendor regarding document processing job (.70); import files to local drive and provide files to counsel via ftp site (.50). |
| 4/27/13 | E. Shoudt | 2.00 | Draft motion for summary judgment (Georgia). |
| 4/29/13 | E. Shoudt | 2.60 | Discuss Graves deposition prep with B. Brownshadel (.5); discuss summary judgment status with P. Hall (.4); emails and phone calls with local counsel regarding motion to seal (1.0); telephone call with Peach State counsel regarding motion to seal (.2); review protective order regarding same (.5). |
| 4/29/13 | D. Marrocco | 1.70 | Review and revise Proposed Order for GA and motion. |
| 4/29/13 | C. Taylor | 0.70 | Attention to V. Williams deposition and exhibits. |
| 4/29/13 | M. Hall | 2.90 | Review and revise summary judgment papers in GA action (2.5); confer with E. Shoudt regarding strategy for same (.4). |
| 4/29/13 | J. Hanson | 1.10 | Prepare exhibits for summary judgment filing (.60); organization and management of case files (.10); review database production files (.40). |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/29/13 | B. Brownshadel | 0.70 | Conference call with E. Shoudt regarding J. Graves deposition and document organization. |
| 4/30/13 | J. Hanson | 2.10 | Review deposition transcripts and upload files to database (.30); reproduce deposition exhibits (.60); review confidential portions of Goedeke transcript (.20); assist with summary judgment preparation (.80); organization and management of case files (.20). |
| 4/30/13 | B. Brownshadel | 2.80 | Review, de-duplicate, and flag key documents for preparing J. Graves for deposition. |
| 4/30/13 | M. Hall | 3.40 | Provide E. Shoudt with comments on summary judgment papers and direct strategy relating to same for GA case (.8); work on discovery issues and schedule for SC case (1.4); confer with client regarding status of SC and GA cases (.5); further revisions to summary judgment declarations (.4); confer with local counsel and client regarding settlement negotiations in GA case (.3). |
| 4/30/13 | R. Ellison, Jr. | 0.20 | Remove Goedeke transcripts from LiveNote per case team request. |
| 4/30/13 | D. Marrocco | 2.70 | Review revised summary judgment papers and revise motion and order in GA. |
| 4/30/13 | E. Shoudt | 3.30 | Telephone call with P. Hall regarding summary judgment papers (.50); telephone calls with local counsel regarding consent motion for extension of time and review draft motion (.30); review Select Health business record (.10); edit statement of facts, motion and declarations (2.40). |

| | | | |
|--|--|--|--|
| Total Hours | | 468.40 | |
| Fee Amount | | | $214,192.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 86.20 | $53,788.80 |
| D. Marrocco | $575.00 | 66.40 | $38,180.00 |
| E. Shoudt | $516.00 | 136.50 | $70,434.00 |
| D. Ackerman | $487.00 | 11.20 | $5,454.40 |
| D. Brasher | $458.00 | 2.60 | $1,190.80 |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. Brownshadel | $280.00 | 18.80 | $5,264.00 |
| B. Cooper | $281.00 | 28.40 | $7,980.40 |
| T. Andrews | $222.00 | 5.20 | $1,154.40 |
| M. Soheil | $257.00 | 2.50 | $642.50 |
| C. Taylor | $245.00 | 15.10 | $3,699.50 |
| J. Hanson | $279.00 | 69.50 | $19,390.50 |
| M. Ratner | $270.00 | 25.80 | $6,966.00 |
| R. Ellison, Jr. | $236.00 | 0.20 | $47.20 |
| Totals | | 468.40 | $214,192.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/8/2013 | Airfare MARGARET DONAHUE D HALL | | 592.96 |
| 4/8/2013 | Airfare MARGARET DONAHUE D HALL | | 15.00 |
| 4/3/2013 | Airfare ERIN M SHOUDT TRAVEL | | 1,249.08 |
| 4/11/2013 | Airfare MARGARET DONAHUE D HALL | | 1,884.46 |
| 4/21/2013 | Airfare MARGARET DONAHUE D HALL | | 602.80 |
| 4/15/2013 | Airfare DREW W MARROCCO | | 1,029.80 |
| | | SUBTOTAL | 5,374.10 |
| 4/23/2013 | Client Cost - -        COMPUSCRIPTS, INC. Videographer & Transcript Fees for Witness Roy Hess | | 3,194.68 |
| 4/17/2013 | Client Cost - -        COMPUSCRIPTS, INC. Videographer Services - Ther-Rx Corp v. Anthony Keck et al. | | 4,241.33 |
| | | SUBTOTAL | 7,436.01 |
| | Color Copies | | 5.60 |
| | | SUBTOTAL | 5.60 |
| 3/25/2013 | Delivery FedEx Airbill #799363266382 03/25/13 Delivery to  1230 Main St Ste 700, COLUMBIA, SC | | 63.58 |
| 3/25/2013 | Delivery FedEx Airbill #799364673565 03/25/13 Delivery to  160 E Tasman Dr, SAN JOSE, CA | | 11.31 |
| 3/21/2013 | Delivery FedEx Airbill #799340711584 03/21/13 Delivery to  2000 McKinney Ave Ste 1900 DALLAS, TX E6S | | 36.00 |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Description | Amount |
|------|-------------|--------|
| 3/26/2013 | Delivery FedEx Airbill #799373044166 03/26/13 Delivery to 1230 Main St Ste 700, COLUMBIA, SC | 34.75 |
| 3/26/2013 | Delivery FedEx Airbill #799373372451 03/26/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA E6S | 13.82 |
| 4/1/2013 | Delivery FedEx Airbill #799417648675 04/01/13 Delivery to 1230 Main St Ste 700, COLUMBIA, SC | 44.27 |
| 4/9/2013 | Delivery FedEx Airbill #799485914094 04/09/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC Legal Document | 9.41 |
| 4/11/2013 | Delivery FedEx Airbill #799508080143 04/11/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC E6S | 13.91 |
| 4/11/2013 | Delivery FedEx Airbill #799506206180 04/11/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC | 13.91 |
| 4/10/2013 | Delivery FedEx Airbill #799496233216 04/10/13 Delivery to TOWER PLACE 200, SUITE 700 ATLANTA, GA E6S | 13.91 |
| 4/1/2013 | Delivery FedEx Airbill #799418419511 04/01/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC | 9.41 |
| 4/1/2013 | Delivery FedEx Airbill #799418498751 04/01/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA | 13.91 |
| 4/2/2013 | Delivery FedEx Airbill #799427261514 04/02/13 Delivery to 1230 Main St Ste 700, COLUMBIA, SC | 35.74 |
| 4/3/2013 | Delivery FedEx Airbill #799434886067 04/03/13 Delivery to 1230 Main St Ste 700, COLUMBIA, SC | 42.42 |
| 4/3/2013 | Delivery FedEx Airbill #799436176780 04/03/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC E6S | 13.91 |
| 4/9/2013 | Delivery FedEx Airbill #799480369438 04/09/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC | 13.91 |
| | SUBTOTAL | 384.17 |
| | Document reproduction | 342.60 |
| | SUBTOTAL | 342.60 |
| 4/8/2013 | Ground Transportation MARGARET DONAHUE D HALL | 38.40 |
| 4/7/2013 | Ground Transportation MARGARET DONAHUE D HALL | 44.00 |
| 4/5/2013 | Ground Transportation ERIN M SHOUDT PARKING AIRPORT | 51.00 |
| 4/3/2013 | Ground Transportation ERIN M SHOUDT CAB | 27.00 |
| 4/11/2013 | Ground Transportation MARGARET DONAHUE D HALL DFW PARKING | 36.00 |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/10/2013 | Ground Transportation MARGARET DONAHUE D HALL | | 26.00 |
| 4/22/2013 | Ground Transportation MARGARET DONAHUE D HALL | | 20.00 |
| 4/21/2013 | Ground Transportation MARGARET DONAHUE D HALL | | 25.25 |
| 4/22/2013 | Ground Transportation MARGARET DONAHUE D HALL PARKING | | 20.00 |
| 4/15/2013 | Ground Transportation DREW W MARROCCO | | 42.00 |
| 4/15/2013 | Ground Transportation DREW W MARROCCO | | 36.00 |
| | | SUBTOTAL | 365.65 |
| 4/3/2013 | Lodging ERIN M SHOUDT HOTEL | | 433.75 |
| 4/11/2013 | Lodging MARGARET DONAHUE D HALL HOTEL | | 294.51 |
| 4/22/2013 | Lodging MARGARET DONAHUE D HALL HOTEL | | 221.89 |
| | | SUBTOTAL | 950.15 |
| | Misc. Duplicating | | 0.20 |
| | | SUBTOTAL | 0.20 |
| 4/8/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 18.00 |
| 4/11/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 10.00 |
| 4/22/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 5.00 |
| | | SUBTOTAL | 33.00 |
| 4/3/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv . #40494 | | 155.74 |
| 4/3/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv . #40503 | | 259.89 |
| 3/5/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv. #134632 | | 435.98 |
| 3/7/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv. #40159 | | 212.69 |
| 3/18/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv. #40282 | | 258.98 |
| 3/26/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv. #40389 | | 51.47 |
| 4/22/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC  Document production - Inv. 40715 | | 79.50 |

State Medicaid Actions

May 17, 2013

Matter: 30000271-0152
Invoice No.: 1475419

| Date | Description | Amount |
|------|-------------|--------|
| 4/25/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production - Inv. #40758 | 115.01 |
| 4/10/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production - Inv. #40607 | 80.08 |
| 4/11/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production - Inv. #40623 | 154.00 |
| 4/10/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production - Inv. #40613 | 503.08 |
| 4/10/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production - Inv. #40632 | 103.77 |
| 4/22/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production  -  Inv. #40721 | 26.46 |
| 4/22/2013 | Outside Duplicating - -    BARRISTER COPY SOLUTIONS, LLC Document production  -  Inv. #40716 | 107.06 |
| | SUBTOTAL | 2,543.71 |
| 3/31/2013 | Outside Professional Services - -      U.S. COURTS AO - PACER SERVICE CENTER Pacer charges 1st quarter 2013 | 28.40 |
| 3/21/2013 | Outside Professional Services - - TIFFANY ALLEY CERTIFIED REPORTERS DEPOSITION TRANSCRIPT OF SCOTT GOEDEKE | 831.52 |
| | SUBTOTAL | 859.92 |
| | Total Disbursements | $18,295.11 |

| | | |
|--|--|--|
| Fee Total | $ | 214,192.50 |
| Disbursement Total | $ | 18,295.11 |
| Invoice Total | $ | 232,487.61 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475077**

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery

Payment Due Upon Receipt

---

Total This Invoice                               $        30,193.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475077**

Client/Matter:   30000271-0153

Bankruptcy 2004 Motion and Discovery

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/01/13 | D. Brasher | 0.20 | 91.60 | Discuss strategy for completing 2004 discovery with R. Spigel and P. Hall. |
| 04/01/13 | M. Hall | 1.70 | 1,060.80 | Work on strategy for completion of discovery and regarding upcoming settlement meeting. |
| 04/02/13 | M. Hall | 0.50 | 312.00 | Confer with bankruptcy counsel regarding document production deadlines and strategy. |
| 04/02/13 | D. Brasher | 0.10 | 45.80 | Correspondence regarding discussions with PharMerica. |
| 04/03/13 | D. Brasher | 1.10 | 503.80 | Analyze Alere form and send email to P. Hall regarding same (0.2); call with P. Christmas regarding status of 2004 discovery, prep and follow-up for same (0.7); correspondence with Alere's counsel regarding status and next steps (0.1); correspondence with Wedgewood's counsel regarding renewed request (0.1). |
| 04/03/13 | M. Hall | 1.40 | 873.60 | Conferences with D. Brasher regarding status and strategy (.5); conference with P. Christmas regarding same (.5); review communications from Alere and bankruptcy counsel (.4). |
| 04/04/13 | M. Hall | 0.50 | 312.00 | Confer with bankruptcy counsel regarding upcoming meeting in DC. |
| 04/04/13 | D. Brasher | 0.10 | 45.80 | Correspondence with Wedgewood's counsel regarding renewed request. |
| 04/05/13 | D. Brasher | 3.70 | 1,694.60 | Call with Alere's counsel regarding search terms, status, and timing of production and prep for same (1.8); send email to P. Hall summarizing call and outlining potential options (1.7); follow-up correspondence with Alere's counsel (0.2). |

Bankruptcy 2004 Motion and Discovery

May 16, 2013

Matter: 30000271-0153
Invoice No.: 1475077

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/05/13 | M. Hall | 0.60 | 374.40 | Confer with D. Brasher regarding Alere discovery issues. |
| 04/08/13 | D. Brasher | 0.10 | 45.80 | Correspondence with Wedgewood's counsel regarding renewed request. |
| 04/09/13 | M. Hall | 0.50 | 312.00 | Work on settlement meeting details. |
| 04/10/13 | M. Hall | 0.80 | 499.20 | Conferences with D. Brasher regarding status of 2004 discovery and upcoming meeting with Alere and Pharmerica (.5); review standstill proposal from Alere and confer with D. Brasher and R. Spigel regarding same (.3). |
| 04/10/13 | D. Brasher | 1.50 | 687.00 | Review proposals from Alere's counsel and discuss responses with R. Spigel and P. Hall (1.3); call with PharMerica's counsel to discuss status and procedure going forward (0.2). |
| 04/11/13 | D. Brasher | 0.40 | 183.20 | Review correspondence with Alere's and PharMerica's counsel (0.2); discuss strategy for responding to same with R. Spigel and P. Hall (0.2). |
| 04/12/13 | D. Brasher | 0.40 | 183.20 | Draft and send response to Alere's counsel regarding proposal (0.2); review complaint letter from Alere and discuss with P. Hall and CG Hintmann (0.2). |
| 04/12/13 | M. Hall | 1.10 | 686.40 | Conferences with CG Hintmann and D. Brasher regarding response to Alere letters (.5); review report regarding investigation (.6). |
| 04/13/13 | M. Hall | 0.30 | 187.20 | Confer with R. Spigel regarding disclosure statement language relating to 2004 examinees. |
| 04/14/13 | D. Brasher | 0.10 | 45.80 | Review proposed edits to disclosure statement concerning 2004 protective orders. |
| 04/15/13 | M. Hall | 1.20 | 748.80 | Confer with client and D. Brasher regarding potential response to Alere letter regarding sales issues (.4); confer with R. Spigel regarding potential issues to raise with bankruptcy court (.3); review Alere communications (.3); confer with bankruptcy counsel regarding response (.2). |

Bankruptcy 2004 Motion and Discovery

May 16, 2013

Matter: 30000271-0153
Invoice No.: 1475077

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 04/15/13 | D. Brasher | 1.60 | 732.80 | Review correspondence regarding investigation into Alere's allegations (0.5); call with CG Hintmann regarding investigation and follow-up email to P. Hall (1.1). |
| 04/16/13 | M. Hall | 2.10 | 1,310.40 | Confer with client regarding marketing issues raised by Alere (.5); confer with client regarding upcoming meeting with Alere and Pharmerica (.5); multiple communications with bankruptcy counsel regarding status of negotiations with Alere (.7); further communications with client regarding settlement meeting and communications relating thereto (.4). |
| 04/16/13 | D. Brasher | 1.40 | 641.20 | Call with G. Divis and P. Christmas regarding strategy for meeting with PharMerica and Alere and prep for same (1;.3); correspondence with R. Spigel regarding disclosure statement and upcoming hearing (0.1). |
| 04/17/13 | D. Brasher | 0.30 | 137.40 | Correspondence with Alere's counsel regarding search terms (0.1); discuss status and strategy with P. Hall and R. Spigel (0.2). |
| 04/17/13 | D. Brasher | 5.70 | 2,610.60 | Revise and edit memo analyzing evidence obtained in 2004 examinations for potential Lanham Act claims. |
| 04/17/13 | M. Hall | 0.40 | 249.60 | Review and respond to communication sent by client regarding Alere. |
| 04/18/13 | D. Brasher | 6.00 | 2,748.00 | Revise and edit memo analyzing evidence obtained in 2004 examinations for potential Lanham Act claims. |
| 04/19/13 | M. Hall | 2.00 | 1,248.00 | Prepare for meeting (.5); participate in meeting in DC with Pharmerica and Alere to attempt to resolve dispute (1.5). |
| 04/20/13 | M. Hall | 0.40 | 249.60 | Review communications and confer with bankruptcy counsel regarding revisions suggested by Alere to bankruptcy confirmation documents. |
| 04/20/13 | D. Brasher | 2.20 | 1,007.60 | Revise and edit memo analyzing evidence obtained in 2004 examinations for potential Lanham Act claims. |
| 04/22/13 | D. Brasher | 8.00 | 3,664.00 | Revise and edit memo analyzing evidence obtained in 2004 examinations for potential Lanham Act claims. |

Bankruptcy 2004 Motion and Discovery

May 16, 2013

Matter: 30000271-0153
Invoice No.: 1475077

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/23/13 | D. Brasher | 5.50 | 2,519.00 | Revise and edit memo analyzing evidence obtained in 2004 examinations for potential Lanham Act claims. |
| 04/24/13 | M. Hall | 2.00 | 1,248.00 | Work on strategy relating to potential stay of matters pending negotiations (.5); confer with bankruptcy counsel regarding same (.3); confer with D. Brasher regarding same (.4); confer with P. Christmas regarding negotiation status, stay issues and overall case strategy (.4); confer with D. Brasher regarding potential underlying claims (.4). |
| 04/24/13 | D. Brasher | 0.90 | 412.20 | Review materials produced in SC litigation related to 2004 issues (0.5); Discuss strategy regarding possible settlement with P. Hall & R. Spigel (0.4). |
| 04/25/13 | D. Brasher | 0.80 | 366.40 | Correspondence with opposing counsel regarding scheduling and logistics related to possible settlement. |
| 04/25/13 | M. Hall | 0.60 | 374.40 | Confer with D. Brasher regarding status of negotiations and potential stipulation regarding stand-down on discovery (.3); conference call with Pharmerica counsel regarding same (.3). |
| 04/26/13 | D. Brasher | 0.10 | 45.80 | Review correspondence regarding settlement discussions. |
| 04/29/13 | D. Brasher | 2.40 | 1,099.20 | Send follow up email to Wedgewood's counsel regarding production (0.1); call with Alere's counsel regarding search terms, production deadlines, and stipulation; send follow up emails to K. Leonetti and P. Hall regarding same (2.3). |
| 04/29/13 | M. Hall | 0.80 | 499.20 | Confer with G. Divis and D. Brasher regarding status of settlement negotiations and standstill agreement (.5); confer with bankruptcy counsel regarding issues relating to agreements and their effect post bankruptcy (.3). |
| 04/30/13 | D. Brasher | 0.30 | 137.40 | Email P.. Christmas regarding proposed stay of discovery. |
| Total Hours | | 59.80 | | |
| Fee Amount | | | | $30,193.80 |

Bankruptcy 2004 Motion and Discovery

May 16, 2013

Matter: 30000271-0153
Invoice No.: 1475077

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Hall | $624.00 | 16.90 | $10,545.60 |
| D. Brasher | $458.00 | 42.90 | $19,648.20 |
| Totals | | 59.80 | $30,193.80 |

|  | | |
|--|--|--|
| Fee Total | $ | 30,193.80 |
| Invoice Total | $ | 30,193.80 |

6

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475078**

Client/Matter: 30000271-0155

Texas AWP Litigation

Payment Due Upon Receipt

---

Total This Invoice                                   $        22,080.22

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475078**

Client/Matter:  30000271-0155

Texas AWP Litigation

_____

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/1/13 | C. Moore | 0.20 | Review status. |
| 4/1/13 | M. Hall | 0.50 | Confer with client and government regarding status of settlement meeting. |
| 4/2/13 | C. Moore | 0.20 | Review case e-mails and status. |
| 4/3/13 | M. Hall | 0.60 | Confer with government and client regarding upcoming settlement meeting. |
| 4/3/13 | M. Hall | 0.70 | Additional conference with government and client regarding upcoming settlement meeting. |
| 4/4/13 | M. Hall | 0.50 | Communications with client and with bankruptcy counsel regarding upcoming settlement meeting. |
| 4/4/13 | C. Moore | 0.90 | Review e-mails and arrangements for meeting with government. |
| 4/5/13 | M. Hall | 0.40 | Confer with client and opposing counsel regarding upcoming settlement meeting details. |
| 4/5/13 | C. Moore | 0.40 | Prepare for meeting with government. |
| 4/8/13 | C. Moore | 1.50 | Prepare for meeting with government (1.0); revise agenda and send to client (.50). |
| 4/9/13 | C. Moore | 6.60 | Meet with client and prepare for meeting with government. |
| 4/10/13 | C. Moore | 6.00 | Prepare for and attend meeting with government. |
| 4/10/13 | M. Hall | 0.30 | Confer with bankruptcy counsel regarding settlement. |
| 4/11/13 | C. Moore | 0.20 | Attention to documents regarding TX pricing. |
| 4/15/13 | C. Moore | 1.00 | Review Settlement Agreement and provide comments; work on settlement agreement. |
| 4/16/13 | C. Moore | 0.80 | Review proposed settlement agreement (.30); final revisions to settlement agreement (.50). |
| 4/16/13 | C. Moore | 0.50 | Review voice mail from J. Anderson and advise client regarding message. |

Texas AWP Litigation

May 16, 2013

Matter: 30000271-0155
Invoice No.: 1475078

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/17/13 | C. Moore | 1.00 | Further revisions to settlement agreement and e-mails to client regarding same. |
| 4/17/13 | M. Hall | 0.50 | Review communications regarding settlement agreement and settlement offer for FL case. |
| 4/19/13 | M. Hall | 0.40 | Review communications regarding settlement of TX and related FL action. |
| 4/19/13 | C. Moore | 0.40 | Attention to bankruptcy settlements. |
| 4/22/13 | C. Moore | 0.20 | Work on FL settlement. |
| 4/23/13 | M. Hall | 0.40 | Review communications with bankruptcy counsel and client regarding potential settlement with TX and FL and completion of same. |
| 4/23/13 | C. Moore | 0.50 | Work on government Settlements (.3); review e-mails regarding FL settlement and respond (.2). |
| 4/23/13 | C. Moore | 0.20 | Review case e-mails and filings. |
| 4/23/13 | C. Moore | 0.60 | Attention to settlement issues. |
| 4/24/13 | M. Hall | 1.00 | Confer with client and bankruptcy counsel regarding settlement issues in TX and FL matters. |
| 4/24/13 | C. Moore | 3.00 | Revisions to settlement agreements revise settlement agreements and provide comments on agreements and review numerous e-mails regarding same. |
| 4/25/13 | M. Hall | 0.40 | Confer with client regarding settlement issues. |
| 4/25/13 | C. Moore | 0.40 | Attention to FL settlement. |
| 4/26/13 | C. Moore | 1.00 | Attention to finalizing all settlements; obtain final approval from Ven-a-Care on TX settlement. |

Total Hours                                        31.30

Fee Amount                                                                $21,656.00

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Moore | $707.00 | 25.60 | $18,099.20 |
| M. Hall | $624.00 | 5.70 | $3,556.80 |
| Totals | | 31.30 | $21,656.00 |

Texas AWP Litigation

May 16, 2013

Matter: 30000271-0155
Invoice No.: 1475078

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 2/9/2013 | Delivery - -    SPECIAL DELIVERY SERVICE, INC. COURIER SERVICES INV. NO. 415251 | | 27.01 |
| | | SUBTOTAL | 27.01 |
| | Document reproduction | | 20.10 |
| | | SUBTOTAL | 20.10 |
| 4/9/2013 | Lodging C. MICHAEL  MOORE | | 377.11 |
| | | SUBTOTAL | 377.11 |
| | Total Disbursements | | $424.22 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 21,656.00 |
| Disbursement Total | $ | 424.22 |
| Invoice Total | $ | 22,080.22 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475079**

Client/Matter: 30000271-0156

AG Compounder Litigation

Payment Due Upon Receipt

Total This Invoice                                $       18,834.60

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                                    May 16, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                                          **Invoice No. 1475079**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:  30000271-0156

AG Compounder Litigation
_____

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|------:|-------:|-----------|
| 04/02/13 | D. Brasher | 1.80 | 824.40 | Research regarding state false claims acts (.10); discuss strategy with D. Marrocco (.80). |
| 04/04/13 | D. Brasher | 1.80 | 824.40 | Continue research regarding state false claims acts and other potential causes of action. |
| 04/05/13 | D. Brasher | 1.40 | 641.20 | Continue research regarding state false claims acts and other potential causes of action. |
| 04/19/13 | L. Rogers | 3.50 | 1,855.00 | Research causes of action against compounders under Massachusetts law as well as recent developments in Massachusetts in light of recent meningitis outbreak. |
| 04/22/13 | L. Rogers | 4.20 | 2,226.00 | Research and review Massachusetts compounding regulations, False Claims Act, MassHealth drug lists, and unfair trade practice act and related cases. |
| 04/23/13 | L. Rogers | 4.10 | 2,173.00 | Continue strategizing possible causes of action against compounders, focusing on research relating to  Massachusetts compounding regulations, including pending and recently enacted emergency regulations, False Claims Act, and unfair trade practice act and interpretive cases. |
| 04/24/13 | L. Rogers | 6.90 | 3,657.00 | Continue strategizing possible causes of action against compounders, focusing on research relating to  Massachusetts compounding regulations, including pending and recently enacted emergency regulations, False Claims Act, and unfair trade practice act and interpretive cases. |
| 04/24/13 | D. Brasher | 3.70 | 1,694.60 | Research regarding possible causes of action under Indiana consumer protection laws. |

AG Compounder Litigation

May 16, 2013

Matter: 30000271-0156
Invoice No.: 1475079

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/25/13 | D. Brasher | 2.60 | 1,190.80 | Research regarding possible causes of action under Indiana consumer protection laws; discuss same with P. Hall and K. Rogers. |
| 04/25/13 | M. Hall | 0.70 | 436.80 | Confer with K. Rogers and D. Brasher regarding status of research to date (.4); confer with client regarding strategy moving forward (.3). |
| 04/25/13 | L. Rogers | 2.10 | 1,113.00 | Continue researching possible causes of action against compounders under Massachusetts law; confer with P. Hall and D. Brasher regarding same. |
| 04/30/13 | D. Brasher | 4.80 | 2,198.40 | Research regarding possible causes of action under Indiana consumer protection laws and false claims act. |

| Total Hours | | 37.60 | | |
|---|---|---|---|---|

Fee Amount                                                                                     $18,834.60

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Hall | $624.00 | 0.70 | $436.80 |
| D. Brasher | $458.00 | 16.10 | $7,373.80 |
| L. Rogers | $530.00 | 20.80 | $11,024.00 |
| Totals | | 37.60 | $18,834.60 |

Fee Total                         $      18,834.60

Invoice Total                     $      18,834.60

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475080**

Client/Matter: 30000271-0157

Non-Working Travel Time                                        Payment Due Upon Receipt

---

| | | |
|---|---|---|
| Total This Invoice | $ | 60,111.20 |
| Less 50% for non-working travel | $ | (30,055.60) |
| Total Amount Due | $ | $30,055.60 |

Please return this page with your payment

In the case of mail deliveries to:                        In the case of overnight deliveries to:
Dentons US LLP                                                    Dentons US LLP
Dept. 7247-6670                          OR                Attention: Accounting
Philadelphia, PA 19170-6670                              233 South Wacker Drive
                                                                          Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

May 16, 2013

**Invoice No. 1475080**

Client/Matter:   30000271-0157

Non-Working Travel Time

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/02/13 | M. Weller | 12.50 | 7,862.50 | Travel to Salt Lake for state meeting (6.0); return travel (6.5). |
| 04/02/13 | B. McCollum | 4.80 | 3,369.60 | Travel from Salt Lake City to Orlando following State meeting. |
| 04/03/13 | E. Shoudt | 4.00 | 2,064.00 | Travel to SC for depositions. |
| 04/05/13 | E. Shoudt | 4.00 | 2,064.00 | Return travel to DC. |
| 04/08/13 | T. Goddard | 5.00 | 3,082.50 | Travel to AR for state meeting. |
| 04/09/13 | T. Goddard | 4.00 | 2,466.00 | Travel to Iowa to attend state meeting. |
| 04/09/13 | C. Moore | 0.40 | 282.80 | Travel to TX. |
| 04/09/13 | M. Weller | 10.50 | 6,604.50 | Travel to State meeting (5.5); travel to additional meeting (5.0). |
| 04/10/13 | M. Weller | 5.50 | 3,459.50 | Return travel (5.5). |
| 04/10/13 | C. Moore | 4.00 | 2,828.00 | Return travel from Austin to Dallas (4.0). |
| 04/10/13 | T. Goddard | 4.00 | 2,466.00 | Return travel after attending state meetings. |
| 04/18/13 | M. Hall | 4.00 | 2,496.00 | Travel to DC for meeting with Pharmerica and Alere and clients to discuss settlement of matter. |
| 04/19/13 | M. Hall | 4.00 | 2,496.00 | Travel back to Dallas (4.0). |
| 04/21/13 | E. Shoudt | 3.00 | 1,548.00 | Travel to SC for mediation. |
| 04/21/13 | M. Hall | 3.50 | 2,184.00 | Travel to SC for mediation (3.5). |
| 04/22/13 | E. Shoudt | 3.00 | 1,548.00 | Travel to DC (3.0). |
| 04/24/13 | M. Weller | 12.20 | 7,673.80 | Travel to state meeting (1.2); return travel (11.0). |
| 04/24/13 | B. McCollum | 8.00 | 5,616.00 | Round trip travel to attend State meeting. |
| Total Hours | | 96.40 | | |

Non-Working Travel Time

May 16, 2013

Matter: 30000271-0157
Invoice No.: 1475080

| | |
|---|---|
| Fee Amount | $60,111.20 |
| Less 50% Discount | ($30,055.60) |
| Fee Total | $30,055.60 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Moore | $707.00 | 4.40 | $3,110.80 |
| M. Hall | $624.00 | 11.50 | $7,176.00 |
| B. McCollum | $702.00 | 12.80 | $8,985.60 |
| M. Weller | $629.00 | 40.70 | $25,600.30 |
| E. Shoudt | $516.00 | 14.00 | $7,224.00 |
| T. Goddard | $616.50 | 13.00 | $8,014.50 |
| Totals | | 96.40 | $60,111.20 |

| | | |
|---|---|---|
| Fee Total | $ | 30,055.60 |
| Invoice Total | $ | 30,055.60 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475081**

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

Payment Due Upon Receipt

---

Total This Invoice                                    $          5,732.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

May 16, 2013

**Invoice No. 1475081**

Client/Matter:  30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

For Professional Services Rendered through April 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/04/13 | S. Rodriguez | 0.50 | 283.50 | Telephone conference with K. Hudson regarding Endurance proposal (.20); review notice from court of cancellation of pretrial conference (.20); forward same to C. Hintmann (.10). |
| 04/05/13 | S. Rodriguez | 0.30 | 170.10 | Review memo from K. Hudson regarding outline of proposal for settlement of Jones case and other issues. |
| 04/05/13 | M. Hall | 0.40 | 249.60 | Confer with S. Rodriguez regarding potential settlement. |
| 04/09/13 | S. Rodriguez | 0.40 | 226.80 | Review email from T. Armstrong regarding status conference and phone call from opposing counsel, and respond to same. |
| 04/11/13 | S. Rodriguez | 0.60 | 340.20 | Telephone conference with T. Armstrong regarding status and proposal to Endurance. |
| 04/17/13 | S. Rodriguez | 0.30 | 170.10 | Draft email to bankruptcy counsel A. Sorkin regarding treatment of Jones claim in light of insurance issues. |
| 04/18/13 | S. Rodriguez | 0.70 | 396.90 | Multiple email communications among KV bankruptcy and insurance counsel regarding treatment of Jones claim in light of insurance issues. |
| 04/18/13 | S. Rodriguez | 0.30 | 170.10 | Communicate with local counsel T. Armstrong and H. Prater regarding bankruptcy and insurance issues. |
| 04/19/13 | S. Rodriguez | 1.20 | 680.40 | Telephone conference with T. Armstrong regarding settlement issues and upcoming status conference with judge (.9); review and provide input on email memorandum to H. Prater outlining issues (.30). |

Lanny & Angela Jones v KV Pharmaceuticals

May 16, 2013

Matter: 30000271-2000
Invoice No.: 1475081

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/22/13 | S. Rodriguez | 0.80 | 453.60 | Review prior joint status reports and revise same (.3); communicate with bankruptcy and insurance counsel regarding issues impacting possible settlement of Jones claim (.5). |
| 04/23/13 | S. Rodriguez | 0.70 | 396.90 | Communicate with bankruptcy and insurance counsel regarding issues impacting possible settlement (.5); prepare for joint status conference (.2). |
| 04/24/13 | S. Rodriguez | 2.80 | 1,587.60 | Telephone conferences (multiple) with T. Armstrong and H. Prater regarding joint status conference and dealings with plaintiffs' counsel (1.2); review and revise draft joint status report (.3); telephone conference with K. Hudson regarding insurance issues (.4); telephone conference with C. Hintmann regarding possible settlement scenario (.6); communicate again with local counsel regarding additional notes for status conference (.3). |
| 04/29/13 | M. Hall | 0.40 | 249.60 | Review status report and court scheduling of status conference. |
| 04/29/13 | S. Rodriguez | 0.20 | 113.40 | Review correspondence from T. Armstrong regarding joint status conference with Judge Bowdre. |
| 04/30/13 | S. Rodriguez | 0.40 | 226.80 | Telephone conference with T. Armstrong regarding results of judicial status conference. |
| Total Hours | | 10.00 | | |
| Fee Amount | | | $5,715.60 | |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 0.80 | $499.20 |
| S. Rodriguez | $567.00 | 9.20 | $5,216.40 |
| Totals | | 10.00 | $5,715.60 |

Lanny & Angela Jones v KV Pharmaceuticals

May 16, 2013

Matter: 30000271-2000
Invoice No.: 1475081

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/31/2013 | Outside Professional Services - - U.S. COURTS AO - PACER SERVICE CENTER Pacer charges 1st quarter 2013 | | 16.70 |
| | | SUBTOTAL | 16.70 |
| | Total Disbursements | | $16.70 |

| | | |
|---|---|---|
| Fee Total | $ | 5,715.60 |
| Disbursement Total | $ | 16.70 |
| Invoice Total | $ | 5,732.30 |

## EXHIBIT D – PART 3

**DENTON US LLP'S MONTHLY INVOICE FOR THE MONTH OF MAY 2013**

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483828**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

---

Total This Invoice                                           $         7,123.82

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                    June 18, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                          **Invoice No. 1483828**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:   30000271-0005

GENERAL

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/06/13 | O. Pinkas | 0.70 | 400.40 | Reviewed fee application in preparation for call with UST (.4), and call with UST (.3). |
| 05/07/13 | O. Pinkas | 4.30 | 2,459.60 | Researched UST's issues with second interim fee application (1.3); call with R. Richards thereon (.3); email to working group regarding proposed resolution thereof (1.0); email to UST regarding proposed resolution (.6); email to working group regarding resolution of UST's objection (.3); prepared for hearing on second interim fee application (.8) |
| 05/07/13 | D. Pina | 2.70 | 772.20 | Internal communications regarding procedures for billing travel time (.3); analysis of 2nd Interim fee application, monthly fee statements for November and December 2012 and January and February 2013 and identify time entries related to travel time (1.7); highlight time entries UST is objecting to and assist with preparation of hearing materials (.7). |
| 05/08/13 | O. Pinkas | 1.30 | 743.60 | Attended hearing on second interim fee application (1.2); and reviewed proposed order regarding fee reduction request (.1). |
| 05/09/13 | D. Pina | 0.30 | 85.80 | Internal communications regarding compensation of professionals (.1); review court filings related to compensation of professionals (.2). |
| 05/13/13 | D. Pina | 0.80 | 228.80 | Analysis of 2nd interim compensation order, guidelines and procedures for interim compensation (.5); communications with accounting regarding AP Report and review same (.3). |
| 05/13/13 | O. Pinkas | 0.10 | 57.20 | Docket update. |

2

GENERAL

June 18, 2013

Matter: 30000271-0005
Invoice No.: 1483828

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/17/13 | D. Pina | 0.50 | 143.00 | Review invoices for April 2013 Monthly Fee Statement and prepare for electronic filing. |
| 05/20/13 | D. Pina | 6.10 | 1,744.60 | Complete analysis of invoices for the month of April 2013 (1.5); prepare summary of fees by professional (1.4); prepare summary of fees by project category (.9); prepare summary of expenses (.8); prepare Monthly Fee Statement for April 2013 (.8); file and serve statement (.7). |
| 05/21/13 | D. Pina | 0.50 | 143.00 | Further distribute copies of Monthly Fee Statement for April 2013 (.2); update electronic working files (.3). |
| 05/29/13 | D. Pina | 0.50 | 143.00 | Analyze interim compensation orders and communications regarding payment of outstanding fees (.4); distribute copies of orders (.1). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 17.80 | | |
| Fee Amount | | | | $6,921.20 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| O. Pinkas | $572.00 | 6.40 | $3,660.80 |
| D. Pina | $286.00 | 11.40 | $3,260.40 |
| Totals | | 17.80 | $6,921.20 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 4/17/2013 | Delivery FedEx Airbill #799551602796 04/17/13 Delivery to 767 5th Ave, NEW YORK CITY, NY | 10.26 |
| 4/17/2013 | Delivery FedEx Airbill #799551453059 04/17/13 Delivery to 180 Maiden Ln, NEW YORK CITY, NY | 10.26 |
| 4/17/2013 | Delivery FedEx Airbill #799551474208 04/17/13 Delivery to 33 Whitehall St Fl 21, NEW YORK, NY | 10.26 |
| 4/17/2013 | Delivery FedEx Airbill #799551491656 04/17/13 Delivery to 787 7th Ave, NEW YORK, NY | 10.26 |

GENERAL

June 18, 2013

Matter: 30000271-0005
Invoice No.: 1483828

| Date | Description | Amount |
|------|-------------|--------|
| 4/17/2013 | Delivery FedEx Airbill #799551515587 04/17/13 Delivery to 2280 Schuetz Rd, ST LOUIS, MO | 13.62 |
| 4/19/2013 | Delivery FedEx Airbill #799568076786 04/19/13 Delivery to 767 5th Ave, NEW YORK CITY, NY | 10.26 |
| 4/19/2013 | Delivery FedEx Airbill #799568085390 04/19/13 Delivery to 2280 Schuetz Rd, ST LOUIS, MO | 13.62 |
| 4/19/2013 | Delivery FedEx Airbill #799568096354 04/19/13 Delivery to 787 7th Ave, NEW YORK, NY | 10.26 |
| 4/19/2013 | Delivery FedEx Airbill #799568109440 04/19/13 Delivery to 33 Whitehall St Fl 21, NEW YORK, NY | 10.26 |
| 4/19/2013 | Delivery FedEx Airbill #799568119120 04/19/13 Delivery to 180 Maiden Ln, NEW YORK CITY, NY | 10.26 |
| 5/20/2013 | Delivery FedEx Airbill #799807424216 05/20/13 Delivery to 767 5th Ave, NEW YORK CITY, NY | 10.14 |
| 5/20/2013 | Delivery FedEx Airbill #799807430564 05/20/13 Delivery to 16640 CHESTERFIELD GROVE, CHESTERFIELD, MO | 21.94 |
| 5/20/2013 | Delivery FedEx Airbill #799807438680 05/20/13 Delivery to 787 7th Ave, NEW YORK, NY | 10.14 |
| 5/20/2013 | Delivery FedEx Airbill #799807447515 05/20/13 Delivery to 33 Whitehall St Fl 21, NEW YORK, NY | 10.14 |
| 5/20/2013 | Delivery FedEx Airbill #799807457343 05/20/13 Delivery to 180 Maiden Ln, NEW YORK CITY, NY | 10.14 |
| | SUBTOTAL | 171.82 |
| | Document reproduction | 30.80 |
| | SUBTOTAL | 30.80 |
| | Total Disbursements | $202.62 |

| | | |
|--|--|--|
| Fee Total | $ | 6,921.20 |
| Disbursement Total | $ | 202.62 |
| Invoice Total | $ | 7,123.82 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483829**

Client/Matter: 30000271-0129

Estate of Jacqueline Kerr (Malicia Conley)
v. Ethex and KV

Payment Due Upon Receipt

---

Total This Invoice                                  $            961.80

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483829**

Client/Matter:  30000271-0129

Estate of Jacqueline Kerr (Malicia Conley)
v. Ethex and KV

___

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 05/14/13 | M. Nickel | 0.80 | L250 | A103 | Review case status (.30) and draft updated bankruptcy status filing (.50). |
| 05/23/13 | M. Nickel | 1.30 | L120 | A103 | Review case status (.3) and draft update to court regarding bankruptcy status (1.0). |

| Total Hours | | 2.10 | | | |
|---|---|---|---|---|---|
| Fee Amount | | | | | $961.80 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Nickel | $458.00 | 2.10 | $961.80 |
| Totals | | 2.10 | $961.80 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 961.80 | |
| Invoice Total | $ | 961.80 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483830**

Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation

Payment Due Upon Receipt

---

Total This Invoice                                 $         1,951.60

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
Dentons US LLP                                    Dentons US LLP
Dept. 7247-6670                     OR          Attention: Accounting
Philadelphia, PA 19170-6670                    233 South Wacker Drive
                                                          Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483830**

Client/Matter:  30000271-0134

ETHEX Boston Qui Tam Litigation

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/16/13 | S. Cenawood | 0.50 | 348.50 | Telephone call with government (.40); e-mails with P. Christmas (.10). |
| 05/17/13 | S. Cenawood | 0.60 | 418.20 | Follow-up regarding government demands in bankruptcy proceedings. |
| 05/20/13 | S. Cenawood | 0.40 | 278.80 | Telephone call with government(.20); follow-up with P. Christmas (.20). |
| 05/21/13 | S. Cenawood | 1.00 | 697.00 | Telephone calls with government regarding efforts to compromise government claims in bankruptcy (.60); telephone call with P. Christmas regarding status of proceedings and responses to government (.40). |
| 05/22/13 | S. Cenawood | 0.30 | 209.10 | E-mails and telephone call with P. Christmas. |
| Total Hours | | 2.80 | | |
| Fee Amount | | | $1,951.60 | |

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Cenawood | $697.00 | 2.80 | $1,951.60 |
| Totals | | 2.80 | 1,951.60 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,951.60 | |
| Invoice Total | $ | 1,951.60 | |

**DENTONS**

Salans FMC SNR Denton
dentons.com

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                   June 18, 2013
2280 Schuetz Road
St. Louis, MO 63146                                        **Invoice No. 1483831**
BRIDGETON, MO 63044
USA

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex              Payment Due Upon Receipt

---

Total This Invoice                              $          13,130.75

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                        Dentons US LLP
Dept. 7247-6670                    OR            Attention: Accounting
Philadelphia, PA 19170-6670                        233 South Wacker Drive
                                                  Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

June 18, 2013

**Invoice No. 1483831**

Client/Matter:   30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/02/13 | S. Rovak | 0.30 | 179.40 | Correspondence with client on sealing documents and timing of motions. |
| 05/08/13 | M. Nickel | 2.30 | 1,053.40 | Draft and revise reply brief to plaintiffs' MSJ response. |
| 05/09/13 | M. Nickel | 2.40 | 1,099.20 | Review case law (.8) and revise MSJ reply brief (1.6). |
| 05/10/13 | M. Nickel | 3.10 | 1,419.80 | Draft and revise MSJ reply brief (1.7); telephone conference with plaintiffs' counsel regarding potential case resolution (.4); e-mail correspondence with client and bankruptcy counsel regarding case strategy (1.0). |
| 05/10/13 | S. Rovak | 0.40 | 239.20 | Correspondence with plaintiffs counsel and client regarding dismissal of matter as to Nesher. |
| 05/13/13 | M. Nickel | 2.10 | 961.80 | Work on strategy for Nesher dismissal (.6) and draft MSJ reply briefing (1.5). |
| 05/14/13 | M. Nickel | 2.10 | 961.80 | Draft and revise reply briefing. |
| 05/14/13 | S. Rovak | 0.80 | 478.40 | Review issue of dismissal with or without prejudice and review ability to dismiss /without prejudice after summary judgment proceedings are field. |
| 05/15/13 | S. Rovak | 0.30 | 179.40 | Conferences with client regarding dismissal with vs without prejudice. |
| 05/15/13 | S. Rovak | 0.40 | 239.20 | Conferences with W. Dowd regarding dismissal with vs without prejudice. |
| 05/15/13 | M. Nickel | 2.40 | 1,099.20 | E-mail correspondence with client (.3); telephone and e-mail conference with S. Rovak regarding Nesher dismissal negotiations (.5); and revise MSJ reply briefing (1.6). |

Maria Cristina Gonzalez Romero v KV/Ethex

June 18, 2013

Matter: 30000271-0135
Invoice No.: 1483831

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/20/13 | M. Nickel | 4.40 | 2,015.20 | Review case law (1.4) and draft/revise MSJ reply briefing (3.0). |
| 05/21/13 | M. Nickel | 1.10 | 503.80 | E-mail correspondence with plaintiff's counsel and S. Rovak regarding potential dismissal of Nesher (.4); and review deposition of Kaiman for use in MSJ reply (.7). |
| 05/21/13 | S. Rovak | 0.30 | 179.40 | Correspondence with plaintiff's attorney regarding dismissal of Nesher with prejudice. |
| 05/24/13 | M. Nickel | 1.00 | 458.00 | Prepare for (.3) and participate in telephone conference with plaintiffs' counsel regarding settlement and dismissal of Nesher (.7). |
| 05/28/13 | M. Nickel | 2.30 | 1,053.40 | Review MSJ case law (.8); update draft MSJ reply brief (1.1); and prepare for telephone conference with plaintiffs' counsel regarding possible dismissal of Nesher (.4) |
| 05/29/13 | M. Nickel | 1.30 | 595.40 | E-mail and telephone conference with plaintiffs' counsel regarding dismissal of Nesher and potential settlement .5); and work on strategy for case resolution (.8). |

| Total Hours | | 27.00 | | |

Fee Amount                                                                $12,716.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 2.50 | $1,495.00 |
| M. Nickel | $458.00 | 24.50 | $11,221.00 |
| Totals | | 27.00 | $12,716.00 |

Maria Cristina Gonzalez Romero v KV/Ethex

June 18, 2013

Matter: 30000271-0135
Invoice No.: 1483831

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/28/2013 | Outside Professional Services - - MIDWEST LITIGATION SERVICES DEPOSITION OF VINCENT KAIMAN (3/15/13). | | 414.75 |
| | | SUBTOTAL | 414.75 |
| | Total Disbursements | | $414.75 |

| | | |
|---|---|---|
| Fee Total | $ | 12,716.00 |
| Disbursement Total | $ | 414.75 |
| Invoice Total | $ | 13,130.75 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483832**

Client/Matter: 30000271-0142

Makena Strategy

Payment Due Upon Receipt

Total This Invoice                                $        34,787.00

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483832**

Client/Matter:  30000271-0142

Makena Strategy

_____

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/01/13 | M. Weller | 1.70 | 1,069.30 | Prepare HELP comments, discuss same with G. Divis, review S. Sellers comments (1.1); call with A.G. Hintman, P. Hall on state strategy and research; send follow-up email (.6). |
| 05/02/13 | M. Weller | 2.30 | 1,446.70 | Review draft Senate compounding bill and create comments to same (2.0), discuss with S. Sellers (.20), email to G. Divis and P. Christmas on comments (.10). |
| 05/03/13 | M. Weller | 2.50 | 1,572.50 | Call with S. Sellers and modify draft (1.3); review S. Sellers and P. Christmas comments, revise draft, craft cover email and send (1.2). |
| 05/08/13 | M. Weller | 2.00 | 1,258.00 | Review articles on Senate compounding bill (.5); State initiative follow-up with P. Christmas, D. Gibb and B. McCollum (.8); work on support for NAAG consumer protection meeting (.7). |
| 05/09/13 | M. Weller | 6.10 | 3,836.90 | Attend Senate HELP hearing on compounding legislation (3.6); draft hearing memo; work on AG consumer protection conference (1.2); email with G. Divis on hearing (.3); review hearing press, email with G. Divis on Sen. Baldwin and Hill meetings (.6); email with House E&C committee on next steps in House (.4). |
| 05/13/13 | D. Gibb | 0.20 | 87.40 | Review the agenda for the upcoming National Association of Attorneys General policy conference on compounding pharmacies and discuss the same with M. Weller and D. Lee. |
| 05/13/13 | M. Weller | 1.60 | 1,006.40 | Work on AG meeting session on compounding (.3); discussion with S. Sellers on Senate legislation, review same (.6); craft email and questions for NAAG compounding panel (.7). |

Makena Strategy

June 18, 2013

Matter: 30000271-0142
Invoice No.: 1483832

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/14/13 | M. Weller | 1.60 | 1,006.40 | Prepare materials for Indiana Deputy AG A. Kuzma regarding compounding panel (1.0); review Public Citizen comments on Senate bill (.6). |
| 05/15/13 | M. Weller | 1.30 | 817.70 | Review House Energy and Commerce posting on 5-23 hearing (.5); revise document and send email (.8). |
| 05/16/13 | M. Weller | 2.60 | 1,635.40 | Discussion with A. Kuzma on NAAG compounding panel presentation (.5); discussion with S. Sellers regarding revisions to Senate HELP bill (.4); call with D. Gibb regarding state meetings and NAAG (.3); email with M. Jozwiakowski and J. Gudeman regarding specifically declaring Makena formulation in compounding bill (.7); research and email with J. Gudeman on Oregon situation (.4); follow-up with D. Gibb on State meetings; discuss same with B. McCullum (.3). |
| 05/16/13 | D. Gibb | 0.20 | 87.40 | Phone call with B. McCollum to discuss legal matters with various state attorney general offices. |
| 05/16/13 | D. Gibb | 0.20 | 87.40 | Phone call with M. Weller to discuss the latest developments and strategy with regard to outreach to state attorneys general. |
| 05/17/13 | M. Weller | 1.80 | 1,132.20 | Review S. Sellers revised comments to the Senate HELP Committee, discuss T. Baldwin meeting with A. Lurie (.6); prepare Senate HELP schedule and possible amendment (1.2). |
| 05/20/13 | S. Lurie | 0.20 | 120.00 | Obtain legislative materials for client regarding compounding legislation. |
| 05/20/13 | B. McCollum | 0.40 | 280.80 | Teleconference with state government staff seeking status of requested policy review (.20); email to M. Weller regarding call with government staff (.10); review M. Weller reply to my email with report on program on compounding pharmacies (.10). |

Makena Strategy

June 18, 2013

Matter: 30000271-0142
Invoice No.: 1483832

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/20/13 | M. Weller | 6.10 | 3,836.90 | Meeting with T. Goddard regarding next steps on state meetings (.3); discussion with R. Cooper regarding FDA response to House hearing questions (.2); attend NAAG lunch and session on pharmacy compounding, follow-up with M. Carome with Public Citizen and A. Kuzma, panel moderator (5.1); draft email summary of meeting (.5). |
| 05/20/13 | T. Goddard | 0.30 | 184.95 | Meeting with M. Weller regarding KV Pharmaceutical. |
| 05/21/13 | M. Weller | 2.50 | 1,572.50 | Emails with G. Divis on Senate HELP mark-up; follow-up with S. Sellers regarding same; discussion with A. Lurie on Sen. Baldwin follow-up (.8); discussion with G. Divis and S. Goedeke regarding NAAG meeting (.8); begin to prepare Makena-specific language for Senate debate (.9). |
| 05/21/13 | S. Lurie | 0.40 | 240.00 | Arrange Congressional meeting for client with key US Senator's staff. |
| 05/22/13 | M. Weller | 3.10 | 1,949.90 | Attend Senate HELP Committee mark-up of compounding legislation (2.); send follow-up email (.3); review Senate HELP committee report based on documents from FDA, send email summary (.8). |
| 05/23/13 | M. Weller | 5.90 | 3,711.10 | Attend House Energy and Commerce hearing; conduct discussions with Committee staff; follow-up with B. Koplaw of FDA following panel I testimony (3.4); panel II hearing testimony (.9); review witness statements, send email hearing summary; follow-up with W. Jozwiakowski regarding Gottlieb testimony from AEI (1.3) update on state outreach to P. Christmas, follow-up with B. McCollum (.3). |
| 05/23/13 | B. McCollum | 0.10 | 70.20 | Leave voicemail with state government official seeking follow-up status on matters discussed at recent meeting. |
| 05/23/13 | B. McCollum | 0.30 | 210.60 | Review and respond to email requesting status information on number of state government matters for M. Weller. |
| 05/23/13 | D. Gibb | 0.50 | 218.50 | Coordinate state attorney general outreach efforts with B. McCollum and M. Weller. |

Makena Strategy

June 18, 2013

Matter: 30000271-0142
Invoice No.: 1483832

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/23/13 | D. Gibb | 0.10 | 43.70 | Review recent developments impacting KV Pharmaceutical from the House of Representatives Energy and Commerce Committee hearing. |
| 05/24/13 | S. Lurie | 0.30 | 180.00 | Arrange Congressional meeting for client regarding Compounding legislation. |
| 05/28/13 | M. Weller | 1.70 | 1,069.30 | Update team on State outreach (.3) review Status of House track-and-trace legislation, discuss with Energy and Commerce Committee staffer M. Popp outlook for compounding bill (1.1) prepare ideas for lobbying on KV specific issues (.3). |
| 05/28/13 | B. McCollum | 0.20 | 140.40 | Telephone conference with scheduler to begin process of arranging a meeting with state official. |
| 05/29/13 | S. Lurie | 0.20 | 120.00 | Arrange Congressional meeting for client. |
| 05/29/13 | D. Gibb | 0.10 | 43.70 | Review email exchange and coordinate with M. Weller and B. McCollum regarding state attorney general outreach efforts. |
| 05/29/13 | M. Weller | 3.10 | 1,949.90 | Follow-up with team on state outreach strategy (.8) work on legislative strategy for P. Christmas (1.); call with G. Divis and P. Christmas on Ther-Rx advocacy and Senate bill (.7); follow-up with B. McCollum and T. Goddard on State outreach (.6). |
| 05/30/13 | M. Weller | 4.30 | 2,704.70 | Discussion with A. Lurie regarding Democratic visits to Senate HELP (.3); document research on drug access history and arguments (.6); prepare for meeting with Senator Baldwin (WI) (.4); prepare slide presentation for Baldwin meeting (1.3); complete slides, discuss with J. Gudeman, S. Goedeke; meeting with  K. Laird with Sen. Baldwin with A. Lurie (1.7). |
| 05/30/13 | S. Lurie | 1.10 | 660.00 | Meet with staff for Senator on the HELP Committee on compounding. |
| 05/30/13 | B. McCollum | 1.00 | 702.00 | Draft and send letter seeking to schedule a meeting with state government official and explaining the issue to be discussed. |

Makena Strategy

June 18, 2013

Matter: 30000271-0142
Invoice No.: 1483832

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/31/13 | M. Weller | 1.10 | 691.90 | Follow-up on State meetings; discuss same with B. McCollum (.3); follow-up on notes from Indiana AG regarding next steps from NAAG meeting (.8). |
| Total Hours | | 57.10 | | |
| Fee Amount | | | | $35,744.75 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| B. McCollum | $702.00 | 2.00 | $1,404.00 |
| M. Weller | $629.00 | 51.30 | $32,267.70 |
| D. Gibb | $437.00 | 1.30 | $568.10 |
| S. Lurie | $600.00 | 2.20 | $1,320.00 |
| T. Goddard | $616.50 | 0.30 | $184.95 |
| Totals | | 57.10 | $35,744.75 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 5/20/2013 | Airfare credit for prior duplicate charge. | | (1,541.80) |
| | | SUBTOTAL | (1,541.80) |
| 4/16/2013 | Delivery - -     WASHINGTON EXPRESS SERVICE LLC FROM SEATHOLDING TO DENTONS | | 120.00 |
| 4/16/2013 | Delivery - -     WASHINGTON EXPRESS SERVICE LLC FROM SEATHOLDING TO DENTONS | | 120.00 |
| | | SUBTOTAL | 240.00 |
| | Document reproduction | | 6.00 |
| | | SUBTOTAL | 6.00 |
| 4/24/2013 | Ground Transportation IRA WILLIAM  MCCOLLUM CAB TO AIRPORT | | 60.00 |
| 5/20/2013 | Ground Transportation MARK W WELLER RT TAXI TO/FROM GEORGETOWN WESTIN/KV MEETING | | 28.00 |
| 5/22/2013 | Ground Transportation MARK W WELLER RT TAXI TO HILL HEARING/COMPOUNDING HEARING | | 25.00 |

Makena Strategy

June 18, 2013

Matter: 30000271-0142
Invoice No.: 1483832

| Date | Description | Amount |
|------|-------------|--------|
| 5/23/2013 | Ground Transportation MARK W WELLER RT TAXI TO/FROM HOUSE E&C HEARING/COMPOUNDING | 26.00 |
| 5/30/2013 | Ground Transportation MARK W WELLER RT TAXI TO/FROM HILL MEETING/COMPOUNDING | 25.00 |
| 4/26/2013 | Ground Transportation MARK W WELLER TAXI FROM HILL TO DENTONS | 12.00 |
| 4/26/2013 | Ground Transportation MARK W WELLER TAXI TO HILL - SENATE HELP | 11.00 |
| 4/16/2013 | Ground Transportation MARK W WELLER TAXI TO DENTONS RETRUN FROM HOUSE HEARING | 14.00 |
| 4/16/2013 | Ground Transportation MARK W WELLER SUBWAY TO CAPITOL HILL/HOUSE HEARING | 4.95 |
| 4/24/2013 | Ground Transportation MARK W WELLER TAXI TO NATIONAL/STATE MEETING | 56.10 |
| 4/24/2013 | Ground Transportation MARK W WELLER TAXI HOME FROM NATIONAL/STATE MEETING | 54.00 |
| 5/9/2013 | Ground Transportation MARK W WELLER RT TAXI SENATE HEARING | 22.00 |
| | SUBTOTAL | 338.05 |
| | Total Disbursements | ($957.75) |

| | | |
|---|---|---|
| Fee Total | $ | 35,744.75 |
| Disbursement Total | $ | -957.75 |
| Invoice Total | $ | 34,787.00 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483662**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

---

Total This Invoice                                              $          8,312.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

**Invoice No. 1483662**

Client/Matter:  30000271-0149

Special Board Committee Representation
_____

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/15/13 | S. Rovak | 1.50 | 897.00 | Conference with T. Cobb regarding hearing availability (.50); prepare correspondence regarding obtaining of testimony by federal agents (1.0). |
| 05/22/13 | S. Rovak | 0.60 | 358.80 | Correspondence regarding conference with counsel for M. Hermelin (.3); continued review of past pleadings in state litigation (.3) |
| 05/23/13 | S. Rovak | 0.40 | 239.20 | Began file review for participation in conference with MSH counsel. |
| 05/24/13 | S. Rovak | 0.90 | 538.20 | Continued review of facts of underlying litigation. |
| 05/28/13 | S. Rovak | 5.00 | 2,990.00 | Completed review of files in M. Hermelin litigation. |
| 05/29/13 | S. Rovak | 3.10 | 1,853.80 | Final preparation for conference with plaintiff's counsel, insurance group, and client (.4); conference with plaintiff's counsel, insurance group, and client (1.0); review records of litigation versus statements by plaintiff's counsel (1.3); conference with client regarding going forward with litigation (.2); prepare correspondence to client regarding conference (.2). |
| 05/30/13 | S. Rovak | 2.40 | 1,435.20 | Research admissibility of J. Lehrer emails under federal rules and similar state rules, Delaware Chancery decision regarding effect of guilty pleas and HHS exclusion, and estoppel effect of criminal and civil matters involving Hermelin (1.9);   correspondence and conferences with client (.5). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 13.90 | | |
| Fee Amount | | | | $8,312.20 |

2

Special Board Committee Representation

June 18, 2013

Matter: 30000271-0149
Invoice No.: 1483662

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Rovak | $598.00 | 13.90 | $8,312.20 |
| Totals | | 13.90 | $8,312.20 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 8,312.20 |
| Invoice Total | $ | 8,312.20 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483833**

Client/Matter: 30000271-0152

State Medicaid Actions

Payment Due Upon Receipt

---

Total This Invoice                          $        129,473.73

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                         June 18, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                          **Invoice No. 1483833**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:   30000271-0152

State Medicaid Actions

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/1/13 | M. Hall | 1.50 | Work on deposition scheduling with client and local counsel in SC (.40); confer with E. Shoudt regarding summary judgment issues in GA (.40); review communications from local counsel in GA (.30); review and comment upon client changes to MSJ brief in GA (.40). |
| 5/1/13 | B. Brownshadel | 5.40 | Finish reviewing key documents for J. Graves deposition preparation and complete binder for E. Shoudt. |
| 5/1/13 | E. Shoudt | 5.70 | Edit memo in support of summary judgment (2.5); edit statement of facts (1.0); edit Geodeke declaration (.50); email Peach State counsel regarding motion to seal (.20); revise proposed permanent injunction (1.5). |
| 5/1/13 | D. Gibb | 0.70 | Outreach to government and Deputy Robert Allen; participate in conference call with P. Hall, M. Weller and KV Pharmaceutical regarding potential litigation strategy. |
| 5/1/13 | D. Marrocco | 1.50 | Review revised proposed order (GA) (.80); and review CMO documentation (GA) (.70). |
| 5/1/13 | J. Hanson | 1.10 | Pull cases and review cited authorities per E. Shoudt's request (.50); review emails and correspondence, import files to local drive and update case file binders (.60). |
| 5/2/13 | D. Marrocco | 2.30 | Review and revise summary judgment brief in GA and review revised McHugh Declaration. |
| 5/3/13 | D. Marrocco | 1.40 | Review and revised summary judgment papers. |
| 5/4/13 | E. Shoudt | 2.50 | Edit summary judgment brief. |
| 5/6/13 | D. Marrocco | 2.40 | Revise motion and order for summary judgment (1.30); review and revise statement of facts (1.10). |
| 5/6/13 | E. Shoudt | 9.50 | Edit and finalize Goedeke declaration (2.0); edit statement of facts (3.0): edit McHugh declaration (1.0): add news articles regarding GA compounding pharmacy to statement of facts and brief (1.0); draft motion to seal (1.5); review and fill in citations to statement of facts in brief. |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/7/13 | D. Marrocco | 2.90 | Review and revise proposed order (2.0); review statement of facts and conference with E. Shoudt on incorporating enrollment metrics (.90). |
| 5/7/13 | M. Ratner | 1.80 | Prepare load files and OCR and load Plaintiffs production for GA to Concordance (1.4); transfer Absolute Total Care production for SC to Barrister for processing. (.40) |
| 5/7/13 | M. Hall | 0.40 | Confer with E. Shoudt regarding proposed summary judgment order and findings in GA case (.40). |
| 5/7/13 | E. Shoudt | 5.70 | Edit motion for summary judgment, brief in support, McHugh declaration, statement of facts; numerous emails with client and local counsel regarding same. |
| 5/7/13 | J. Hanson | 0.40 | Review emails and correspondence and organize and update case files. |
| 5/8/13 | J. Hanson | 2.50 | Assist with deposition preparation (1.4); review ATC production files, burn files to electronic media and prepare for delivery to counsel (.60); organization and management of case files (.50. |
| 5/8/13 | E. Shoudt | 7.50 | Finalize and file summary judgment papers. |
| 5/8/13 | M. Ratner | 1.20 | Load Absolute Total Care production into Concordance and coordinate burning same to disk for Opposing. |
| 5/8/13 | D. Ackerman | 0.50 | Conferences with E. Shoudt regarding summary judgment motion in SC (.30); review local rules for same (.20). |
| 5/8/13 | D. Marrocco | 4.10 | Finalize edits to summary judgment motion in GA (2.60); review GA's summary judgment filing (1.50). |
| 5/9/13 | D. Marrocco | 2.50 | Review State of GA summary judgment filing and related correspondence. |
| 5/9/13 | B. Brownshadel | 0.30 | Discussion with E. Shoudt and follow up regarding J. Graves' deposition prep binder. |
| 5/9/13 | M. Hall | 0.60 | Confer with local counsel in GA regarding recent filings and local rules governing same (.40); send DCH summary judgment filings with comment to the client (.20). |
| 5/9/13 | E. Shoudt | 0.50 | Telephone call with Blake Brownshadel regarding preparation for Keck deposition (.20); draft letter to J. Alphin regarding Absolute Total Care production and send same with cd (.3). |
| 5/9/13 | E. Shoudt | 1.70 | Review revised responses to document requests provided in SC case and email team comments and strategic issues regarding same. |
| 5/9/13 | E. Shoudt | 1.50 | Review materials in preparation for J. Graves deposition. |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/9/13 | J. Hanson | 2.20 | Perform various concordance searches, review documents, create excel spreadsheet and provide to vendor for blowback set (1.6); update deposition files and correspondence files (.6). |
| 5/10/13 | M. Ratner | 0.30 | Transfer to Barrister KVSC productions for print job. |
| 5/10/13 | M. Hall | 0.80 | Confer with E. Shoudt regarding confidentiality issues in GA and hearing regarding same (.4); confer with client regarding scheduling issues for depositions and discovery in SC (.4). |
| 5/10/13 | B. Brownshadel | 0.10 | Conference call with E. Shoudt regarding J. Graves' deposition binder and A. Keck's deposition binder. |
| 5/10/13 | E. Shoudt | 3.20 | Prepare for and attend telephonic hearing with Judge Pannell local counsel and counsel for Peach State and Amerigroup regarding KV's motion to seal (1.5); telephone call with local counsel regarding same (.20); telephone call with P. Hall regarding same (.3); review documents for J. Graves deposition and prepare outline of major themes/topics for same (1.0); telephone call with J. Alphin regarding extension of time for dispositive motions and deposition scheduling; email local counsel and team regarding same (.20) |
| 5/10/13 | J. Hanson | 3.20 | Review and analyze deposition transcripts and exhibits in preparation for upcoming deposition (1.5); import files to local drive and update LiveNote database (0.4); perform database search and review documents pertaining to Keck; create spreadsheet of document ranges and provide to vendor for blowback copy set (1.0); review emails and update correspondence file (.30). |
| 5/11/13 | M. Hall | 0.90 | Direct strategy regarding completion of discovery and deficiencies in SC matter (.50); review communications relating to GA confidentiality issues (.40). |
| 5/12/13 | E. Shoudt | 2.50 | Draft letter regarding deficiencies in interrogatory responses, requests for admissions and document requests (1.5); review document database and deposition transcripts in order to do same (1.0). |
| 5/12/13 | M. Hall | 1.40 | Review communications regarding SC discovery and strategy (.40); begin review of GA's summary judgment motion (1.0). |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/13/13 | M. Hall | 3.30 | Review GA Court order regarding filings under seal and confer with E. Shoudt and local counsel regarding same (.50); review and comment upon deficiency letter to SC (.40); continue review of GA summary judgment motion and related papers (1.5); confer with D. Marrocco and E. Shoudt regarding strategy for response to same (.4); review additional communications regarding GA motion for filing under seal (.30); review additional communications regarding SC discovery issues (.20). |
| 5/13/13 | D. Marrocco | 1.10 | Review GA order on confidentiality of documents and related correspondence (.60); conference call P. Hall and E. Shoudt on MSJ response in GA (.50). |
| 5/13/13 | B. Brownshadel | 0.40 | Discuss with E. Shoudt the review of key documents in preparation for deposition of A. Keck. |
| 5/13/13 | E. Shoudt | 3.70 | Draft letter to J. Alphin regarding deficiencies in discovery (responses to interrogatories, documents and requests for admission) (2.50); read and review DCH's summary judgment brief (.80); attend telephone call with P. Hall and D. Marrocco regarding DCH summary judgment brief (.40). |
| 5/13/13 | J. Hanson | 1.40 | Review discovery filings and update file (.40; import documents to local drive (.20); update correspondence (.40); access Pacer, review docket and download files (.40). |
| 5/14/13 | E. Shoudt | 4.40 | Email client regarding motion to seal (.30); outline opposition to summary judgment motion (4.10). |
| 5/14/13 | D. Marrocco | 0.70 | Review outline of opposition to summary judgment. |
| 5/14/13 | M. Hall | 1.60 | Confer with E. Shoudt and D. Marrocco regarding response to GA motion for summary judgment, local rules, and related strategy (.50); review GA local rules regarding summary judgment (.20); confer with P. Strom regarding status of settlement offers and terms in SC matter (.50); follow up communications with client and local regarding settlement issues in SC (.40). |
| 5/15/13 | M. Hall | 1.40 | Review and revise summary judgment response outline for GA case (1.0); provide direction to E. Shoudt in connection with documents to be filed under seal in GA (.40). |
| 5/15/13 | E. Shoudt | 2.00 | Draft Opposition to DCH's Motion for Summary Judgment. |
| 5/15/13 | D. Marrocco | 1.50 | Correspondence on confidentiality issues in GA (.50); review outline of MSJ opposition in GA (1.0). |
| 5/16/13 | D. Ackerman | 0.40 | Review outline for opposition to GA summary judgment motion (.20); conferences with E. Shoudt regarding same (.20). |
| 5/16/13 | D. Marrocco | 0.30 | Review SC draft consent motion. |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/16/13 | J. Ziegler | 0.20 | Confer with E. Shoudt regarding HIPAA issue. |
| 5/16/13 | M. Hall | 1.80 | Review and revise outline for response to GA's summary judgment motion (.50); conference with J. Alphin regarding potential settlement and discussion of key deal points (.70); review and respond to correspondence with client regarding spoliation and other discovery issues in GA (.60). |
| 5/16/13 | E. Shoudt | 1.80 | Draft joint motion for extension of time (1.50); emails and telephone calls with P. Hall, local counsel and client regarding motion to seal (.30). |
| 5/16/13 | J. Hanson | 2.50 | Review emails and Pacer, update pleadings and correspondence binders; index pleadings and discovery (2.0); import files to local drive (.20); review case files to obtain information regarding the motion for extension of time (.3). |
| 5/17/13 | J. Hanson | 1.10 | Review production files, images and data (.3); import files to local drive (.20); create production files (.20); update chronology binder (.4). |
| 5/17/13 | M. Hall | 3.20 | Confer with client and with E. Shoudt regarding confidentiality issues in GA filings relating to summary judgment (.70); revise proposed scheduling order in SC case (.30); confer with local counsel regarding revisions to scheduling order in SC case (.50); review correspondence sent in GA case regarding filing documents under seal (.40); further review of MSJ filed by GA (1.3). |
| 5/17/13 | D. Marrocco | 0.30 | Correspondence on filing motion under seal. |
| 5/18/13 | E. Shoudt | 2.00 | Draft Opposition to Motion for Summary Judgment. |
| 5/18/13 | M. Hall | 0.50 | Confer with local counsel regarding scheduling order issues in SC case (.50). |
| 5/19/13 | E. Shoudt | 3.50 | Continue to draft Opposition to Motion for Summary Judgment. |
| 5/19/13 | B. Brownshadel | 4.10 | Review key documents and prepare binder in preparation for deposition of A. Keck. |
| 5/20/13 | B. Brownshadel | 4.20 | Review key documents in preparation for deposition of A. Keck. |
| 5/20/13 | J. Hanson | 1.70 | Review emails and correspondence and create files (.60); access pacer, review docket and update pleadings file and index (1.1). |
| 5/20/13 | M. Hall | 0.50 | Review recent filing in SC (.30); confer with local counsel regarding discovery issues (.20). |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/21/13 | M. Hall | 1.80 | Review correspondence from SC AG counsel regarding scheduling and depositions (.30); review GA summary judgment documents accompanying brief in support of GA's motion (1.5). |
| 5/21/13 | B. Brownshadel | 6.00 | Review key documents and prepare binder for A. Keck deposition. |
| 5/21/13 | D. Ackerman | 5.30 | Draft and revise argument for opposition to GA summary judgment motion (2.8); research for same (1.5); review prior filings for same (1.0). |
| 5/21/13 | E. Shoudt | 5.00 | Draft opposition to motion for summary judgment (statement of facts). |
| 5/22/13 | E. Shoudt | 6.00 | Edit Opposition to Motion for Summary Judgment (Medicaid act, Best Interests section and Introduction). |
| 5/22/13 | D. Marrocco | 1.60 | Review draft opposition to motion for summary judgment in GA. |
| 5/22/13 | M. Hall | 2.60 | Confer with E. Shoudt regarding status of summary judgment response in GA and issues related thereto (.4); review SC correspondence and court order regarding scheduling (.5); confer with J. Alphin regarding settlement proposal in SC case (.7); begin review of summary judgment response in GA case (1.0). |
| 5/22/13 | D. Ackerman | 2.80 | Draft inserts to summary judgment opposition regarding "Best Interests" provision, unclean hands argument (1.3); research for inserts (.80); conferences with E. Shoudt regarding summary judgment opposition (.70). |
| 5/22/13 | B. Brownshadel | 4.50 | Review key documents and finalize binder for A. Keck's deposition (4.1); discuss documents with E. Shoudt and inter-office key documents binder to DC office for E. Shoudt's review (.40). |
| 5/23/13 | M. Hall | 5.10 | Review settlement proposal from SC (.40); send SC proposal to client with comments regarding same (.30); review client's comments on SC settlement (.3); request additional information from SC counsel regarding settlement proposal (.20); confer with P. Christmas regarding GA summary judgment motion (.5); review and revise response to GA summary judgment motion (1.5); confer with D. Marrocco regarding same (.40); review FDA response in FDA appeal for potential use in GA action (1.0); further conference with D. Marrocco regarding summary judgment response in GA (.50). |
| 5/23/13 | D. Marrocco | 3.80 | Review and revise summary judgment opposition introduction. |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/24/13 | D. Marrocco | 8.40 | Revise and draft opposition to motion for summary judgment in GA (7.0); review applicability of Chevron deference with respect to CMS statements (1.40). |
| 5/24/13 | E. Shoudt | 0.30 | Email Absolute Total Care regarding outstanding documents (SC action) and review documents for same. |
| 5/24/13 | M. Hall | 2.20 | Direct strategy for completion of discovery in SC case (.4); review recent news reports regarding FDA regulation of compounders (.5); confer with M. Willis regarding settlement proposal and analysis of same in SC (.5); confer with E. Shoudt and D. Marrocco regarding revisions to response to summary judgment motion in GA case (.8). |
| 5/25/13 | D. Marrocco | 3.80 | Draft and revise opposition to summary judgment in GA. |
| 5/26/13 | E. Shoudt | 0.80 | Draft response to statement of facts. |
| 5/27/13 | M. Hall | 1.50 | Begin review of revised drafts of summary judgment motion response in GA and response to statement of facts. |
| 5/27/13 | E. Shoudt | 6.70 | Edit Opposition to DCH Motion for Summary Judgment (3.50); edit Response to DCH Statement of Facts and review all citations to same (3.20). |
| 5/28/13 | J. Hanson | 0.60 | Review concordance database files, images and data (.30); update pleadings binders (.30). |
| 5/28/13 | B. Brownshadel | 0.70 | Discuss key documents binder with E. Shoudt in preparation for A. Keck's deposition and mail back to D.C. office. |
| 5/28/13 | D. Marrocco | 2.70 | Review and revise summary judgment brief (1.70); review statement of facts response (1.0). |
| 5/28/13 | M. Hall | 6.60 | Review response to GA's summary judgment motion and revise same (2.5); confer with E. Shoudt and D. Marrocco with questions regarding summary judgment and schedule in GA (.8); review and revise response to statement of material facts in GA action (1.0); confer with counsel for SC regarding settlement and deposition scheduling (.8); review and provide client e-mail to E. Shoudt for use in refuting GA's claims regarding safety of compounded drugs (.5); further review of revised summary judgment response documents (1.0). |
| 5/28/13 | E. Shoudt | 2.00 | Edit Response to Statement of Facts (1.0) and Opposition to Motion for Summary Judgment (.6); discuss same with D. Ackerman (.20) and P. Hall (.20). |
| 5/28/13 | D. Ackerman | 0.50 | Review draft opposition to GA summary judgment motion (.20); teleconference with E. Shoudt regarding revisions to same (.3). |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/29/13 | M. Hall | 2.90 | Review and revise response to statement of facts filed in opposition to GA's summary judgment motion (1.20); confer with P. Christmas and CG Hintmann regarding SC settlement proposal and response and regarding GA SJ response (.5); communications with E. Shoudt regarding GA summary judgment response issues (.4); confer with local counsel and opposing counsel in SC regarding deposition schedule and settlement offers (.8). |
| 5/29/13 | E. Shoudt | 1.00 | Revise Response to DCH's Statement of Facts. |
| 5/29/13 | D. Marrocco | 1.10 | Address questions regarding statement of facts response. |
| 5/30/13 | D. Marrocco | 2.00 | Review Alere amicus brief (0.8); review responsive statement of facts in GA (1.20). |
| 5/30/13 | M. Hall | 4.70 | Confer with opposing counsel in SC regarding settlement offer terms and deposition dates (.40; review and send suggested revisions to settlement terms to client for SC matter (.80); confer with local counsel in GA regarding summary judgment timing and strategy (.50); communications with client, opposing counsel and local counsel regarding deposition scheduling in SC case (.5); further communications with client and revisions to settlement offer in SC case (1.0); review revised briefing in response to GA summary judgment and comment upon same (1.5). |
| 5/31/13 | M. Hall | 5.10 | Review client comments on response to GA summary judgment motion and associated statement of facts (1.7); confer with E. Shoudt regarding strategy for incorporation of client comments and finalization of response papers (.50); review and comment upon multiple versions of settlement proposal and related changes to provider manual in SC case (1.20);consult with E. Shoudt regarding SC strategy (.50); confer with E. Shoudt and D. Marrocco regarding additional change to GA summary judgment response (.40); review and revise additional changes to GA summary judgment response (.80). |
| 5/31/13 | D. Marrocco | 2.30 | Conference call with P. Hall and E. Shoudt ( .50); review revised opposition papers (1.80). |
| 5/31/13 | E. Shoudt | 5.10 | Revise and edit Opposition to Motion for Summary Judgment (2.5) and Response to Statement of Facts (2.6). |

Total Hours                          237.80

Fee Amount                                                                              $119,740.00

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 50.40 | $31,449.60 |
| D. Marrocco | $575.00 | 46.70 | $26,852.50 |
| J. Ziegler | $528.00 | 0.20 | $105.60 |
| E. Shoudt | $516.00 | 84.60 | $43,653.60 |
| D. Ackerman | $487.00 | 9.50 | $4,626.50 |
| B. Brownshadel | $280.00 | 25.70 | $7,196.00 |
| D. Gibb | $437.00 | 0.70 | $305.90 |
| J. Hanson | $279.00 | 16.70 | $4,659.30 |
| M. Ratner | $270.00 | 3.30 | $891.00 |
| Totals | | 237.80 | $119,740.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 12/12/2012 | Airfare DOUGLAS B BRASHER AIRFARE TO NY | | 1,918.82 |
| | | SUBTOTAL | 1,918.82 |
| 5/1/2013 | Client Cost - -     COMPUSCRIPTS, INC. Video conferencing and transcript fees for Valeria Williams 4/15/13 | | 3,082.18 |
| 5/1/2013 | Client Cost - -     COMPUSCRIPTS, INC. Video conferencing and transcript fees for James Assey 4/4/13 | | 2,741.58 |
| | | SUBTOTAL | 5,823.76 |
| | Color Copies | | 0.10 |
| | | SUBTOTAL | 0.10 |
| 4/19/2013 | Delivery FedEx Airbill #799570367827 04/19/13 Delivery to  181 E Evans St Ste 409, FLORENCE, SC E6S | | 13.91 |
| 4/24/2013 | Delivery FedEx Airbill #799600597692 04/24/13 Delivery to  2110 N Beltline Blvd, COLUMBIA, SC E6S | | 13.91 |
| 4/26/2013 | Delivery FedEx Airbill #799628354734 04/26/13 Delivery to  2110 N Beltline Blvd, COLUMBIA, SC E6S | | 13.91 |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Description | | Amount |
|------|-------------|--|--------|
| 5/6/2013 | Delivery FedEx Airbill #799692682513 05/06/13 Delivery to 40 Capitol Sq SW, ATLANTA, GA E6S | | 13.74 |
| 4/6/2013 | Delivery - -    SPECIAL DELIVERY SERVICE, INC. COURIER SERVICES INV# 419840 | | 29.67 |
| 5/9/2013 | Delivery FedEx Airbill #799727059528 05/09/13 Delivery to 2110 N Beltline Blvd, COLUMBIA, SC E6S | | 13.74 |
| | | SUBTOTAL | 98.88 |
| | Document reproduction | | 21.90 |
| | | SUBTOTAL | 21.90 |
| 12/12/2012 | Ground Transportation DOUGLAS B BRASHER TAXI | | 55.30 |
| 12/13/2012 | Ground Transportation DOUGLAS B BRASHER DFW PARKING | | 36.00 |
| | | SUBTOTAL | 91.30 |
| 12/13/2012 | Lodging DOUGLAS B BRASHER HOTEL | | 508.40 |
| | | SUBTOTAL | 508.40 |
| | Misc. Duplicating | | 0.10 |
| | | SUBTOTAL | 0.10 |
| 12/13/2012 | Miscellaneous Hard DOUGLAS B BRASHER AA BAGGAGE FEE | | 75.00 |
| 12/13/2012 | Miscellaneous Hard DOUGLAS B BRASHER IN-FLIGHT INTERNET | | 15.95 |
| 12/12/2012 | Miscellaneous Hard DOUGLAS B BRASHER IN-FLIGHT INTERNET | | 17.27 |
| 12/12/2012 | Miscellaneous Hard DOUGLAS B BRASHER IN-FLIGHT INTERNET | | 17.27 |
| | | SUBTOTAL | 125.49 |
| 5/9/2013 | Outside Duplicating - - Document production | BARRISTER COPY SOLUTIONS, LLC | 78.97 |
| 4/29/2013 | Outside Duplicating - - digital blowback copies | BARRISTER COPY SOLUTIONS, LLC B&W | 74.79 |
| 4/29/2013 | Outside Duplicating - - TIFF - Medium Litigation | BARRISTER COPY SOLUTIONS, LLC Scan to | 171.97 |
| 5/10/2013 | Outside Duplicating - - Digital Blowback copies | BARRISTER COPY SOLUTIONS, LLC B&W | 721.73 |
| | | SUBTOTAL | 1,047.46 |

State Medicaid Actions

June 18, 2013

Matter: 30000271-0152
Invoice No.: 1483833

| Date | Description | Amount |
|------|-------------|--------|
| 4/29/2013 | Outside Professional Services - - BARRISTER COPY SOLUTIONS, LLC 4/29/12 - INVOICE NO. 40772 FOR DOCUMENT PRODUCTION BY BARRISTER DIGITAL SOLUTIONS IN THE AMOUNT OF $97.52 | 97.52 |
| | SUBTOTAL | 97.52 |
| | Total Disbursements | $9,733.73 |

| | | |
|---|---|---|
| Fee Total | $ | 119,740.00 |
| Disbursement Total | $ | 9,733.73 |
| Invoice Total | $ | 129,473.73 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483653**

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery

Payment Due Upon Receipt

Total This Invoice                    $        13,186.46

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483653**

Client/Matter:   30000271-0153

Bankruptcy 2004 Motion and Discovery

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/01/13 | D. Brasher | 0.10 | 45.80 | Review newly obtained material from client related Alere and 2004 discovery. |
| 05/02/13 | D. Brasher | 0.10 | 45.80 | Follow up with Wedgewood regarding production. |
| 05/06/13 | D. Brasher | 0.20 | 91.60 | Review correspondence regarding status of bankruptcy proceedings. |
| 05/09/13 | M. Hall | 0.90 | 561.60 | Review and revise proposed letter of intent to settle 2004 matter (.7); communications with CG Hintmann regarding same (.2). |
| 05/10/13 | D. Brasher | 2.40 | 1,099.20 | Revise and update memo analyzing evidence obtained from 2004 examinations and possible Lanham Act claims; (1.4) research for same (1.0). |
| 05/14/13 | D. Brasher | 0.50 | 229.00 | Discuss strategy for responding to Alere inquiry with P. Hall and C. Hintmann. |
| 05/14/13 | M. Hall | 0.50 | 312.00 | Confer with C. Hintmann and D. Brasher regarding response to Alere letter and related issues. |
| 05/15/13 | D. Brasher | 4.40 | 2,015.20 | Revise and update memo analyzing evidence obtained from 2004 examinations and possible Lanham Act claims (2.4); research for same (2.0). |
| 05/16/13 | D. Brasher | 3.40 | 1,557.20 | Revise and update memo analyzing evidence obtained from 2004 examinations and possible Lanham Act claims; research for same (3.2); review draft letter responding to Alere inquiry (0.2). |

Bankruptcy 2004 Motion and Discovery

June 18, 2013

Matter: 30000271-0153
Invoice No.: 1483653

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/16/13 | M. Hall | 1.20 | 748.80 | Review and revise draft letter to Alere raising allegations of wrongful activity by sales representatives (.5); follow up communications with D. Brasher and client regarding same (.4); review revised draft of letter sent by client (.3). |
| 05/17/13 | M. Hall | 0.40 | 249.60 | Communications with R. Spigel and D. Brasher regarding status of issues with Alere (.4). |
| 05/17/13 | D. Brasher | 2.70 | 1,236.60 | Revise and update memo analyzing evidence obtained from 2004 examinations and possible Lanham Act claims (1.0); research for same (1.7). |
| 05/20/13 | M. Hall | 0.80 | 499.20 | Confer with D. Brasher and clients regarding status of 2004 action (.4); review correspondence with Alere sent by client (.4). |
| 05/21/13 | M. Hall | 1.60 | 998.40 | Confer with D. Brasher regarding status (.5); review and revise e-mail communications regarding status (.5); confer with R. Spigel regarding same and regarding negotiations with Alere and Pharmerica (.6). |
| 05/30/13 | M. Hall | 0.90 | 561.60 | Confer with D. Brasher regarding status of negotiations with Alere and Pharmerica over document production issues and timing (.4); review communications with Alere and Pharmerica (.5). |
| 05/30/13 | D. Brasher | 1.40 | 641.20 | Review Alere's amicus brief in FDA action (.8). Discuss strategy with P. Hall (.2). Email P. Brody and K. Leonetti regarding status and to schedule conference call (.2). Discuss status of bankruptcy proceedings with A. Sorkin (.2) |
| Total Hours | | 21.50 | | |
| Fee Amount | | | $10,892.80 | |

Bankruptcy 2004 Motion and Discovery

June 18, 2013

Matter: 30000271-0153
Invoice No.: 1483653

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Hall | $624.00 | 6.30 | $3,931.20 |
| D. Brasher | $458.00 | 15.20 | $6,961.60 |
| Totals | | 21.50 | $10,892.80 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/18/2013 | Airfare MARGARET DONAHUE D HALL FLIGHT TO WASHINGTON | | 1,676.72 |
| | | SUBTOTAL | 1,676.72 |
| 4/18/2013 | Ground Transportation MARGARET DONAHUE D HALL DFW PARKING | | 36.00 |
| 4/19/2013 | Ground Transportation MARGARET DONAHUE D HALL TAXI | | 4.62 |
| 4/19/2013 | Ground Transportation MARGARET DONAHUE D HALL TAXI | | 27.00 |
| 4/18/2013 | Ground Transportation MARGARET DONAHUE D HALL TAXI | | 25.00 |
| | | SUBTOTAL | 92.62 |
| 4/18/2013 | Lodging MARGARET DONAHUE D HALL HOTEL IN WASHINGTON | | 489.48 |
| | | SUBTOTAL | 489.48 |
| 4/18/2013 | Miscellaneous Hard  MARGARET DONAHUE D HALL | | 10.00 |
| 12/5/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 6.51 |
| 12/5/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 3.05 |
| 12/4/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 3.42 |
| 12/11/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 2.83 |
| 12/11/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 1.93 |

Bankruptcy 2004 Motion and Discovery

June 18, 2013

Matter: 30000271-0153
Invoice No.: 1483653

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/10/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 3.22 |
| 12/10/2012 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 3.88 |
| | | SUBTOTAL | 34.84 |
| | Total Disbursements | | $2,293.66 |

| | | |
|--|--|--|
| Fee Total | $ | 10,892.80 |
| Disbursement Total | $ | 2,293.66 |
| Invoice Total | $ | 13,186.46 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483835**

Client/Matter: 30000271-0155

Texas AWP Litigation

Payment Due Upon Receipt

Total This Invoice                                         $         4,130.40

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483835**

Client/Matter:   30000271-0155

Texas AWP Litigation

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 5/9/13 | C. Moore | 0.20 | Review LOI draft. |
| 5/10/13 | C. Moore | 0.20 | Review LOI. |
| 5/20/13 | C. Moore | 0.20 | Review status and consider next steps. |
| 5/21/13 | M. Hall | 0.80 | Review correspondence regarding status of settlement of TX. and related FL. litigation (.4); confer with R. Spigel regarding status of settlement and related issues (.4). |
| 5/21/13 | C. Moore | 0.50 | Attention to finalizing settlements with TX and FL. |
| 5/22/13 | M. Hall | 0.40 | Confer with R. Spigel and with counsel for VenaCare regarding finalization of settlement agreement. |
| 5/22/13 | C. Moore | 0.20 | Attention to finalizing settlements. |
| 5/29/13 | C. Moore | 0.20 | Attention to status of final settlement. |
| 5/29/13 | M. Hall | 1.80 | Review motion for approval of TX settlement (.4); communications regarding upcoming status conference (.3); review motion to continue status conference and confer with co-counsel regarding same (.5); further conference regarding changes to motion to continue (.6). |
| 5/30/13 | C. Moore | 0.40 | Review case e-mails and status. |
| 5/31/13 | M. Hall | 0.90 | Provide status report to client regarding TX bankruptcy proceeding and continuation of same (.5); confer with bankruptcy counsel regarding status of approvals of this and related FL settlement (.4). |
| 5/31/13 | C. Moore | 0.50 | Work on finalizing settlement. |
| Total Hours | | 6.30 | |
| Fee Amount | | | $4,130.40 |

Texas AWP Litigation

June 18, 2013

Matter: 30000271-0155
Invoice No.: 1483835

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Moore | $707.00 | 2.40 | $1,696.80 |
| M. Hall | $624.00 | 3.90 | $2,433.60 |
| Totals | | 6.30 | $4,130.40 |

Fee Total $ 4,130.40

Invoice Total $ 4,130.40

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483836**

Client/Matter: 30000271-0156

AG Compounder Litigation

Payment Due Upon Receipt

Total This Invoice                                           $        21,322.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483836**

Client/Matter:   30000271-0156

AG Compounder Litigation

For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/01/13 | L. Rogers | 0.80 | 424.00 | Prepare for and participate in phone call with C. Hintmann, P. Hall, M. Weller, D. Gibb and D. Brasher to discuss actions against compounders. |
| 05/01/13 | M. Hall | 0.50 | 312.00 | Confer with internal group and client regarding potential actions that might be brought by state AG's relating to compounding. |
| 05/01/13 | D. Brasher | 2.90 | 1,328.20 | Call with C. Hintmann, M. Weller, D. Gibb, P. Hall, and K. Rogers regarding Attorney General meetings and additional research; prep and follow up for same. |
| 05/13/13 | S. Rodriguez | 0.20 | 113.40 | Confer with P. Hall regarding potential claims against compounding pharmacies brought by state attorneys general. |
| 05/13/13 | D. Gibb | 0.10 | 43.70 | Place phone call to government regarding a potential conference call on a legal issue. |
| 05/15/13 | S. Rodriguez | 0.50 | 283.50 | Confer with D. Brasher regarding background on potential claims against compounders of 17P. |
| 05/15/13 | D. Brasher | 3.70 | 1,694.60 | Research regarding consumer protection statutes in AZ. |
| 05/16/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher regarding status of research. |
| 05/16/13 | S. Rodriguez | 5.10 | 2,891.70 | Confer with D. Brasher regarding potential claims against compounders of 17P (.3); review regulatory framework for compounding pharmacies in view of potential causes of action that could be brought by states (1.3); review pleadings regarding Makena issues for background (3.5). |

AG Compounder Litigation

June 18, 2013

Matter: 30000271-0156
Invoice No.: 1483836

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/16/13 | D. Brasher | 2.30 | 1,053.40 | Gather background materials and discuss same with S. Rodriguez (1.9); research regarding consumer protection statutes in AZ (1.4). |
| 05/17/13 | S. Rodriguez | 6.00 | 3,402.00 | Research regarding state attorney general litigation claims against compounding pharmacies and against pharmaceutical manufacturers as well as possible defenses. |
| 05/17/13 | D. Brasher | 4.80 | 2,198.40 | Research regarding possible claims under AZ provisions similar to the federal False Claims Act. |
| 05/20/13 | S. Rodriguez | 4.70 | 2,664.90 | Confer with D. Brasher regarding researching potential TX and LA state claims against compounding pharmacies (2.); review statutes and regulations in TX regarding compounders (.5); research potential TX claims (4.0). |
| 05/21/13 | S. Rodriguez | 2.50 | 1,417.50 | Continue researching potential TX claims against compounders of 17P. |
| 05/23/13 | S. Rodriguez | 4.00 | 2,268.00 | Continue researching potential TX causes of action against compounders of 17P. |
| 05/23/13 | D. Brasher | 0.50 | 229.00 | Draft email summary of research on Indiana laws and regulations for possible AG cooperation; meet with team. |
| 05/23/13 | M. Hall | 0.50 | 312.00 | Confer with K. Rogers and D. Brasher regarding status of research on AG compounder litigation. |
| 05/29/13 | M. Hall | 0.70 | 436.80 | Confer with P. Christmas and CG Hintmann regarding status (.3); confer with D. Brasher and K. Rogers regarding same (.4). |

Total Hours    40.20

Fee Amount    $21,322.70

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 2.10 | $1,310.40 |
| D. Brasher | $458.00 | 14.20 | $6,503.60 |
| D. Gibb | $437.00 | 0.10 | $43.70 |

AG Compounder Litigation

June 18, 2013

Matter: 30000271-0156
Invoice No.: 1483836

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Rodriguez | $567.00 | 23.00 | $13,041.00 |
| L. Rogers | $530.00 | 0.80 | $424.00 |
| Totals | | 40.20 | $21,322.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 21,322.70 | |
| Invoice Total | $ | 21,322.70 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483814**

Client/Matter: 30000271-0157

Non-Working Travel Time

Payment Due Upon Receipt

Total This Invoice                                    $          400.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

June 18, 2013

**Invoice No. 1483814**

Client/Matter:   30000271-0157

Non-Working Travel Time

_____

For Professional Services Rendered through May 31, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|----------|
| 05/08/13 | O. Pinkas | 1.40 | 800.80 | Travel to and from court for hearing. |
| Total Hours | | 1.40 | | |
| Fee Amount | | | | $800.80 |
| Less 50% Discount | | | | ($400.40) |
| Fee Total | | | | $400.40 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| O. Pinkas | $572.00 | <u>1.40</u> | <u>$800.80</u> |
| Totals | | 1.40 | $800.80 |

| | | |
|---|---|---|
| Fee Total | $ | 400.40 |
| Invoice Total | $ | 400.40 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

June 18, 2013

Client/Matter: 30000271-2000

**Invoice No. 1483837**

Lanny & Angela Jones v KV Pharmaceuticals

Payment Due Upon Receipt

Total This Invoice                                          $         9,996.60

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400



Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                           June 18, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                           **Invoice No. 1483837**
St. Louis, MO 63146

Client/Matter:  30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals
_____
For Professional Services Rendered through May 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/06/13 | M. Hall | 0.40 | 249.60 | Review case status and court orders. |
| 05/06/13 | S. Rodriguez | 1.00 | 567.00 | Draft email to C. Hintmann regarding results of status conference and additional report required by Court (.3); forward Order to C. Hintmann and other counsel (.2); discussions with C. Hintmann and other counsel regarding bankruptcy counsel input for next status report (.3); confer with K. Hudson regarding status of negotiations with Endurance in light of recent bankruptcy developments (.2). |
| 05/08/13 | S. Rodriguez | 0.40 | 226.80 | Review information regarding new Chapter 11 plan for KV bankruptcy and potential impact on Jones claims. |
| 05/09/13 | S. Rodriguez | 0.90 | 510.30 | Prepare draft of joint status report to Court including information required concerning bankruptcy (.5); research regarding same (.4). |
| 05/13/13 | S. Rodriguez | 0.30 | 170.10 | Communicate with T. Armstrong regarding planning for extra status report due to court regarding bankruptcy. |
| 05/15/13 | S. Rodriguez | 1.30 | 737.10 | Review draft status report to court regarding bankruptcy issues (.3); research regarding revisions to same (1.0). |
| 05/16/13 | S. Rodriguez | 0.90 | 510.30 | Revise draft status report. |
| 05/20/13 | S. Rodriguez | 0.80 | 453.60 | Review slightly revised draft status report (.2); confer with C. Hintmann regarding discussions with opposing counsel (.2); revise draft status report (.4). |
| 05/21/13 | S. Rodriguez | 3.70 | 2,097.90 | Telephone conference with T. Armstrong regarding status report on bankruptcy issues (.2); substantially revise draft status report (3.5). |

Lanny & Angela Jones v KV Pharmaceuticals

June 18, 2013

Matter: 30000271-2000
Invoice No.: 1483837

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/22/13 | S. Rodriguez | 6.00 | 3,402.00 | Revise draft status report multiple times in connection with comments and revisions from A. Sorking and C. Hintmann (2.0); confer with A. Sorkin and C. Hintmann multiple times regarding report and bankruptcy issues affecting case (2.0); confer with T. Armstrong and H. Prater multiple times regarding status report and filing (1.7); forward final report to T. Armstrong for filing (.3). |
| 05/22/13 | M. Hall | 0.40 | 249.60 | Confer with S. Rodriguez regarding case strategy and response to court's requirement of additional status report items. |
| 05/23/13 | S. Rodriguez | 0.50 | 283.50 | Confer with T. Armstrong regarding contact with opposing counsel (.3); forward filed status report to C. Hintmann and A. Sorkin (.2). |
| 05/24/13 | M. Hall | 0.50 | 312.00 | Review status report and direct strategy going forward. |
| 05/28/13 | S. Rodriguez | 0.40 | 226.80 | Confer with C. Hintmann regarding bankruptcy status and strategy for discussions with opposing counsel (.2); confer with T. Armstrong regarding same (.2). |

| | | | |
|---|---|---|---|
| Total Hours | | 17.50 | |
| Fee Amount | | | $9,996.60 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 1.30 | $811.20 |
| S. Rodriguez | $567.00 | 16.20 | $9,185.40 |
| Totals | | 17.50 | $9,996.60 |

| | | |
|---|---|---|
| Fee Total | $ | 9,996.60 |
| Invoice Total | $ | 9,996.60 |

## <u>EXHIBIT D – PART 4</u>

**DENTON US LLP'S MONTHLY INVOICE FOR THE MONTH OF JUNE 2013**

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488732**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

Total This Invoice                                    $         2,890.90

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488732**

Client/Matter:   30000271-0005

GENERAL

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/18/13 | D. Pina | 0.90 | 257.40 | Review invoices for May 2013 and prepare for filing with Monthly Fee Statement (.9). |
| 06/19/13 | D. Pina | 5.00 | 1,430.00 | Analyze invoices and prepare summary of fees by professional (1.9)  prepare summary of fees by project category (.7);  prepare summary of expenses (1.4);  analyze and reconcile summaries fees by professional and project category (1.). |
| 06/20/13 | D. Pina | 4.00 | 1,144.00 | Further analyze and reconcile summaries of fees by professional and project category and summary of expenses(1.9);  communications regarding corrections to costs requested in invoices (.2);  summarize revised invoices and prepare May 2013 Monthly Fee Statement (1.1);  file and serve statement (.8). |
| Total Hours | | 9.90 | | |
| Fee Amount | | | | $2,831.40 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| D. Pina | $286.00 | 9.90 | $2,831.40 |
| Totals | | 9.90 | $2,831.40 |

GENERAL

July 11, 2013

Matter: 30000271-0005
Invoice No.: 1488732

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 29.50 |
| | | SUBTOTAL | 29.50 |
| 6/3/2013 | Outside Professional Services - - COURTCALL, LLC TELEPHONIC APPERANCE 5-08-13 | | 30.00 |
| | | SUBTOTAL | 30.00 |
| | Total Disbursements | | $59.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,831.40 |
| Disbursement Total | $ | 59.50 |
| Invoice Total | $ | 2,890.90 |

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488733**

Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation

Payment Due Upon Receipt

---

Total This Invoice                              $          5,157.80

Please return this page with your payment

In the case of mail deliveries to:              In the case of overnight deliveries to:
Dentons US LLP                                  Dentons US LLP
Dept. 7247-6670          OR                     Attention: Accounting
Philadelphia, PA 19170-6670                     233 South Wacker Drive
                                                Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488733**

Client/Matter:  30000271-0134

ETHEX Boston Qui Tam Litigation

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/03/13 | S. Cenawood | 0.80 | 557.60 | Conference call with AUSA Byars, R. Spiegel and client regarding government claims; follow up regarding efforts to resolve government claims. |
| 06/04/13 | S. Cenawood | 0.40 | 278.80 | Follow up regarding potential counter-proposals to resolve government claims. |
| 06/06/13 | S. Cenawood | 0.30 | 209.10 | Follow up regarding potential counter-proposal to government. |
| 06/07/13 | S. Cenawood | 0.20 | 139.40 | Emails regarding proposed counter-proposal to government. |
| 06/12/13 | S. Cenawood | 0.80 | 557.60 | Follow-up regarding settlement discussions with DOJ (.30); reviewed latest proposed counter-proposal to government and provided comments (.40); e-mails with P. Christmas (.10). |
| 06/13/13 | S. Cenawood | 0.70 | 487.90 | E-mails with P. Christmas (.30); e-mail to AUSA Byars conveying latest counter-proposal to settle government claims (.40). |
| 06/19/13 | S. Cenawood | 0.70 | 487.90 | E-mails with AUSA Byars (.20); follow-up regarding settlement discussions with DOJ (.30); e-mail with P. Christmas (.10). |
| 06/20/13 | S. Cenawood | 0.20 | 139.40 | E-mails with P. Christmas. |
| 06/21/13 | S. Cenawood | 0.40 | 278.80 | E-mail with AUSA Byars; follow-up regarding settlement discussions with DOJ. |
| 06/26/13 | S. Cenawood | 2.10 | 1,463.70 | E-mail with AUSA Byars (.20); reviewed bankruptcy cases addressing dischargeability of FCA claims (.90); conference call with R. Spigel and P. Christmas (1.0). |
| 06/28/13 | S. Cenawood | 0.80 | 557.60 | Follow-up regarding issues concerning dischargeability of FCA claims (.60); e-mails with R. Spigel and P. Christmas (.20). |

ETHEX Boston Qui Tam Litigation

July 11, 2013

Matter: 30000271-0134
Invoice No.: 1488733

Total Hours                              7.40

Fee Amount                                                                    $5,157.80

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Cenawood | $697.00 | 7.40 | $5,157.80 |
| Totals | | 5,157.80 | $5,157.80 |

| | | |
|---|---|---|
| Fee Total | $ | 5,157.80 |
| Invoice Total | $ | 5,157.80 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

July 11, 2013

**Invoice No. 1488734**

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

Payment Due Upon Receipt

---

Total This Invoice                                  $          954.20

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

July 11, 2013

**Invoice No. 1488734**

Client/Matter:   30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/03/13 | M. Nickel | 0.40 | 183.20 | E-mail correspondence with counsel for Nesher regarding case status and strategy. |
| 06/05/13 | S. Rovak | 0.30 | 179.40 | Correspond with plaintiff's counsel regarding status. |
| 06/11/13 | M. Nickel | 0.90 | 412.20 | Prepare talking points for telephone conference with plaintiff's counsel regarding potential settlement. |
| 06/12/13 | S. Rovak | 0.10 | 59.80 | Conference with client regarding status of motion for summary judgment. |
| 06/17/13 | S. Rovak | 0.20 | 119.60 | Correspondence to client regarding motion practice dates. |
| Total Hours | | 1.90 | | |
| Fee Amount | | | | $954.20 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Rovak | $598.00 | 0.60 | $358.80 |
| M. Nickel | $458.00 | 1.30 | $595.40 |
| Totals | | 1.90 | $954.20 |

|  | Fee Total | $ | 954.20 |
|---|---|---|---|
|  | Invoice Total | $ | 954.20 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488735**

Client/Matter: 30000271-0142

Makena Strategy

Payment Due Upon Receipt

---

Total This Invoice                                    $          30,703.77

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400



Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488735**

Client/Matter:  30000271-0142

Makena Strategy

_____

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/03/13 | M. Weller | 1.10 | 691.90 | Review articles (.3); review leader Cantor's schedule, send G. Divis email on House track-and-trace legislation; follow-up with S. Sellers (.5); discussion with D. Lee on Indiana (.3). |
| 06/04/13 | M. Weller | 2.20 | 1,383.80 | Research legislative specifications (.9); follow-up with B. McCollum on state meeting; discuss same with D. Lee, draft email, discuss legislative strategy call with T. Wilson (1.3). |
| 06/04/13 | B. McCollum | 0.60 | 421.20 | Telephone conference with scheduler/assistant in state office where seeking a meeting (.30); email to M. Weller advising of proposed meeting date (.30). |
| 06/06/13 | M. Weller | 2.10 | 1,320.90 | Discuss state meeting with D. Gibb; follow-up with B. McCollum (.4); work on update chart (1.5) state meeting work, discuss with P. Christmas (.2). |
| 06/07/13 | M. Weller | 3.10 | 1,949.90 | Discuss meetings with D. Lee, send email on same (.4); state meeting work (1.) ; outreach to AEI fellow S. Gottlieb, review House testimony; prepare call points (.8); call with S. Gottlieb at AEI (.5); additional follow-up on AEI conversation; discussion with J. Gudeman (.4). |
| 06/10/13 | G. Weinreich | 0.20 | 137.20 | Exchange emails with team and client about Hill developments and Hearings. |
| 06/10/13 | M. Weller | 3.60 | 2,264.40 | Review press on TN contaminated product, send email to TN Senators on same; follow-up with team on state follow-up; review process on bankruptcy (.6); prepare for meeting, discussions with B. McCollum, draft email (1.5); draft summary of state outreach project (1.5). |
| 06/11/13 | M. Weller | 1.40 | 880.60 | Outreach to J. Gudeman on state meetings (.3); review TN compounding issue in press; Senate HELP Committee response, draft email (.5); work on summary chart (.6). |

Makena Strategy

July 11, 2013

Matter: 30000271-0142
Invoice No.: 1488735

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/12/13 | M. Weller | 4.10 | 2,578.90 | Prepare summary chart of state meetings, discuss same with J. Gudeman, call with J. Gudeman regarding follow-up in target states; send email; complete summary; (2.3) make J. Gudeman edits to document, prepare for call (.7); call with P. Christmas, S. Sellers and J. Gudeman on state meeting (.6); review S. Sellers link on TN False Claims Act case. |
| 06/12/13 | D. Gibb | 0.20 | 87.40 | Meet with M. Weller and B. McCollum to discuss state AG outreach strategy (.1); draft email update to M. Weller regarding outreach to Utah, Colorado and Texas attorneys general (.1). |
| 06/13/13 | M. Weller | 2.30 | 1,446.70 | Work on state meeting schedule; follow-up with B. McCollum on same (.4); review data on PTB in Arizona; discussion with P. Christmas on state meeting participants (.7); review Senate legislation amendment options (1.2). |
| 06/14/13 | M. Weller | 0.30 | 188.70 | Outreach to M. Jozwiakowski and Chemir Labs regarding field-acquired samples. |
| 06/17/13 | M. Weller | 0.50 | 314.50 | Review most current round of State letters. |
| 06/18/13 | M. Weller | 1.40 | 880.60 | Meeting preparation and discussion with D. Gibb regarding State targets (.5); meeting preparation and research on expanded P. Christmas list of targets (.9). |
| 06/19/13 | M. Weller | 2.60 | 1,635.40 | Review J. Gudeman Women in Government Affairs email on meningitis issue (.5); review state outreach, research AZ compounding situation, outreach to D. Gibb on new states, review J. Gudeman email to Board of Pharmacy (1.8); respond to P. Christmas email on outlook for compounding legislation (.3). |
| 06/20/13 | M. Weller | 0.40 | 251.60 | Review Cong. Markey's legislation; send P. Christmas email (.4). |
| 06/21/13 | M. Weller | 1.90 | 1,195.10 | Meeting preparation, outreach to M. Jozwiakowski on Board of Pharmacy discussions (.4); prepare for meeting; review Section 501 language regarding "do not compound" (1.5). |

Makena Strategy

July 11, 2013

Matter: 30000271-0142
Invoice No.: 1488735

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/25/13 | B. McCollum | 2.60 | 1,825.20 | Work with P. Christmas, S. Sellers and M. Weller to prepare for meeting with government official (1.20); participate in meeting with government official (1.40). |
| 06/25/13 | M. Weller | 3.20 | 2,012.80 | Prepare for State meeting (1.7); meeting on Makena coverage and state policy; follow-up with P. Christmas and S. Sellers (1.5). |
| 06/26/13 | M. Weller | 3.60 | 2,264.40 | Outline on state policy (1.1); follow-up with B. McCollum on state meetings, review notes (.7); follow-up on state meetings with P. Christmas (1.0); respond to B. McCollum on Colorado issue; draft emails (.8). |
| 06/26/13 | D. Gibb | 0.10 | 43.70 | Email exchange with M. Weller regarding strategy for outreach to the Wisconsin Attorney General. |
| 06/26/13 | B. McCollum | 1.20 | 842.40 | Telephone conference with government regarding prior meeting (0.4); correspondence with M. Weller and P. Christmas regarding same (0.3); review and reply to responses and analysis received regarding meeting (0.5). |
| 06/27/13 | B. McCollum | 0.40 | 280.80 | Review and respond to email from M. Weller outlining specific regulatory language for additional discussion with regulator (.20); review and respond to email from P. Christmas regarding same (.20). |
| 06/27/13 | M. Weller | 4.10 | 2,578.90 | Research state policy in Colorado and Texas (.4); draft email response to B. McCollum on Colorado provider policy, follow-up with P. Hall on Texas (.5) review Senate legislation, begin KV language revision, review House and Senate hearing testimony on "do not compound" provisions, prepare strategy email (3.2). |
| 06/28/13 | M. Weller | 3.40 | 2,138.60 | Prepare Hill materials on "do not compound" issue (2.6); follow-up with S. Sellers, M. Jozwiakowski document; discuss same with M. Jozwiakowski regarding China and India API, follow-up with G. Divis on advocacy (.8). |

Total Hours                        46.60

Fee Amount                                              $29,615.60

Makena Strategy

July 11, 2013

Matter: 30000271-0142
Invoice No.: 1488735

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| G. Weinreich | $686.00 | 0.20 | $137.20 |
| B. McCollum | $702.00 | 4.80 | $3,369.60 |
| M. Weller | $629.00 | 41.30 | $25,977.70 |
| D. Gibb | $437.00 | 0.30 | $131.10 |
| Totals | | 46.60 | $29,615.60 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/25/2013 | Airfare MARK W WELLER AG MEETING | | 618.80 |
| | | SUBTOTAL | 618.80 |
| 5/22/2013 | Delivery - -    WASHINGTON EXPRESS SERVICE LLC TO/FROM SEATHOLDING /DENTONS 5/22 AND 5/23 | | 240.00 |
| | | SUBTOTAL | 240.00 |
| | Document reproduction | | 2.20 |
| | | SUBTOTAL | 2.20 |
| 6/25/2013 | Ground Transportation MARK W WELLER PARKING BWI/AG MEETING | | 24.00 |
| 6/24/2013 | Ground Transportation MARK W WELLER TAXI AZ AIRPORT TO HOTEL/AG MEETING | | 28.46 |
| | | SUBTOTAL | 52.46 |
| 6/25/2013 | Lodging MARK W WELLER AG MEETING | | 174.61 |
| | | SUBTOTAL | 174.61 |
| | Total Disbursements | | $1,088.17 |

Makena Strategy

July 11, 2013

Matter: 30000271-0142
Invoice No.: 1488735

| | | |
|---|---|---|
| Fee Total | $ | 29,615.60 |
| Disbursement Total | $ | 1,088.17 |
| Invoice Total | $ | 30,703.77 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488737**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

Total This Invoice                                   $        13,337.30

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400



DENTONS US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY                                                       July 11, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                                      **Invoice No. 1488737**
St. Louis, MO 63146


Client/Matter:  30000271-0149

Special Board Committee Representation

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/12/13 | S. Rovak | 1.00 | 598.00 | Review additional case authorities on matters surrounding guilty plea of corporation and MSH. |
| 06/13/13 | S. Rovak | 2.70 | 1,614.60 | Continue preparation for conference with insurors on response to MSH's counsel presentation. |
| 06/17/13 | S. Rovak | 2.40 | 1,435.20 | Continue preparation for conference with insurors regarding Hermelin settlement posture, to include correspondence to opposing counsel regarding possible review of affidavit of FDA attorney Peter Mathers; conference with client. |
| 06/18/13 | S. Rovak | 4.50 | 2,691.00 | Completed preparation of written outline of presentation to insurers in response to presentation by counsel for Hermelin. |
| 06/19/13 | S. Rovak | 6.80 | 4,066.40 | Final preparation for conference, including communications with Steptoe firm about Mather's affidavit and conference with insurors and P. Christmas on status of matters vis a vis M. Hermelin and the statements made by counsel at the last conference (3.8); conference with insurance group and P. Christmas (1.0); continued review of Mather Affidavit (1.2); began edits to Debtors' Motion to Reduce Claim (.8) |
| 06/20/13 | S. Rovak | 3.00 | 1,794.00 | Edit Memorandum in Support of Motion to Cap Claim in Bankruptcy, to include research on prior facts need for inclusion. |
| 06/21/13 | S. Rovak | 0.30 | 179.40 | Review of edits/changes/deletions to Motion to cap claim of Hermelin. |
| 06/25/13 | S. Rovak | 0.80 | 478.40 | Final review of Mathers affidavit (.3); correspondence to MSH counsel regarding destruction of only copy and deletion of e-mail versions (.3); review and respond to version of Order in Chancery regarding reporting of status of claim in bankruptcy (.2) |

Special Board Committee Representation

July 11, 2013

Matter: 30000271-0149
Invoice No.: 1488737

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/27/13 | S. Rovak | 0.80 | 478.40 | Review Motion to Cap Claim, including comparison with prior comments. |
| Total Hours | | 22.30 | | |
| Fee Amount | | | | $13,335.40 |

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 22.30 | $13,335.40 |
| Totals | | 13,335.40 | $13,335.40 |

DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 1.90 |
| | | SUBTOTAL | 1.90 |
| | Total Disbursements | | $1.90 |

| | | |
|---|---|---|
| Fee Total | $ | 13,335.40 |
| Disbursement Total | $ | 1.90 |
| Invoice Total | $ | 13,337.30 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488738**

Client/Matter: 30000271-0152

State Medicaid Actions

Payment Due Upon Receipt

---

Total This Invoice                    $        88,382.63

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488738**

Client/Matter:   30000271-0152

State Medicaid Actions

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 6/2/13 | M. Hall | 0.50 | Communications with local counsel regarding proposed changes to GA Summary Judgment responses. |
| 6/2/13 | E. Shoudt | 0.50 | Review cite check of Opposition to Summary Judgment Motion. |
| 6/3/13 | D. Marrocco | 4.30 | Revise and finalize opposition papers in Georgia (2.0); review State of Georgia's Response to KV's Motion for Summary Judgment (1.30); review State response to KV Statement of Facts (1.0). |
| 6/3/13 | M. Hall | 4.60 | Confer with D. Marrocco and E. Shoudt regarding changes to GA filings (.8); review recent report of FDA investigation of compounding (.4); confer with client regarding SC settlement proposal (.3); review Alere pleading in FDA suit for background (.7); review client's latest settlement proposal changes for SC matter (.5); confer with CG Hintmann regarding SC proposal (.3); send settlement proposal to SC counsel (.3); review GA's response to KV's Summary Judgment motion and related factual responses (1.3). |
| 6/3/13 | E. Shoudt | 2.80 | Finalize opposition to Motion for Summary Judgment and response to facts (2.3); address certain questions from local counsel (.5). |
| 6/4/13 | M. Hall | 4.00 | Confer with bankruptcy counsel regarding fee schedule request (.3); further review GA responses to KV's Summary Judgment motion (1.5); confer with E. Shoudt and D. Marrocco regarding reply brief in GA (.5); conferences with SC counsel and client regarding settlement offer (1.2); follow up with comments and strategy for GA reply (.5). |
| 6/4/13 | E. Shoudt | 1.50 | Conference call with P. Hall and D. Marrocco regarding reply to Motion for Summary Judgment (.5); review deposition transcript for same (.5); review opposition to Motion for Summary Judgment (.5) |
| 6/4/13 | D. Marrocco | 1.30 | Conference call on reply brief (.70); review relevant CMO docs (.60). |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/4/13 | J. Hanson | 0.30 | Review Pacer, import briefs to local drive and provide to E. Shoudt. |
| 6/5/13 | D. Marrocco | 2.50 | Outline Reply Brief to State of Georgia's Opposition to KV's Motion for Summary Judgment. |
| 6/5/13 | M. Hall | 3.90 | Review prior depositions taken in SC in preparation for upcoming depositions and in anticipation of Summary Judgment filings (3.5); confer with E. Shoudt and D. Marrocco regarding Reply Brief in GA (.4). |
| 6/6/13 | M. Hall | 5.50 | Review depositions and documents in preparation for upcoming depositions and Summary Judgment in SC case (3.5); conferences with local and opposing counsel regarding motion for protective order relating to A. Keck's deposition in SC case (1.2); confer with client regarding strategy for addressing protective order issues in SC (.4); confer with E. Shoudt regarding research needed for GA reply (.4). |
| 6/6/13 | E. Shoudt | 5.50 | Prepare for Keck deposition; emails regarding postponing Keck and proposed motion for protective order |
| 6/6/13 | B. Brownshadel | 0.20 | Discuss research assignment with P. Hall and E. Shoudt. |
| 6/6/13 | D. Marrocco | 2.30 | Review correspondence on Keck deposition (1.0); outline Reply Brief arguments and conference call with P. Hall and E. Shoudt regarding same (1.30). |
| 6/6/13 | J. Hanson | 0.30 | Review emails and correspondence and update case files; communications with court reporter regardng deposition file issues; review deposition exhibits and import files to local drive. |
| 6/7/13 | D. Marrocco | 3.50 | Review CMO arguments set out in Georgia Summary Judgment papers (1.0); draft Reply Brief in Georgia (2.20); review correspondence from M. Weller and S. Gotlieb (.30). |
| 6/7/13 | M. Hall | 0.50 | Review client communications regarding deposition preparation for SC case (.5). |
| 6/10/13 | M. Hall | 4.90 | Review MCO section of Medicaid Statute for use in GA action (.8); confer with D. Marrocco regarding same in connection with GA Summary Judgment briefing (.5); confer with SC local counsel regarding deposition motions and strategy regarding same (.8); review documents in preparation for conference with J. Graves and deposition preparation (2.0); review research on deliberative process privilege for SC case and confer with E. Shoudt and D. Marrocco regarding same (.8). |
| 6/10/13 | T. Millar | 3.90 | Research deliberative process privilege. |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/10/13 | B. Brownshadel | 4.10 | Research all federal cases for preemption discussion specific to Georgia Medicaid issue and discuss findings with P. Hall and E. Shoudt. |
| 6/10/13 | D. Marrocco | 3.30 | Review CMO coverage arguments and statutory language. |
| 6/10/13 | J. Hanson | 2.10 | Perform search for references to Keck in all deposition transcripts; provide relevant pages to E. Shoudt; review key documents, import to local drive, zip files and upload to ftp site; review and reproduce deposition exhibits. |
| 6/11/13 | J. Hanson | 0.60 | Review deposition transcripts and exhibits and organize files; import documents to local drive. |
| 6/11/13 | M. Hall | 3.40 | Confer with N. Mergo regarding SC schedule and agreements with opposing counsel (.4); review documents and otherwise prepare for call with J. Graves for SC deposition (1.5); review statute and other research for potential use in GA Summary Judgment briefing and confer with D. Marrocco regarding same (1.5); |
| 6/11/13 | D. Marrocco | 4.20 | Draft Reply Brief to Response to Motion for Summary Judgment. |
| 6/11/13 | M. Hamelburg | 0.80 | Review of state remedies relating to Medicaid managed care organizations (0.60); call with E. Shoudt regarding same (0.20). |
| 6/12/13 | E. Shoudt | 1.50 | Emails regarding research on Georgia State Plan; collect all CMO authorities and email same to team. |
| 6/12/13 | E. Shoudt | 0.50 | Emails regarding opposing counsel's failure to file a memorandum in support of motion for protective order; review rules regarding same. |
| 6/12/13 | E. Yu | 1.30 | Research and review GA Medicaid State Plan; e-mail communications with E. Shoudt regarding same. |
| 6/12/13 | B. Brownshadel | 4.10 | Research federal Medicaid cases for preemption of a policy's administration. |
| 6/12/13 | M. Hall | 5.40 | Confer with D. Marrocco regarding status of GA reply brief and research for same (.7); review motion for protective order filed in SC regarding A. Keck's deposition (.5); review additional statutory citations and case law for GA and direct strategy regarding same (1.5); conference with J. Graves regarding background information and upcoming deposition (2.0); review research done to date and confer with B. Brownshadel regarding additional research for GA Summary Judgment reply brief (.7). |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/12/13 | D. Marrocco | 2.50 | Review case law on implied conflict Supremacy Clause for Georgia Summary Judgment Reply (1.0); review MCO regulation and statute and Georgia State Plan (1.20); review motion for protective order in South Carolina (.30). |
| 6/13/13 | M. Hall | 2.20 | Confer with E. Shoudt regarding motion for protective order in SC and strategy regarding same (.5); confer with CG Hintmann regarding status of SC case and settlement communications and recent communications with SCDHHS by providers (1.2); confer with D. Marrocco regarding strategy for GA reply brief (.5). |
| 6/13/13 | B. Brownshadel | 1.00 | Summarize research findings and discuss with D. Marrocco. |
| 6/13/13 | D. Marrocco | 3.10 | Revise reply brief (2.20); review research on whether policies inconsistent with Medicaid Act sufficient for Supremacy Clause standing. (0.9). |
| 6/14/13 | E. Shoudt | 1.80 | Edit reply Memorandum in Support of Motion for Summary Judgment. |
| 6/14/13 | D. Marrocco | 4.50 | Revise Reply Brief including review of case law on (a)(19) and cases on supremacy jurisdiction (2.50); review brief on Keck protective order in South Carolina (1.0); review KV Reply Brief in FDA action (1.0). |
| 6/14/13 | M. Hall | 4.00 | Confer with CG Hintmann regarding SC reimbursement issues (.4); review motion for protective order in SC and discuss strategy for response with E. Shoudt (1.5); follow up communications with CG Hintmann and S. Goedeke regarding SC reimbursement issues (.8); begin review of reply brief in support of Summary Judgment in GA (.5); review FDA Replay Brief for potential use in state Medicaid cases (.8). |
| 6/16/13 | M. Hall | 1.00 | Review and revise reply in support of Summary Judgment motion in GA case (.8); confer with E. Shoudt regarding same (.2). |
| 6/16/13 | E. Shoudt | 2.50 | Edit reply memorandum in support of Motion for Summary Judgment. |
| 6/17/13 | M. Hall | 1.60 | Review additional changes to Summary Judgment reply brief in GA and comment on same (.8); review client comments and confer with E. Shoudt regarding same (.8). |
| 6/17/13 | E. Shoudt | 0.30 | Edit Reply Memo in Support of Motion for Summary Judgment; email same to client. |
| 6/17/13 | D. Marrocco | 1.20 | Review revised Georgia Reply Brief on Motion for Summary Judgment. |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/18/13 | M. Hall | 0.50 | Communications with E. Shoudt and CG Hintmann regarding reply brief in GA (.5). |
| 6/19/13 | M. Hall | 0.70 | Confer with E. Shoudt regarding status of GA action and filings (.4); review communications from local counsel in GA (.3). |
| 6/19/13 | E. Shoudt | 4.00 | Draft Opposition to Motion for Protective Order; review depositions for same. |
| 6/19/13 | D. Marrocco | 1.00 | Review finalized Reply Brief and Georgia State Plan exhibit. |
| 6/20/13 | D. Marrocco | 1.00 | Review State of Georgia Reply Brief on Summary Judgment. |
| 6/20/13 | M. Hall | 1.30 | Confer with local counsel regarding finalization and filing of reply brief in support of Summary Judgment in GA (.5); confer with E. Shoudt regarding plaintiff's filing on Summary Judgment in GA (.3); begin review of filing by plaintiff (.5). |
| 6/20/13 | E. Shoudt | 3.00 | Research on apex deposition rule; draft Opposition to Motion for Protective Order. |
| 6/20/13 | E. Shoudt | 1.00 | Draft Opposition to Motion for Protective Order; review Keck documents for same. |
| 6/21/13 | E. Shoudt | 3.20 | Draft background section of Opposition to Motion for Protective Order. |
| 6/21/13 | M. Hall | 0.90 | Confer with E. Shoudt and D. Marrocco regarding status of response to Motion for Protective Order and related strategy in SC case (.5); confer with E. Shoudt regarding cost issues in SC (.4). |
| 6/22/13 | E. Shoudt | 3.00 | Draft and edit Opposition to Motion for Protective Order |
| 6/22/13 | E. Shoudt | 4.50 | Draft and edit Opposition to Motion for Protective Order; legal research on deliberative process privilege. |
| 6/23/13 | E. Shoudt | 2.00 | Edit Opposition to Motion for Protective Order. |
| 6/24/13 | M. Hall | 2.70 | Review and revise response to Motion for Protective Order in SC case (1.2); confer with E. Shoudt and D. Marrocco regarding status and strategy in SC case (.5); complete review FDA Replay Brief and confer with D. Marrocco regarding same (1.0). |
| 6/24/13 | E. Shoudt | 0.50 | Telephone call with P. Hall and D. Marrocco regarding Opposition to Motion for Protective Order. |
| 6/24/13 | D. Marrocco | 3.00 | Conference call with E. Shoudt and P. Hall on South Carolina action (0.50); review and revise opposition to Motion for Protective Order (2.50). |
| 6/24/13 | E. Shoudt | 0.80 | Edit Opposition to Motion for Protective Order. |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/25/13 | E. Shoudt | 2.50 | Edit Opposition to Motion for Protective Order; compile exhibits for same. |
| 6/25/13 | D. Marrocco | 3.50 | Edit Opposition to Motion for protective order (1.50); review materials for South Carolina Summary Judgment brief (2.0). |
| 6/25/13 | M. Hall | 2.30 | Confer with local counsel and direct strategy regarding scheduling order and Motion for protective order response in SC (.8); confer with D. Marrocco regarding Summary Judgment in SC case (.5); confer with CG Hintmann regarding update on securities lawsuit and potential impact on Medicaid cases (.5); review response to motion to dismiss in securities case (.5). |
| 6/26/13 | M. Hall | 3.30 | Review FDA briefs and securities case pleading and Motion to Dismiss sent by client to determine relevance/impact on state Medicaid cases (2.5); confer with local counsel in SC regarding protective order filing and scheduling order motion draft (.8). |
| 6/26/13 | D. Marrocco | 2.50 | Prepare South Carolina Summary Judgment Motion Brief. |
| 6/27/13 | E. Shoudt | 0.50 | Research Boothwyn Pharmacy (.3); emails with local counsel regarding opposition to Motion for Protective Order (.2). |
| 6/27/13 | M. Hall | 2.30 | Review information regarding Texas Makena coverage policy and send to client (.5); review and revise proposed motion to revise scheduling order in SC case (.5); confer with S. Goedeke regarding SC status and information needed (.5); provide status update to client (.8). |
| 6/28/13 | D. Marrocco | 2.00 | Review revised motion for scheduling order in South Carolina (0.40); review Burt deposition for Summary Judgment in South Carolina (1.60). |

| | | | |
|---|---|---|---|
| Total Hours | | 161.80 | |
| Fee Amount | | | $88,108.90 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 55.50 | $34,632.00 |
| D. Marrocco | $575.00 | 45.70 | $26,277.50 |
| E. Shoudt | $516.00 | 41.90 | $21,620.40 |
| M. Hamelburg | $578.00 | 0.80 | $462.40 |
| T. Millar | $287.00 | 3.90 | $1,119.30 |

State Medicaid Actions

July 11, 2013

Matter: 30000271-0152
Invoice No.: 1488738

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| B. Brownshadel | $280.00 | 9.40 | $2,632.00 |
| E. Yu | $342.00 | 1.30 | $444.60 |
| J. Hanson | $279.00 | 3.30 | $920.70 |
| Totals | | 161.80 | $88,108.90 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Color Copies | | 0.30 |
| | | SUBTOTAL | 0.30 |
| | Document reproduction | | 92.90 |
| | | SUBTOTAL | 92.90 |
| 4/12/2013 | Outside Duplicating - - BARRISTER COPY SOLUTIONS, LLC Scan to TIFF, Master CD replication | | 73.14 |
| 6/18/2013 | Outside Duplicating - - BARRISTER COPY SOLUTIONS, LLC Document production | | 107.39 |
| | | SUBTOTAL | 180.53 |
| 6/3/2013 | WESTLAW | | 0.00 |
| | Total Disbursements | | $273.73 |

| | | |
|---|---|---|
| Fee Total | $ | 88,108.90 |
| Disbursement Total | $ | 273.73 |
| Invoice Total | $ | 88,382.63 |

**DENTONS**

Salans FMC SNR Denton
dentons.com

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                            July 11, 2013
16640 Chesterfield Grove Road
Suite 200                                                              **Invoice No. 1488739**
Chesterfield, MO 63005
USA

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery                          Payment Due Upon Receipt

Total This Invoice                                    $         9,530.40

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
Dentons US LLP                                              Dentons US LLP
Dept. 7247-6670                                 OR         Attention: Accounting
Philadelphia, PA 19170-6670                                233 South Wacker Drive
                                                           Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488739**

Client/Matter:   30000271-0153

Bankruptcy 2004 Motion and Discovery

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/13 | D. Brasher | 0.10 | 45.80 | Scheduling emails with Alere's counsel. |
| 06/02/13 | D. Brasher | 0.20 | 91.60 | Scheduling emails with Alere's counsel (0.1); correspondence with A. Sorkin regarding schedule of bankruptcy proceedings (0.1). |
| 06/03/13 | M. Hall | 0.60 | 374.40 | Confer with bankruptcy counsel regarding timing of bankruptcy emergence (.3); confer with D. Brasher regarding status (.3). |
| 06/03/13 | D. Brasher | 0.50 | 229.00 | Correspondence with A. Sorkin regarding schedule of bankruptcy proceedings (0.1); call with Alere's counsel regarding production deadline and redaction issue (0.4). |
| 06/04/13 | D. Brasher | 0.80 | 366.40 | Send follow up email to Alere's counsel (0.2); email P. Hall regarding Tuesday's call and strategy going forward (0.5); review emails regarding status of settlement discussions (0.1). |
| 06/04/13 | M. Hall | 0.80 | 499.20 | Confer with D. Brasher regarding call with Alere to discuss production terms (.4); confer with P. Christmas regarding status of negotiations with Alere and Pharmerica (.4). |
| 06/05/13 | M. Hall | 0.50 | 312.00 | Review communications from client regarding status of negotiations with Alere and Pharmerica (.3); follow up with D. Brasher regarding same (.2). |
| 06/05/13 | D. Brasher | 1.20 | 549.60 | Review emails regarding status of settlement discussions (0.1); revise and edit agreement on search terms and other production issues (0.9); draft covering email and send same to Alere's counsel (0.2). |
| 06/10/13 | D. Brasher | 0.30 | 137.40 | Review proposed edits to discovery protocol agreement with Alere. |

2

Bankruptcy 2004 Motion and Discovery

July 11, 2013

Matter: 30000271-0153
Invoice No.: 1488739

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/11/13 | D. Brasher | 0.10 | 45.80 | Discuss status of settlement discussions with P. Hall. |
| 06/12/13 | D. Brasher | 0.20 | 91.60 | Discuss status of settlement discussions with P. Hall (0.1); review email from P. Christmas regarding same (0.1). |
| 06/12/13 | M. Hall | 0.50 | 312.00 | Confer with P. Christmas and D. Brasher regarding settlement call with Alere and Pharmerica. |
| 06/13/13 | M. Hall | 0.80 | 499.20 | Conferences with D. Brasher and R. Spigel regarding status of 2004 document production, settlement negotiations, and of bankruptcy. |
| 06/13/13 | D. Brasher | 1.70 | 778.60 | Correspondence regarding status of settlement discussions and discovery with P. Hall and R. Spigel (0.4).  Draft and send response and proposed revisions to Alere's proposed discovery protocol (1.3). |
| 06/14/13 | D. Brasher | 0.80 | 366.40 | Review and analyze KV's reply brief from FDA action. |
| 06/14/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher regarding latest communications with Alere. |
| 06/18/13 | D. Brasher | 0.30 | 137.40 | Discuss Lanham Act research project with K. Cox. |
| 06/18/13 | K. Cox | 0.50 | 128.25 | Received assignment from, and discussed expectations with, D. Brasher. |
| 06/19/13 | K. Cox | 1.40 | 359.10 | Began research. |
| 06/19/13 | D. Brasher | 0.30 | 137.40 | Review proposed changes to agreement on search terms and discovery protocol (0.2). Email Alere's counsel regarding same (0.1). |
| 06/20/13 | D. Brasher | 0.70 | 320.60 | Review proposed changes to agreement on search terms and discovery protocol (0.2). Correspondence with Alere's counsel regarding timing issues (0.2). Email status update to P. Hall (0.2).  Correspondence with A. Sorkin regarding schedule (0.1). |
| 06/20/13 | K. Cox | 4.50 | 1,154.25 | Continued research on litigation privilege. |
| 06/20/13 | M. Hall | 1.00 | 624.00 | Confer with D. Brasher and review communications regarding status and strategy of 2004 discovery in light of negotiations (.6); confer with client regarding same (.4). |

Bankruptcy 2004 Motion and Discovery

July 11, 2013

Matter: 30000271-0153
Invoice No.: 1488739

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/21/13 | K. Cox | 3.80 | 974.70 | Continue research of relevant precedent (2.5); discussion with G. Besen regarding how to present findings and how to use time efficiently on this (and similar matters) (.75); print on-point cases and organized current findings for presentation at later date and (possibly) continuing research after meeting to discuss findings next week (.5). |
| 06/24/13 | D. Brasher | 0.10 | 45.80 | Review and sign Alere discovery protocol agreement. |
| 06/25/13 | D. Brasher | 0.10 | 45.80 | Review and circulate fully executed Alere discovery protocol agreement. |
| 06/25/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher regarding agreement with Alere on scope of discovery. |
| 06/26/13 | D. Brasher | 0.20 | 91.60 | Review correspondence from client regarding additional evidence gathered for Lanham Act claims. |
| 06/27/13 | M. Hall | 0.50 | 312.00 | Confer with D. Brasher regarding status of matter and client call regarding status of negotiations. |

| | | | |
|---|---|---|---|
| Total Hours | | 23.30 | |
| Fee Amount | | | $9,529.10 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 5.50 | $3,432.00 |
| D. Brasher | $458.00 | 7.60 | $3,480.80 |
| K. Cox | $256.50 | 10.20 | $2,616.30 |
| Totals | | 23.30 | $9,529.10 |

Bankruptcy 2004 Motion and Discovery

July 11, 2013

Matter: 30000271-0153
Invoice No.: 1488739

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 1.30 |
| | | SUBTOTAL | 1.30 |
| | Total Disbursements | | $1.30 |

| | | |
|---|---|---|
| Fee Total | $ | 9,529.10 |
| Disbursement Total | $ | 1.30 |
| Invoice Total | $ | 9,530.40 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488740**

Client/Matter: 30000271-0155

Texas AWP Litigation

Payment Due Upon Receipt

Total This Invoice                              $         6,182.00

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

SENTONS US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488740**

Client/Matter:   30000271-0155

Texas AWP Litigation

_____

For Professional Services Rendered through June 30, 2013:

| **Date** | **Timekeeper** | **Hours** | **Narrative** |
|---|---|---|---|
| 6/5/13 | C. Moore | 0.20 | Review order granting motion to continue from Texas Bankruptcy Court. |
| 6/19/13 | M. Hall | 0.40 | Communications with bankruptcy counsel regarding approval of bankruptcy stipulation and related issues. |
| 6/19/13 | C. Moore | 0.20 | Review status report from R. Spigel. |
| 6/20/13 | C. Moore | 0.20 | Review final order of settlement. |
| 6/20/13 | M. Hall | 0.70 | Review signed order regarding Texas settlement (.4); confer with R. Spigel regarding Florida settlement (.3). |
| 6/24/13 | M. Hall | 0.80 | Confer with C. Reynolds regarding Texas settlement and status report (.4); confer with R. Spigel regarding status report due in Texas bankruptcy proceeding (.4). |
| 6/24/13 | C. Moore | 0.50 | Attention to settlement. |
| 6/25/13 | M. Hall | 1.00 | Review communications and draft dismissal sent by Texas AG (.5); confer with R. Spigel and C. Reynolds regarding response and potential revisions to draft (.5). |
| 6/26/13 | C. Reynolds | 1.60 | Review, analyze and revise stipulation of dismissal drafted by Texas Attorney General's office; incorporate revisions by bankruptcy counsel and Texas AG's office. |
| 6/26/13 | M. Hall | 1.30 | Review suggested changes to dismissal papers (.5); confer with M. Moore and R. Spigel regarding same (.4); confer with C. Reynolds regarding finalization of dismissal (.4). |
| 6/26/13 | C. Moore | 0.70 | Attention to finalizing dismissal of Texas case (.2); work on dismissal stipulation in Texas AG case (.5). |
| 6/26/13 | C. Moore | 0.70 | Review e-mails on dismissal and review status (.2); review final stipulation (.5). |
| 6/26/13 | C. Moore | 0.20 | Review e-mails and status. |
| 6/27/13 | M. Hall | 0.50 | Review communications from the State of Texas and from Relator regarding dismissal. |

Texas AWP Litigation

July 11, 2013

Matter: 30000271-0155
Invoice No.: 1488740

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 6/27/13 | C. Moore | 0.40 | Work on finalizing stipulation for filing in Texas; review e-mail regarding same. |
| 6/28/13 | C. Moore | 0.50 | Attention to finalizing stipulation and filing. |
| Total Hours | | 9.90 | |
| Fee Amount | | | $6,182.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Moore | $707.00 | 3.60 | $2,545.20 |
| M. Hall | $624.00 | 4.70 | $2,932.80 |
| C. Reynolds | $440.00 | 1.60 | $704.00 |
| Totals | | 9.90 | $6,182.00 |

Fee Total          $      6,182.00

Invoice Total      $      6,182.00

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488730**

Client/Matter: 30000271-0157

Non-Working Travel Time

Payment Due Upon Receipt

Total This Invoice                                                        $          6,944.25

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

July 11, 2013

**Invoice No. 1488730**

Client/Matter:   30000271-0157

Non-Working Travel Time

For Professional Services Rendered through June 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/24/13 | M. Weller | 9.50 | 5,975.50 | Travel to Baltimore and flight to state meeting; travel to hotel. |
| 06/25/13 | M. Weller | 7.00 | 4,403.00 | Travel to airport and return to Washington, DC. |
| 06/25/13 | B. McCollum | 5.00 | 3,510.00 | Flight returning from meeting with government official with plane mechanical issue and layover overnight. |

| | | | |
|---|---|---|---|
| Total Hours | | 21.50 | |
| Fee Amount | | | $13,888.50 |
| Less 50% Discount | | | ($6,944.25) |
| Fee Total | | | $6,944.25 |

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. McCollum | $702.00 | 5.00 | $3,510.00 |
| M. Weller | $629.00 | 16.50 | $10,378.50 |
| Totals | | | $13,888.50 |

| | | |
|---|---|---|
| Fee Total | $ | 6,944.25 |
| Invoice Total | $ | 6,944.25 |

2

# DENTONS

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488741**

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

Payment Due Upon Receipt

---

Total This Invoice                                $         2,353.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400



Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

July 11, 2013

**Invoice No. 1488741**

Client/Matter:  30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals
_____
For Professional Services Rendered through June 30, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 06/03/13 | S. Rodriguez | 0.20 | 113.40 | Review email from C. Hintmann regarding delay in plan confirmation and review article regarding KV bankruptcy. |
| 06/04/13 | S. Rodriguez | 0.30 | 170.10 | Review email from A. Sorkin with information regarding most recent plan proposal for KV bankruptcy. |
| 06/05/13 | S. Rodriguez | 0.70 | 396.90 | Review article from C. Hintmann regarding competing Chapter 11 plans (.2); confer with T. Armstrong and H. Prater (local counsel) regarding new plan proposal and impact on potential recovery of plaintiffs (.3). |
| 06/06/13 | S. Rodriguez | 0.30 | 170.10 | Review and respond to email from T. Armstrong regarding new proposed Chapter 11 plan for KV and impact on current litigation. |
| 06/08/13 | S. Rodriguez | 0.20 | 113.40 | Review information regarding final KV plan decision. |
| 06/14/13 | S. Rodriguez | 0.20 | 113.40 | Communicate with C. Hintmann regarding new Chapter 11 plan and potential settlement discussions with plaintiffs. |
| 06/14/13 | M. Hall | 0.50 | 312.00 | Confer with client and S. Rodriguez regarding status of case and strategy in light of bankruptcy developments. |
| 06/17/13 | S. Rodriguez | 0.50 | 283.50 | Telephone conference with T. Armstrong regarding revised investor plan for bankruptcy and implications for case (.3); communicate with C. Hintmann regarding same (.2). |
| 06/21/13 | S. Rodriguez | 0.20 | 113.40 | Communicate with local counsel regarding status on filing of new Chapter 11 plan. |
| 06/22/13 | S. Rodriguez | 0.50 | 283.50 | Review amended Chapter 11 plan and amended disclosure statement and send email to local counsel regarding potential impact on case. |

Lanny & Angela Jones v KV Pharmaceuticals

July 11, 2013

Matter: 30000271-2000
Invoice No.: 1488741

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/24/13 | S. Rodriguez | 0.50 | 283.50 | Communicate with C. Hintmann and A. Sorkin regarding amended chapter 11 plan and disclosure statement (.3); communicate with local counsel regarding same (2.). |
| Total Hours | | 4.10 | | |
| Fee Amount | | | | $2,353.20 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 0.50 | $312.00 |
| S. Rodriguez | $567.00 | 3.60 | $2,041.20 |
| Totals | | 4.10 | $2,353.20 |

| | | |
|---|---|---|
| Fee Total | $ | 2,353.20 |
| Invoice Total | $ | 2,353.20 |