# Exhibit D

# EXHIBIT D

## DENTONS US LLP'S MONTHLY INVOICES FOR FOURTH
## INTERIM PERIOD OF JULY 1, 2013 THROUGH SEPTEMBER 15, 2013

## EXHIBIT D – PART 1

## DENTONS US LLP'S MONTHLY INVOICE FOR THE MONTH OF JULY 2013



Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495809**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

Total This Invoice                                                                 $        2,512.57

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495809**

Client/Matter:   30000271-0005

GENERAL

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 07/01/13 | O. Pinkas | 0.30 | 171.60 | Attention to MFS. |
| 07/01/13 | G. Medina | 0.30 | 85.80 | Worked with accounting to identify credit to KV on the Monthly Fee Statement (0.2); met with O. Pinkas relating to same (0.1). |
| 07/15/13 | D. Pina | 0.50 | 143.00 | Internal communications regarding invoices for the month of June 2013 (.1); review invoices in connection with Monthly Fee Statement for June 2013 (.4). |
| 07/16/13 | D. Pina | 5.10 | 1,458.60 | Internal communications regarding credits being applied to monthly fee statement (.2); review invoices for June 2013 and prepare summary of fees by professionals (1.9), summary of fees by project category (.9), and summary of expenses (.7); draft June 2013 fee statement and circulate for comment (1.4). |
| 07/18/13 | D. Pina | 2.00 | 572.00 | Update, finalize, file and serve June 2013 Monthly Fee Statement (2.). |

| | | | |
|---|---|---|---|
| Total Hours | | 8.20 | |
| Fee Amount | | | $2,431.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| O. Pinkas | $572.00 | 0.30 | $171.60 |
| D. Pina | $286.00 | 7.60 | $2,173.60 |
| G. Medina | $286.00 | 0.30 | $85.80 |
| Totals | | 8.20 | $2,431.00 |

GENERAL

August 8, 2013

Matter: 30000271-0005
Invoice No.: 1495809

## DISBURSEMENT DETAIL

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| 6/20/2013 | Delivery FedEx Airbill #796055216603 06/20/13 Delivery to 180 Maiden Ln, NEW YORK CITY, NY | | 10.08 |
| 6/20/2013 | Delivery FedEx Airbill #796055249991 06/20/13 Delivery to 33 Whitehall St Fl 21, NEW YORK, NY | | 10.08 |
| 6/20/2013 | Delivery FedEx Airbill #796055275017 06/20/13 Delivery to 787 7th Ave, NEW YORK, NY | | 10.08 |
| 6/20/2013 | Delivery FedEx Airbill #796055312390 06/20/13 Delivery to 16640 CHESTERFIELD GROVE, CHESTERFIELD, MO | | 21.85 |
| 6/20/2013 | Delivery FedEx Airbill #796055382765 06/20/13 Delivery to 767 5th Ave, NEW YORK CITY, NY | | 10.08 |
| | | SUBTOTAL | 62.17 |
| | Document reproduction | | 19.40 |
| | | SUBTOTAL | 19.40 |
| | Total Disbursements | | $81.57 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,431.00 |
| Disbursement Total | $ | 81.57 |
| Invoice Total | $ | 2,512.57 |



Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

August 8, 2013

**Invoice No. 1495810**

Client/Matter: 30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

Payment Due Upon Receipt

Total This Invoice                                   $        1,880.60

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

August 8, 2013

**Invoice No. 1495810**

Client/Matter:   30000271-0027

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 07/10/13 | D. Brasher | 0.10 | 45.80 | Correspondence with A. Sorkin regarding letter to Court regarding status of bankruptcy proceedings. |
| 07/12/13 | D. Brasher | 0.30 | 137.40 | Correspondence with A. Sorkin and P. Hall regarding letter to Court regarding status of bankruptcy proceedings. |
| 07/12/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher regarding status report and strategy for completion of same. |
| 07/13/13 | M. Hall | 0.50 | 312.00 | Review status report and confer with D. Brasher regarding same. |
| 07/13/13 | S. Hauser | 0.20 | 141.40 | Read draft update to 8th Circuit. |
| 07/15/13 | D. Brasher | 0.40 | 183.20 | Revise, finalize, and file letter to Court regarding status of bankruptcy proceedings (0.2); discuss same with A. Sorkin and C.G. Hintmann (0.2). |
| 07/15/13 | M. Hall | 0.70 | 436.80 | Review client comments on status report (.3); confer with D. Brasher regarding client comments and finalization of same (.4). |
| 07/18/13 | M. Hall | 0.60 | 374.40 | Review status report filing and letter from Court regarding deadline for next status report. |
| Total Hours | | 3.20 | | |
| Fee Amount | | | | $1,880.60 |

ALLEN LEFAIVRE, INC. AND ON BEHALF OF OTHERS V.
KV PHARMACEUTICAL (Lex Claim Denied)
OSOS308NG

August 8, 2013

Matter: 30000271-0027
Invoice No.: 1495810

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Hall | $624.00 | 2.20 | $1,372.80 |
| S. Hauser | $707.00 | 0.20 | $141.40 |
| D. Brasher | $458.00 | 0.80 | $366.40 |
| Totals | | 3.20 | $1,880.60 |

| | | |
|---|---|---|
| Fee Total | $ | 1,880.60 |
| Invoice Total | $ | 1,880.60 |



Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495811**

Client/Matter: 30000271-0129

Estate of Jacqueline Kerr (Malicia Conley)
v. Ethex and KV --

Payment Due Upon Receipt

Total This Invoice                              $           366.40

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495811**

Client/Matter:   30000271-0129

Estate of Jacqueline Kerr (Malicia Conley)
v. Ethex and KV --

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/26/13 | M. Nickel | 0.80 | L120 | A104 | Evaluate order closing case (.1), and discuss potential for re-opening with local counsel via e-mail (.7). |

Total Hours                    0.80

Fee Amount                                                                $366.40

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Nickel | $458.00 | 0.80 | $366.40 |
| Totals | | 0.80 | $366.40 |

Fee Total                        $        366.40

Invoice Total                   $        366.40

**DENTONS**

Dentons US LLP
130 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 15, 2013

**Invoice No. 1498109**

Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation

Payment Due Upon Receipt

---

Total This Invoice                                            $        7,388.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY                                    August 15, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                           **Invoice No. 1498109**
St. Louis, MO 63146

Client/Matter:   30000271-0134

ETHEX Boston Qui Tam Litigation

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/01/13 | S. Cenawood | 1.70 | 1,184.90 | Follow-up regarding issues concerning dischargeability of FCA claims (.90); e-mails with R. Spigel and P. Christmas (.30); reviewed proposed plan and various proposed stips (.50). |
| 07/02/13 | S. Cenawood | 0.80 | 557.60 | Additional follow-up regarding issues concerning dischargeability of FCA claims. (.20); e-mails with R. Spigel and P. Christmas (.20); reviewed bankruptcy cases addressing FCA claims and dischargeability issues (.40). |
| 07/03/13 | S. Cenawood | 1.70 | 1,184.90 | Reviewed article regarding dischargeability of FCA claims in bankruptcy cases and applicable bankruptcy statutes and provisions (.60); telephone calls with R. Spigel and P. Christmas (.20); conference call with AUSA Byars, P. Christmas and R. Spigel (.40); continued negotiations regarding efforts to compromise government's claims (.30). |
| 07/08/13 | S. Cenawood | 0.20 | 139.40 | E-mails with/ AUSA Byars. |
| 07/10/13 | S. Cenawood | 0.90 | 627.30 | Additional follow-up regarding issues concerning dischargeability of FCA claims (.20); telephone call with AUSA Byars (.30); e-mails and telephone call with P. Christmas (.20); Latest proposal from government (.20). |
| 07/11/13 | S. Cenawood | 0.30 | 209.10 | Follow-up regarding latest proposal from government. |
| 07/12/13 | S. Cenawood | 0.20 | 139.40 | Additional follow-up regarding latest proposal from government. |
| 07/15/13 | S. Cenawood | 0.40 | 278.80 | Additional follow-up regarding latest proposal from government. |
| 07/16/13 | S. Cenawood | 0.60 | 418.20 | Additional follow-up regarding latest proposal from government (.20); reviewed government carve-out language (.40). |

ETHEX Boston Qui Tam Litigation

August 15, 2013

Matter: 30000271-0134
Invoice No.: 1498109

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/17/13 | S. Cenawood | 0.40 | 278.80 | Follow-up regarding government carve-out language. |
| 07/18/13 | S. Cenawood | 1.80 | 1,254.60 | E-mails with P. Christmas and AUSA Byars (.40); additional negotiations regarding efforts to compromise government claims (.80); follow-up regarding proposed offer and payment schedule (.60). |
| 07/22/13 | S. Cenawood | 1.60 | 1,115.20 | Telephone calls and e-mails with AUSA Byars regarding continued negotiations to compromise government claims (.60); telephone call with P. Christmas (.30); e-mails with P. Christmas and R. Spigel (.30); reviewed government's latest proposal (.40). |
| Total Hours | | 10.60 | | |
| Fee Amount | | | | $7,388.20 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Cenawood | $697.00 | 10.60 | $7,388.20 |
| Totals | | 10.60 | $7,388.20 |

| | | |
|--|--|--|
| Fee Total | $ | 7,388.20 |
| Invoice Total | $ | 7,388.20 |

3



Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

August 8, 2013

**Invoice No. 1495812**

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

Payment Due Upon Receipt

Total This Invoice                                    $          2,558.60

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

August 8, 2013

**Invoice No. 1495812**

Client/Matter:   30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/01/13 | M. Nickel | 0.70 | 320.60 | Review e-mail correspondence with plaintiff's counsel and client regarding pending MSJ and deal to dismiss Nesher (.3);  develop strategy regarding same (.4). |
| 07/09/13 | S. Rovak | 0.40 | 239.20 | Conference with W. Dowd and conference with client regarding bankruptcy "lift stay" filing. |
| 07/09/13 | M. Nickel | 0.40 | 183.20 | E-mail correspondence with plaintiffs' counsel regarding dismissal of Nesher and potential case resolution. |
| 07/10/13 | S. Rovak | 0.40 | 239.20 | Conference with CG Hintman regarding nature of settlement as to self insured retention and regarding allowed claim v. claim to which an objection is lodged. |
| 07/10/13 | S. Rovak | 0.30 | 179.40 | Review precise nature of offer to plaintiff. |
| 07/12/13 | S. Rovak | 0.30 | 179.40 | Review proposed bankruptcy motion. |
| 07/12/13 | S. Rovak | 0.20 | 119.60 | Preparation of memorandum to bankruptcy counsel. |
| 07/15/13 | S. Rovak | 0.40 | 239.20 | Conference with bankruptcy counsel and CG Hintman regarding settlement of Nesher matter and language for lift of stay. |
| 07/15/13 | S. Rovak | 0.20 | 119.60 | Review edited motion to lift automatic stay. |
| 07/18/13 | S. Rovak | 0.20 | 119.60 | Final edits to stipulation to lift automatic stay. |
| 07/18/13 | S. Rovak | 0.20 | 119.60 | Correspondence to client regarding contact with W. Dowd, attorney  for plaintiffs. |
| 07/18/13 | S. Rovak | 0.30 | 179.40 | Conference with W. Dowd to explain the nature of stipulation with respect to cap on Herndon claim and that Romero claim remains disputed. |

Maria Cristina Gonzalez Romero v KV/Ethex

August 8, 2013

Matter: 30000271-0135
Invoice No.: 1495812

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/26/13 | M. Nickel | 0.70 | 320.60 | Telephone conference with plaintiffs' counsel regarding case status and potential settlement. |
| Total Hours | | 4.70 | | |
| Fee Amount | | | | $2,558.60 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 2.90 | $1,734.20 |
| M. Nickel | $458.00 | 1.80 | $824.40 |
| Totals | | 4.70 | $2,558.60 |
| Fee Total | $ | 2,558.60 | |
| Invoice Total | $ | 2,558.60 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    August 8, 2013
2280 Schuetz Road
St. Louis, MO 63146                                          **Invoice No. 1495813**

Client/Matter: 30000271-0142

Makena Strategy                                          Payment Due Upon Receipt

---

Total This Invoice                                   $      39,575.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY                                        August 8, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                        **Invoice No. 1495813**
St. Louis, MO 63146

Client/Matter:   30000271-0142

Makena Strategy

---

For Professional Services Rendered through July 31, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/01/13 | M. Weller | 1.30 | 817.70 | Discussion with J. Gudeman on state follow-up (.2); craft targets for sterile injectable initiative (1.1). |
| 07/02/13 | M. Weller | 3.70 | 2,327.30 | Develop strategy plan on sterile injectable's and complete memo (3.1); discussion with B. McCollum on state request; follow-up with DJ. Gudeman, S. Goedeke on same (.6). |
| 07/02/13 | B. McCollum | 1.30 | 912.60 | Draft and send email to P. Christmas reporting on telephone conference with key government agency deputy (.30); review email report from government official following up on earlier meeting (.10); telephone conference with government official seeking clarification on information provided (.50); draft and send email to same official furnishing additional materials (.20); draft and send email to P. Christmas forwarding report and commenting on call (.20). |
| 07/03/13 | D. Gibb | 0.10 | 43.70 | Review the latest developments with regard to outreach to the Colorado AG. |
| 07/03/13 | M. Weller | 2.40 | 1,509.60 | Review articles on NABP and Iowa inspections, follow-up with J. Gudeman and B. McCollum on State outreach (.6); email to M. McGovern on summaries for six States (.4); prepare background materials for M. McGovern on state law summaries (1.1); follow-up emails with M. McGovern (.3). |
| 07/08/13 | D. Gibb | 0.10 | 43.70 | Review strategy for negotiating policy implementation details with the Colorado AG's office. |
| 07/08/13 | B. McCollum | 0.40 | 280.80 | Review email from P. Christmas regarding communication with government official (.20); draft and send response to same(.20). |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/08/13 | M. Weller | 1.30 | 817.70 | Review Texas Medicaid law and follow-up on state meeting work. |
| 07/09/13 | M. Weller | 1.40 | 880.60 | Review Pharmaceutical Safety Work Group materials(1.0); outreach on House Energy and Commerce Compounding hearing (.40). |
| 07/10/13 | M. Weller | 2.60 | 1,635.40 | Outreach on sterile injectable project to Mylan labs, Teva Pharmaceuticals, BD, and Hikma Pharmaceuticals (1.8); follow-up emails with Teva and P. Feldman, BD and R. Naples, Hikma and S. Moubaydeen (.8). |
| 07/11/13 | M. Weller | 2.80 | 1,761.20 | Outreach follow-up Teva and Hikma (.6); review HR 2186, Markey bill S. 959, Harkin bill, and Cong. Griffith discussion draft compounding bill (1.7); discussion with D. Gibb on state outreach; follow-up with P. Christmas and J. Gudeman regarding same (.5). |
| 07/11/13 | D. Gibb | 0.20 | 87.40 | Coordinate with T. Goddard and M. Weller regarding outreach to the AGs of Mississippi, Maryland and Kentucky. |
| 07/12/13 | M. Weller | 2.40 | 1,509.60 | Review Cong. Griffith draft compounding proposal (.9); outreach to House Energy & Commerce staff on "do not compound" provision and sterile injections (1.5). |
| 07/15/13 | B. McCollum | 0.40 | 280.80 | Review email from state official revisiting matter after recent visit and correspondence (.20); draft and send email to GC P. Christmas forwarding same (.20). |
| 07/15/13 | M. Weller | 1.00 | 629.00 | Emails with J. Gudeman on Texas; follow-up with M. McGovern regarding same (.5); review Texas HHSC hearing notice on HPC product; follow-up with P. Hall on same (.5). |
| 07/15/13 | M. McGovern | 1.20 | 405.60 | Research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year. |
| 07/15/13 | M. Hall | 1.00 | 624.00 | Confer with client regarding Texas status (.3); review file regarding status of Texas negotiations (.4); confer with local counsel regarding Texas hearing (.3). |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/16/13 | M. McGovern | 5.10 | 1,723.80 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year. |
| 07/16/13 | M. Weller | 6.00 | 3,774.00 | Discussion with M. McGovern on state research (.2); review Texas policy (.3); work on State meeting schedule (.2); outreach to companies on sterile injectable issue (.6); review House Energy and Commerce compounding testimony (.6); attend hearing, follow-up with Mylan labs (3.6); send G. Divis email on G. Bilirakis statement (.3); P. Hall call regarding Texas, outreach to J&J on injectable (.2). |
| 07/16/13 | M. Hall | 1.00 | 624.00 | Confer with local counsel regarding upcoming hearing on pricing of 17P in Texas, status to date of negotiations with Texas, and potential strategy going forward. |
| 07/17/13 | M. Hall | 1.60 | 998.40 | Confer with M. Weller regarding status and strategy for Texas (.8); confer with CG Hintmann regarding same (.5); communications with local and with company regarding strategy session for Texas (.3). |
| 07/17/13 | D. Gibb | 0.20 | 87.40 | Draft emails to B. McCollum and T. Goddard with specific instructions for outreach to state AGs in Maryland, Kentucky, Mississippi, Wisconsin and Nebraska. |
| 07/17/13 | M. Weller | 2.10 | 1,320.90 | Emails with G. Divis on House Energy and Commerce hearing (.2); prepare outreach to Bilirakis for V. Nelson (1.0); call with P. Hall regarding working group priorities and Texas issues (.7); call with M. McGovern regarding Texas research (.2). |
| 07/17/13 | M. McGovern | 3.60 | 1,216.80 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives, per M. Weller. |
| 07/18/13 | M. Weller | 0.70 | 440.30 | Hill meeting work, discuss Cong. Bilirakis with T. Wilson (.5); discuss Stale meetings with T. Goddard (.2). |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/18/13 | M. Hall | 0.50 | 312.00 | Confer with CG Hintmann regarding status in Texas and related strategy (.5). |
| 07/19/13 | M. Weller | 2.50 | 1,572.50 | Discuss with P. Hall and G. Gibb on Texas (.3); additional emails with D. Gibb and B. McCollum regarding same (.4); call with M. Crowe and P. Hall regarding next steps in Texas (.6); follow-up email with P. Christmas on Texas situation, discuss same with B. McCollum, send P. Hall information on Texas, emails with Cong. Bilirakis regarding G. Divis, P. Christmas meeting; follow-up with T. Wilson on same; follow-up with V. Nelson on Bilirakis (1.2). |
| 07/19/13 | D. Gibb | 0.30 | 131.10 | Email exchanges with M. Weller regarding Texas AG outreach and B. McCollum regarding Maryland, Texas, Mississippi, Kentucky and Wisconsin. |
| 07/19/13 | M. Hall | 1.00 | 624.00 | Confer with P. Christmas regarding status with Texas negotiations (.6); confer with M. Weller and local counsel regarding Texas negotiation strategy (.6). |
| 07/19/13 | B. McCollum | 0.50 | 351.00 | Review email from D. Gibb advising KV is engaging local counsel to try to resolve government matter we have been working on (.10); draft regarding and send email to M. Weller  to submit to government official as condition to setting a meeting and reviewing status (.30); review response (0.1). |
| 07/22/13 | G. Weinreich | 0.20 | 137.20 | Review emails regarding Part D conflicts of interest policy, consider same |
| 07/22/13 | M. Zolandz | 0.20 | 123.00 | Conduct LDA review. |
| 07/22/13 | M. Weller | 0.50 | 314.50 | Review conflict policy, discuss with T. Hutchison and send email to G. Divis (.3); follow-up with Cong. Belirakis' office (.2). |
| 07/22/13 | T. Hutchinson | 0.50 | 342.50 | Research Part D conflict of interest policies and comment to M. Weller (.40); follow-up call with M. Weller (.50). |
| 07/23/13 | M. Weller | 0.40 | 251.60 | Discussion with V. Nelson, Bilirakis, send email. |
| 07/25/13 | D. Gibb | 0.10 | 43.70 | Email exchange with T. Goddard regarding a potential meeting with Mississippi AG J. Hood. |
| 07/26/13 | M. Weller | 0.40 | 251.60 | Bilirakis meeting preparation. |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/26/13 | M. McGovern | 3.20 | 1,081.60 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives. |
| 07/28/13 | M. McGovern | 3.90 | 1,318.20 | Based on findings from Texas research, draft talking points and persuasive arguments with supporting documentation regarding state Medicaid coverage for Makena in preparation for AG meeting. |
| 07/29/13 | M. McGovern | 4.80 | 1,622.40 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives. |
| 07/29/13 | D. Gibb | 0.40 | 174.80 | Phone call with B. McCollum regarding state AG outreach efforts in Utah (.20); phone call with M. Weller regarding state AG outreach details, including with the Texas AG's office (.20). |
| 07/29/13 | M. Weller | 1.70 | 1,069.30 | Meeting with V. Nelson on Hill outreach (.5) follow-up with G. Divis on same, discuss outreach to Texas with D. Gibbs; prepare points for P. Christmas (1.2). |
| 07/30/13 | M. Weller | 5.60 | 3,522.40 | Review J. Gudeman slides; review G. Divis materials on Florida coverage for Bilirakis meting, exchange emails, meeting preparation (1.4); discussion with A. Hsieh on outreach materials for Sen. Alexander, review same for Bilirakis (.9); prepare background on Bilirakis meeting with V. Nelson, discuss strategy with J. Gudeman, P. Christmas, G. Divis; meeting with T. Power with Cong. Bilirakis; next steps discussion with P. Christmas (2.9); prepare follow-up on Texas, email with D. Gibbs on c17P information (.4). |
| 07/30/13 | D. Gibb | 0.10 | 43.70 | Participate in email exchange with M. Weller regarding the additional information on Texas pharmacies for the Texas AG. |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/31/13 | B. McCollum | 1.20 | 842.40 | Draft and send email to state official furnishing data requested (.50); draft and send email to P. Christmas reporting on conversation with state official as follow-up to in person meeting (.70). |
| 07/31/13 | M. Weller | 1.10 | 691.90 | Discuss Bilirakis follow-up with G. Divis, revise same (.6); research AEI testimony; prepare follow-up for T. Power with Cong. Bilirakis (.5). |

| | | | |
|---|---|---|---|
| Total Hours | | 73.00 | |
| Fee Amount | | | $39,573.70 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Weinreich | $686.00 | 0.20 | $137.20 |
| M. Hall | $624.00 | 5.10 | $3,182.40 |
| B. McCollum | $702.00 | 3.80 | $2,667.60 |
| M. Weller | $629.00 | 39.90 | $25,097.10 |
| M. Zolandz | $615.00 | 0.20 | $123.00 |
| D. Gibb | $437.00 | 1.50 | $655.50 |
| M. McGovern | $338.00 | 21.80 | $7,368.40 |
| T. Hutchinson | $685.00 | 0.50 | $342.50 |
| Totals | | 73.00 | $39,573.70 |

Makena Strategy

August 8, 2013

Matter: 30000271-0142
Invoice No.: 1495813

## DISBURSEMENT DETAIL

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| | Document reproduction | | 0.80 |
| | | SUBTOTAL | 0.80 |
| 7/3/2013 | Outside Professional Services - -     U.S. COURTS AO - PACER SERVICE CENTER PACER CHARGES 2ND QUARTER 2013 | | 1.20 |
| | | SUBTOTAL | 1.20 |
| | Total Disbursements | | $2.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 39,573.70 | |
| Disbursement Total | $ | 2.00 | |
| Invoice Total | $ | 39,575.70 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495814**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

Total This Invoice                                    $           1,674.40

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495814**

Client/Matter: 30000271-0149

Special Board Committee Representation

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 07/02/13 | S. Rovak | 1.00 | 598.00 | Review Motion to Cap Award (.30); comment on identity of "Corp Exec A" and termination date issues (.70). |
| 07/03/13 | S. Rovak | 0.80 | 478.40 | Review final motion documents in relevant part. |
| 07/23/13 | S. Rovak | 0.70 | 418.60 | Review document requests from Kirshner litigation and supporting materials, including portions of Hermelin deposition. |
| 07/26/13 | S. Rovak | 0.30 | 179.40 | Review issue of status report to Vice Chancellor in Delaware. |
| Total Hours | | 2.80 | | |
| Fee Amount | | | | $1,674.40 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Rovak | $598.00 | 2.80 | $1,674.40 |
| Totals | | 2.80 | $1,674.40 |

| | | |
|---|---|---|
| Fee Total | $ | 1,674.40 |
| Invoice Total | $ | 1,674.40 |

2

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495815**

Client/Matter: 30000271-0152

State Medicaid Actions

Payment Due Upon Receipt

Total This Invoice                                         $          32,440.05

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept: 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495815**

Client/Matter: 30000271-0152

State Medicaid Actions

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/1/13 | E. Shoudt | 1.00 | Review and finalize opposition to motion for protective order and edit exhibit list. |
| 7/1/13 | D. Marrocco | 3.30 | Revise and review finalized Response in Opposition to Motion for Protective Order in South Carolina (1.50); draft summary judgment arguments (1.20); review permanent injunction law in 4th Circuit (.60). |
| 7/2/13 | D. Marrocco | 0.50 | Review draft letter to South Carolina on discovery deficiencies. |
| 7/3/13 | D. Marrocco | 2.00 | Review South Carolina Medicaid depositions for purposes of summary judgment. |
| 7/8/13 | M. Hall | 3.00 | Continue review of pleadings in related cases (FDA and Securities case) to consider impact on state medicaid cases (1.5); review communications in SC case and filings related to discovery motions (1.5). |
| 7/9/13 | M. Hall | 0.50 | Confer with E. Shoudt and N. Mergo regarding status of SC case and new attorney at SCDHHS. |
| 7/10/13 | M. Hall | 0.70 | Review court notice regarding submission of summary judgment in GA case (.2); confer with local counsel regarding same (.2); confer with E. Shoudt regarding discovery strategy in SC (.3). |
| 7/11/13 | M. Hall | 1.40 | Review reply brief in support of motion to quash deposition in SC case (.5); confer with E. Shoudt and N. Mergo regarding sur-reply(.5); confer with client regarding strategy for response in SC case (.4). |
| 7/11/13 | D. Marrocco | 1.00 | Review South Carolina response to opposition to motion for protective order and related correspondence. |
| 7/11/13 | E. Shoudt | 2.00 | Draft Motion for Leave to File Sur-Reply in Opposition to Motion for Protective Order. |
| 7/11/13 | E. Shoudt | 0.80 | Review Opposition to Motion for Protective Order (.4); telephone all with local counsel regarding same (.2); email team with strategy for sur-reply (.2). |

State Medicaid Actions

August 8, 2013

Matter: 30000271-0152
Invoice No.: 1495815

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/12/13 | M. Hall | 0.80 | Review draft sur-reply motion and confer with E. Shoudt regarding same in SC case. |
| 7/12/13 | E. Shoudt | 1.20 | Edit Motion for Leave to File Sur-Reply (1.0); draft proposed order; discuss filing same with local counsel (.20). |
| 7/12/13 | D. Marrocco | 1.30 | Review correspondence on status of Georgia and South Carolina matters (0.50); review and revise surreply (0.80). |
| 7/15/13 | M. Hall | 0.90 | Review court order granting sur-reply in SC case (.2); communications with client regarding same (.3); confer with D. Marrocco and E. Shoudt regarding status of SC case (.4). |
| 7/16/13 | D. Marrocco | 1.30 | Review South Carolina discovery record and update South Carolina summary judgment law. |
| 7/18/13 | M. Hall | 0.70 | Confer with R. Hunter regarding research for SC motion for summary judgment (.5); confer with D. Marrocco regarding same (.2). |
| 7/18/13 | R. Hunter | 3.70 | Conference with P. Hall (.5); review Motions in SC case (3.2) |
| 7/19/13 | R. Hunter | 2.10 | Review Documents (.4); conduct Legal Research relating to SC Summary Judgment(1.7). |
| 7/19/13 | D. Marrocco | 1.70 | Review Complaint filed in Texas regarding NECC (0.50); review South Carolina CMO deposition (1.20). |
| 7/22/13 | M. Hall | 0.50 | Confer with E. Shoudt regarding third-party production in South Carolina. |
| 7/22/13 | R. Hunter | 4.00 | Conduct Legal Research for M. Hall  (4.0). |
| 7/23/13 | R. Hunter | 6.00 | Conduct Legal Research for M. Hall (6.0) |
| 7/23/13 | M. Hall | 1.10 | Confer with SC counsel and E. Shoudt regarding Court's requirement of filing a separate sur-reply brief (.7); direct strategy regarding MCO supplemental discovery (.4). |
| 7/23/13 | E. Shoudt | 0.50 | Draft Sur-Reply Memo in Opposition to Motion for Protective Order per Judge Anderson's request. |
| 7/24/13 | M. Hall | 3.60 | Review and revise sur-reply brief in SC case and confer with E. Shoudt regarding strategy (1.0); review third-party discovery in SC case (2.1); review research summary for use in SC summary judgment motion (.5). |
| 7/24/13 | R. Hunter | 1.90 | Conduct Legal Research for SC Summary Judgment (1.6); email to P. Hall regarding same (.3). |
| 7/25/13 | M. Hall | 1.80 | Review opinion sent by CG Hintmann regarding recent decision and status of FDA suit (.8); review information sent by P. Christmas regarding compounded drug issues (1.0). |

State Medicaid Actions

August 8, 2013

Matter: 30000271-0152
Invoice No.: 1495815

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/26/13 | R. Hunter | 3.00 | Draft Memorandum; regarding Case Update for SC Summary Judgment (3.0). |
| 7/26/13 | M. Hall | 0.40 | Confer with E. Shoudt regarding status of SC case and strategy. |
| 7/26/13 | D. Marrocco | 0.40 | Review updated research on South Carolina issues including Supremacy and preemption. |
| 7/29/13 | M. Hall | 2.90 | Review court orders regarding deposition dates and scheduling order in SC case (.5); confer with client and local counsel regarding same and regarding strategy going forward (.9); review background of compounder insurance case (.4); confer with D. Brasher regarding monitoring of compounder insurance coverage case for background information and status of same (.8); review follow up information received from Mr. Brasher (.3). |
| 7/29/13 | D. Marrocco | 0.70 | Review order of Keck deposition and revised scheduling order. |
| 7/29/13 | R. Hunter | 5.90 | Conduct Legal Research (2.0); Draft Memorandum (3.9) |
| 7/29/13 | D. Brasher | 0.70 | Review pleadings and news reports from related cases involving Harvard Pilgrim's decision to stop covering compounded medications. |
| 7/29/13 | J. Hanson | 0.70 | Review deposition transcripts and exhibits and update deposition files (.40); review emails and correspondence (.20); import files to local drive (.10). |
| 7/30/13 | D. Brasher | 0.60 | Review pleadings and news reports from related cases involving Harvard Pilgrim's decision to stop covering compounded medications (.20); draft and send summary of same (.40). |
| 7/30/13 | R. Hunter | 5.90 | Conduct legal research dor SC Summary Judment (2.0); draft Memorandum regarding same (3.9) |
| 7/30/13 | M. Hall | 1.40 | Confer with D. Brasher regarding hearing in compounder suit and strategy regarding same (.5); confer with client regarding hearing and coverage of same (.4); review information regarding compounder cases (.5).. |
| 7/31/13 | M. Hall | 1.40 | Confer with local counsel regarding deposition scheduling in SC case (.6); review report on compounder insurance cases and confer with client regarding same (.8). |

| Total Hours | | 73.30 | |
| Fee Amount | | | $32,146.35 |

State Medicaid Actions

August 8, 2013

Matter: 30000271-0152
Invoice No.: 1495815

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 21.10 | $13,166.40 |
| D. Marrocco | $575.00 | 12.20 | $7,015.00 |
| E. Shoudt | $516.00 | 5.50 | $2,838.00 |
| D. Brasher | $458.00 | 1.30 | $595.40 |
| R. Hunter | $256.50 | 32.50 | $8,336.25 |
| J. Hanson | $279.00 | 0.70 | $195.30 |
| Totals | | 73.30 | $32,146.35 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 7/3/2013 | Outside Professional Services - -      U.S. COURTS AO - PACER SERVICE CENTER PACER CHARGES 2ND QUARTER 2013 | | 293.70 |
| | | SUBTOTAL | 293.70 |
| | Total Disbursements | | $293.70 |

| | | |
|---|---|---|
| Fee Total | $ | 32,146.35 |
| Disbursement Total | $ | 293.70 |
| Invoice Total | $ | 32,440.05 |

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495816**

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery

Payment Due Upon Receipt

Total This Invoice                                                    $          4,590.05

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
Dentons US LLP                                              Dentons US LLP
Dept. 7247-6670                    OR                   Attention: Accounting
Philadelphia, PA 19170-6670                            233 South Wacker Drive
                                                                   Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

DENTONS

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495816**

Client/Matter:  30000271-0153

Bankruptcy 2004 Motion and Discovery

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/09/13 | M. Hall | 0.80 | 499.20 | Confer with D. Brasher regarding case status (.3); review recent bankruptcy filings regarding timing of plan approval (.5). |
| 07/10/13 | M. Hall | 0.40 | 249.60 | Confer with D. Brasher and P. Christmas regarding status of 2004 action and of negotiations with Alere and Pharmerica. |
| 07/10/13 | K. Cox | 4.80 | 1,231.20 | Reviewed research for presenting findings to D. Brasher. |
| 07/10/13 | D. Brasher | 0.10 | 45.80 | Review correspondence with P. Hall and Mr. Christmas regarding status of negotiations. |
| 07/11/13 | D. Brasher | 2.70 | 1,236.60 | Discuss results of research on theory of liability and validity of possible defense with K. Cox (0.3).  Review cases regarding same (2.4). |
| 07/11/13 | K. Cox | 2.50 | 641.25 | Follow-up research (1.70); present findings to D. Brasher (.30); organized requested cases (.50). |
| 07/15/13 | M. Hall | 0.50 | 312.00 | Confer with D. Brasher regarding status of negotiations with Alere and Pharmerica and strategy relating to same. |
| 07/29/13 | M. Hall | 0.60 | 374.40 | Confer with D. Brasher and P. Christmas regarding status of negotiations with Alere and Pharmerica. |

Total Hours                          12.40

Fee Amount                                                          $4,590.05

Bankruptcy 2004 Motion and Discovery

August 8, 2013

Matter: 30000271-0153
Invoice No.: 1495816

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 2.30 | $1,435.20 |
| D. Brasher | $458.00 | 2.80 | $1,282.40 |
| K. Cox | $256.50 | 7.30 | $1,872.45 |
| Totals | | 12.40 | $4,590.05 |

Fee Total                    $      4,590.05

Invoice Total              $      4,590.05

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495817**

Client/Matter: 30000271-0155

Texas AWP Litigation

Payment Due Upon Receipt

Total This Invoice                                    $            665.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

August 8, 2013

**Invoice No. 1495817**

Client/Matter:   30000271-0155

Texas AWP Litigation

For Professional Services Rendered through July 31, 2013:

| **Date** | **Timekeeper** | **Hours** | **Narrative** |
|---|---|---|---|
| 7/25/13 | C. Moore | 0.50 | Review e-mails regarding finalizing settlements (.30); review various bankruptcy filings (.20). |
| 7/25/13 | M. Hall | 0.50 | Review communications regarding settlement of Florida AWP matter. |
| Total Hours | | 1.00 | |
| Fee Amount | | | $665.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Moore | $707.00 | 0.50 | $353.50 |
| M. Hall | $624.00 | 0.50 | $312.00 |
| Totals | | 1.00 | $665.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 665.50 | |
| Invoice Total | $ | 665.50 | |

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495818**

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

Payment Due Upon Receipt

Total This Invoice                                          $          5,205.30

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

August 8, 2013

**Invoice No. 1495818**

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

For Professional Services Rendered through July 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/16/13 | S. Rodriguez | 0.70 | 396.90 | Review bankruptcy order regarding status of Chapter 11 plan (.3); confer with T. Armstrong regarding effect of Chapter 11 plan on case status (.2); send email to A. Sorkin regarding payout procedures under proposed plan (.2). |
| 07/17/13 | S. Rodriguez | 0.20 | 113.40 | Confer with T. Armstrong regarding upcoming joint status report due to court. |
| 07/18/13 | S. Rodriguez | 1.10 | 623.70 | Telephone conference with T. Armstrong regarding status of bankruptcy, effect on case deadlines, and information to be conveyed to opposing counsel (.5); forward Order to T. Armstrong with explanation (.2); review email update memorandum to H. Prater re contents of settlement offer to opposing counsel (.2); discuss settlement offer with H. Prater (2.). |
| 07/19/13 | S. Rodriguez | 0.80 | 453.60 | Review amended Chapter 11 plan and disclosure statement filed on July 10 and forward same to local counsel (.3); review and revise draft letter containing settlement offer to opposing counsel (.3); draft email to C. Hintmann regarding settlement offer (.2). |
| 07/20/13 | S. Rodriguez | 0.10 | 56.70 | Review email response from C. Hintmann regarding settlement offer letter. |
| 07/22/13 | S. Rodriguez | 0.20 | 113.40 | Communicate with T. Armstrong regarding draft letter to opposing counsel. |
| 07/23/13 | S. Rodriguez | 0.80 | 453.60 | Conferences with T. Armstrong regarding draft settlement offer (.4); confer with A. Sorkin regarding same and review his proposed revisions to letter (.3); review email response from C. Hintmann regarding additional edits (.1). |

Lanny & Angela Jones v KV Pharmaceuticals

August 8, 2013

Matter: 30000271-2000
Invoice No.: 1495818

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/24/13 | S. Rodriguez | 1.30 | 737.10 | Confer with T. Armstrong regarding draft settlement offer (.2); review revisions by H. Prater and forward to C. Hintmann (.3); review response by C. Hintmann and A. Sorkin regarding revisions to letter (.2); review additional revisions (.2); review and revise draft joint status report (.4). |
| 07/25/13 | S. Rodriguez | 0.40 | 226.80 | Review final draft of letter to opposing counsel (.2); review revised joint status report (.2). |
| 07/26/13 | S. Rodriguez | 0.80 | 453.60 | Revise draft joint status report (.4); confer with C. Hintmann regarding same (.2); confer with T. Armstrong regarding revisions (.2). |
| 07/29/13 | S. Rodriguez | 1.10 | 623.70 | Review and provide comments and advice regarding plaintiffs' proposed changes to Joint Status Report filing (.4); confer with A. Sorkin and C. Hintmann regarding same (.3); review portions of Chapter 11 plan regarding plaintiffs' requested changes (.2); approve final Joint Status Report filing (.2) |
| 07/30/13 | S. Rodriguez | 0.80 | 453.60 | Communicate with T. Armstrong regarding plaintiffs' questions regarding insurance coverage in connection with Chapter 11 plan (.3); confer with A. Sorkin and C. Hintmann regarding same (.3); review Order from Court regarding next status conference and filing (.2); forward information to C. Hintmann. |
| 07/30/13 | M. Hall | 0.80 | 499.20 | Review Court order regarding status report (.3); confer with S. Rodriguez regarding settlement strategy and plaintiff's response to date (.5). |

| | | | |
|---|---|---|---|
| Total Hours | | 9.10 | |
| Fee Amount | | | $5,205.30 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 0.80 | $499.20 |
| S. Rodriguez | $567.00 | 8.30 | $4,706.10 |
| Totals | | 5,205.30 | $5,205.30 |

3

Lanny & Angela Jones v KV Pharmaceuticals

August 8, 2013

Matter: 30000271-2000
Invoice No.: 1495818

|  |  |  |
|---|---|---|
| Fee Total | $ | 5,205.30 |
| Invoice Total | $ | 5,205.30 |

# EXHIBIT D – PART 2

## DENTONS US LLP'S MONTHLY INVOICE FOR THE MONTH OF AUGUST 2013

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

September 16, 2013

**Invoice No. 1505148**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

---

Total This Invoice                    $        2,454.14

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

September 16, 2013

**Invoice No. 1505148**

Client/Matter:  30000271-0005

GENERAL

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/05/13 | R. Richards | 0.20 | 133.80 | Emails regarding fee app and fee app hearing. |
| 08/07/13 | G. Medina | 1.00 | 286.00 | Worked on KV Third Interim Fee Application. |
| 08/19/13 | O. Pinkas | 0.20 | 114.40 | Attention to scheduling of interim fee application deadline and hearing. |
| 08/19/13 | D. Pina | 2.80 | 800.80 | Analyze invoices for the month of July 2013 and summarize fees by professional (1.4), by project category (.6);  and summarize expenses (.5);  draft monthly fee statement (.3). |
| 08/20/13 | D. Pina | 3.60 | 1,029.60 | Analyze corrected invoice and revise summary fees by professional (1.1), by project category (.3);  and summarize expenses (.3);  revise and finalize monthly fee statement (.9);  file, serve and distribute July 2013 Monthly Fee Statement (1.). |

| | | | |
|---|---|---|---|
| Total Hours | 7.80 | | |
| Fee Amount | | | $2,364.60 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Richards | $669.00 | 0.20 | $133.80 |
| O. Pinkas | $572.00 | 0.20 | $114.40 |
| D. Pina | $286.00 | 6.40 | $1,830.40 |
| G. Medina | $286.00 | 1.00 | $286.00 |
| Totals | | 7.80 | $2,364.60 |

GENERAL

September 16, 2013

Matter: 30000271-0005
Invoice No.: 1505148

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 7/18/2013 | Delivery FedEx Airbill #796264478651 07/18/13 Delivery to 767 5th Ave, NEW YORK CITY, NY | 10.02 |
| 7/18/2013 | Delivery FedEx Airbill #796264145423 07/18/13 Delivery to 180 Maiden Ln, NEW YORK CITY, NY | 10.02 |
| 7/18/2013 | Delivery FedEx Airbill #796264161187 07/18/13 Delivery to 201 VARICK ST STE 1006, NEW YORK CITY, NY | 18.52 |
| 7/18/2013 | Delivery FedEx Airbill #796264174441 07/18/13 Delivery to 787 7th Ave, NEW YORK, NY | 10.02 |
| 7/18/2013 | Delivery FedEx Airbill #796264224932 07/18/13 Delivery to 16640 CHESTERFIELD GROVE, CHESTERFIELD, MO | 21.76 |
| | SUBTOTAL | 70.34 |
| | Document reproduction | 19.20 |
| | SUBTOTAL | 19.20 |
| | Total Disbursements | $89.54 |

| | | |
|---|---|---|
| Fee Total | $ | 2,364.60 |
| Disbursement Total | $ | 89.54 |
| Invoice Total | $ | 2,454.14 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

salans.com SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                        September 16, 2013
2280 Schuetz Road
St. Louis, MO 63146                                                **Invoice No. 1505150**

  Client/Matter: 30000271-0134

ETHEX Boston Qui Tam Litigation                                    Payment Due Upon Receipt

---

Total This Invoice                                        $         6,063.90

Please return this page with your payment

In the case of mail deliveries to:                     In the case of overnight deliveries to:
Dentons US LLP                                                  Dentons US LLP
Dept. 7247-6670                          OR                 Attention: Accounting
Philadelphia, PA 19170-6670                             233 South Wacker Drive
                                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

September 16, 2013

**Invoice No. 1505150**

Client/Matter:   30000271-0134

ETHEX Boston Qui Tam Litigation

---

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/08/13 | S. Cenawood | 1.20 | 836.40 | E-mails with P. Christmas and R. Spigel. (0.5); review terms of tentative agreement with government regarding compromise of government claims.  (0.3); follow-up regarding manner in which to memorialize agreement and impact on bankruptcy proceedings  (0.4). |
| 08/09/13 | S. Cenawood | 1.30 | 906.10 | E-mails with P. Christmas and R. Spigel (0.4); conference call with P. Christmas, R. Spigel and AUSA Byars (0.5); follow-up regarding settlement agreement and impact on bankruptcy proceedings (0.4). |
| 08/12/13 | S. Cenawood | 0.30 | 209.10 | Follow-up regarding settlement agreement and impact on bankruptcy proceedings. |
| 08/13/13 | S. Cenawood | 0.40 | 278.80 | Follow-up regarding settlement of government claims. |
| 08/14/13 | S. Cenawood | 0.80 | 557.60 | Reviewed draft stipulation of settlement (0.4); e-mails with P. Christmas, R. Spigel. (0.2); follow-up regarding settlement  (0.2). |
| 08/15/13 | S. Cenawood | 0.80 | 557.60 | Revised settlement stipulation and sent to government  (0.3); e-mails with P. Christmas, R. Spigel and AUSA Byars (0.3); follow-up regarding settlement agreement (0.2). |
| 08/16/13 | S. Cenawood | 0.30 | 209.10 | Follow-up regarding settlement with government. |
| 08/19/13 | S. Cenawood | 1.10 | 766.70 | Prepare for call with government attorney (0.4); review latest redline version of proposed settlement stipulation and areas of likely concern to government (0.3); conference call with AUSA Byars, P. Christmas, R. Spigel (0.2); follow-up regarding settlement with government (0.2). |

ETHEX Boston Qui Tam Litigation

September 16, 2013

Matter: 30000271-0134
Invoice No.: 1505150

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/20/13 | S. Cenawood | 0.90 | 627.30 | Review government comments in response to latest version of settlement agreement and new redlined draft (0.4); provide comments regarding latest version of settlement stipulation (0.3); e-mails with P. Christmas, R. Spigel (0.2). |
| 08/21/13 | S. Cenawood | 0.80 | 557.60 | E-mails with P. Christmas, R. Spigel (0.3); additional follow-up regarding proposed settlement stipulation and negotiations re terms/language (0.5). |
| 08/26/13 | S. Cenawood | 0.60 | 418.20 | Follow-up re language in proposed stipulation settling government claims (0.3); e-mails with P. Christmas, R. Spigel (0.3). |
| 08/27/13 | S. Cenawood | 0.20 | 139.40 | Follow-up regarding stipulation of settlement. |
| Total Hours | | 8.70 | | |
| Fee Amount | | | | $6,063.90 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Cenawood | $697.00 | 8.70 | $6,063.90 |
| Totals | | 8.70 | $6,063.90 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 6,063.90 |
| Invoice Total | $ | 6,063.90 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                        September 16, 2013
2280 Schuetz Road
St. Louis, MO 63146                                                   **Invoice No. 1505153**
BRIDGETON, MO 63044
USA

  Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex                      Payment Due Upon Receipt

---

Total This Invoice                                            $        5,107.40

Please return this page with your payment

In the case of mail deliveries to:                 In the case of overnight deliveries to:
Dentons US LLP                                              Dentons US LLP
Dept. 7247-6670                          OR           Attention: Accounting
Philadelphia, PA 19170-6670                          233 South Wacker Drive
                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY                                        September 16, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                                **Invoice No. 1505153**
St. Louis, MO 63146
BRIDGETON, MO 63044
USA

Client/Matter:   30000271-0135

Maria Cristina Gonzalez Romero v KV/Ethex

_____

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/05/13 | S. Rovak | 0.20 | 119.60 | Contact plaintiffs counsel regarding status of settlement with Nesher. |
| 08/05/13 | M. Nickel | 0.30 | 137.40 | E-mail correspondence with S. Rovak regarding Nesher dismissal and potential issues with plaintiffs' counsel. |
| 08/14/13 | S. Rovak | 1.00 | 598.00 | Review contact from J. Driscoll reneging on settlement vis a vis Nesher and began review of possible motion to enforce settlement and various bankruptcy alternatives. |
| 08/14/13 | M. Nickel | 0.60 | 274.80 | Telephone conference with plaintiff's counsel regarding dismissal of Nesher. |
| 08/19/13 | S. Rovak | 0.20 | 119.60 | Conference with CG Hintmann regarding plaintiffs' refusal to honor settlement. |
| 08/19/13 | S. Rovak | 2.20 | 1,315.60 | Began motion to compel settlement, continued edit reply brief on Nesher's behalf, and began medical review to include expert search for Romero claim on the merits. |
| 08/20/13 | M. Nickel | 0.30 | 137.40 | E-mail correspondence with S. Rovak and client regarding discovery and causation issues. |
| 08/21/13 | S. Rovak | 0.50 | 299.00 | Research 18 USC Section 157 on removal of case to USDC. |
| 08/21/13 | S. Rovak | 1.10 | 657.80 | Continued editing reply brief. |
| 08/21/13 | S. Rovak | 0.40 | 239.20 | Correspondence to Wilkie Farr regarding procedures to object to claim and preserve case in federal system. |
| 08/22/13 | S. Rovak | 1.10 | 657.80 | Continue work on reply brief and research on ability to object to claim and avoid lift stay motion. |

Maria Cristina Gonzalez Romero v KV/Ethex

September 16, 2013

Matter: 30000271-0135
Invoice No.: 1505153

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/26/13 | S. Rovak | 0.20 | 119.60 | Conference with J. Driscoll regarding settlement of matter. |
| 08/26/13 | S. Rovak | 0.20 | 119.60 | Conference with client. |
| 08/29/13 | M. Hall | 0.50 | 312.00 | Review setting and court announcements and confer with local counsel regarding same. |
| Total Hours | | 8.80 | | |
| Fee Amount | | | | $5,107.40 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 0.50 | $312.00 |
| S. Rovak | $598.00 | 7.10 | $4,245.80 |
| M. Nickel | $458.00 | 1.20 | $549.60 |
| Totals | | 8.80 | $5,107.40 |

Fee Total           $      5,107.40

Invoice Total       $      5,107.40

**DENTONS**

Dentons US LLP    salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                      September 16, 2013
2280 Schuetz Road
St. Louis, MO 63146                                              **Invoice No. 1505155**

Client/Matter: 30000271-0142

Makena Strategy                                              Payment Due Upon Receipt

---

Total This Invoice                                              $        44,162.97

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

September 16, 2013

**Invoice No. 1505155**

Client/Matter:   30000271-0142

Makena Strategy

_____

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/24/13 | V. Nelson | 1.00 | 345.00 | Meeting arrangement for KV CEO with Rep. Bilirakis. |
| 07/30/13 | V. Nelson | 3.00 | 1,035.00 | Prepare clients and attend Rep. Gus Bilirakis meeting with KV Pharmaceutical. |
| 08/01/13 | M. Weller | 3.00 | 1,887.00 | Discussion with P. Hall and B. McCollum regarding state response (.3), follow-up on Bilirakis document, discuss state follow-up with B. McCollum and P. Christmas, send email to V. Nelson, Bilirakis follow-up (1.9), discussion with D. Gibb and B. McCollum on next steps with state outreach (.5); review targets and state status with D. Gibb (.3). |
| 08/01/13 | D. Gibb | 0.40 | 174.80 | Phone call with T. Goddard regarding AG meetings in Maryland and Mississippi (.20); review the status of the potential litigation in Utah (.10); draft email to T. Goddard regarding AG outreach plans (.10). |
| 08/01/13 | T. Goddard | 0.50 | 308.25 | Telephone conference with D. Gibb regarding meeting with Mississippi Attorney General on KV Pharmaceutical. |
| 08/02/13 | M. Weller | 1.20 | 754.80 | Discussion with D. Lee on AG follow-up (.3); email with G. Divis on next steps with states; email with P. Christmas, G. Divis and J. Gudeman on same; discussion with M. McGovern on talking points for target states (.9). |
| 08/05/13 | M. McGovern | 5.30 | 1,791.40 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives. |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/06/13 | M. McGovern | 4.40 | 1,487.20 | Based on findings from Kansas research, draft talking points and persuasive arguments with supporting documentation regarding state Medicaid coverage for Makena in preparation for AG meeting. |
| 08/07/13 | D. Gibb | 0.20 | 87.40 | Email exchange with T. Goddard and phone call with B. McCollum regarding state AG outreach activity. |
| 08/10/13 | G. Weinreich | 1.60 | 1,097.60 | Review Pharmerica complaint; analyze same with S. Cenawood; teleconferences G. Divis. |
| 08/12/13 | R. Fayed | 0.50 | 291.00 | Prepare and participate in conference to discuss Pharmerica litigation and strategic considerations related to same. |
| 08/12/13 | M. Weller | 3.50 | 2,201.50 | Review press regarding Texas compounding deaths(.3); follow-up with M. McGovern on state research (.3); discussion with D. Gibb on Texas compounding pharmacy recalls (.2); prepare summary of state research and discuss with D. Gibb. |
| 08/12/13 | D. Gibb | 0.10 | 43.70 | Participate in email exchange with B. McCollum regarding the Texas compounding developments. |
| 08/12/13 | M. Hamelburg | 0.50 | 289.00 | Meeting with G. Weinreich, C. Janney and R. Fayed regarding potential litigation strategy issue. |
| 08/12/13 | G. Weinreich | 0.60 | 411.60 | Discussions with team about MDRP issue; notes to file. |
| 08/12/13 | C. Janney | 0.50 | 308.00 | Meeting with G. Weinreich and S. Cenawood to discuss potential fraud and abuse matter. |
| 08/13/13 | D. Gibb | 0.10 | 43.70 | Email exchange with M. Weller regarding AG outreach efforts. |
| 08/13/13 | M. Weller | 1.60 | 1,006.40 | Complete draft state update, discuss with D. Gibb (.8); review articles, send email regarding prospects for Senate passage of compounding legislation (.3) follow-up with J. Gudeman on targets, research Louisiana (.5). |
| 08/13/13 | M. Hall | 0.30 | 187.20 | Confer with client regarding response to Texas proposal for Makena and compounded 17P pricing. |
| 08/13/13 | C. Moore | 0.50 | 353.50 | Review status and strategy with P. Hall. |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/14/13 | M. Weller | 1.30 | 817.70 | Work on state outreach in target states. |
| 08/14/13 | T. Goddard | 0.50 | 308.25 | Telephone conference with G. Morgan, Mississippi Chief Deputy, regarding corresponding pharmacies and KV Pharmaceutical. |
| 08/15/13 | D. Gibb | 0.30 | 131.10 | Participate in email exchanges with M. Weller and T. Goddard regarding AG outreach efforts. |
| 08/15/13 | M. Weller | 1.90 | 1,195.10 | State follow-up with T. Goddard and D. Gibb (.3); discuss state update with T. Goddard, complete and send update on MS (1.1); send state update (.5). |
| 08/16/13 | M. Weller | 2.80 | 1,761.20 | Discussion with B. McCollum on state meetings (.3); discussion with M. McGovern on state research, draft P. Christmas, J. Gudeman email on same (.4); draft letter to J. Greenwald with Business Insurance re physician liability (1.5) send follow up to Business Insurance newspapers, outreach to M. Randell on physician liability; follow up with P. Hand on Texas research (.6). |
| 08/16/13 | B. McCollum | 1.30 | 912.60 | Review and respond to email from M. Weller regarding news piece and state agency (.30); draft and send email to P. Christmas regarding approach strategy to state agency and suggesting conference call (.40);review and respond to reply from P. Christmas (.30); call and follow-up email regarding scheduling conference call (.30). |
| 08/17/13 | B. McCollum | 0.30 | 210.60 | Review email from M. Weller regarding approach to state official and draft response. |
| 08/18/13 | B. McCollum | 0.50 | 351.00 | Draft and send email to state official regarding meeting. |
| 08/19/13 | M. Weller | 1.80 | 1,132.20 | Review Public Citizens materials on Specialty compounding (.7); discuss state meeting schedule with T. Wilson, D. Gibb (.10); follow-up with T. Goddard on specific states (.10); review lobbying submissions on compounding bill (.90). |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/20/13 | M. Weller | 3.20 | 2,012.80 | Review status of compounding legislation (.3); research state Medicaid policy in Texas and Kentucky (1.5); research coverage in Kentucky (.9); review amendments to Senate compounding legislation (.5). |
| 08/21/13 | M. Weller | 4.10 | 2,578.90 | Review state Medicaid agreements and access to FDA products (1.3); call preparation and call with J. Gudeman, P. Christmas and B. McCollum regarding state follow-up (.8); begin draft outline of state letter (.5); conduct follow-up calls on sterile injectable issue with Mylan labs and Becton Dickinson (1.5). |
| 08/21/13 | B. McCollum | 2.30 | 1,614.60 | Telephone conference with a state official (.50); telephone conference with P. Christmas, J. Gudeman and M. Weller preparing for call with another state official (.50); review emails and material sent by P. Christmas for prep for call with second state official (.20); telephone conference with second state official (.50); draft and send email to P. Christmas, J. Gudeman and M. Weller reporting on the call with the second state official and making recommendations (.60). |
| 08/22/13 | D. Gibb | 0.10 | 43.70 | Communicate with T. Goddard and M. Weller regarding specific outreach to state attorneys general. |
| 08/22/13 | M. Weller | 3.70 | 2,327.30 | Review action items from Arizona meeting (1.5); research state Board of Pharmacy statements on HCP including New Mexico, Kentucky, Colorado and Iowa (1.7); review House and Senate compounding legislation developments (.5). |
| 08/23/13 | M. Weller | 1.00 | 629.00 | Review emails on Utah situation; follow-up with J. Gudeman on same. |
| 08/26/13 | M. Weller | 5.30 | 3,333.70 | Review email on state Medicaid policy vis-a-vis Makena and HPC (1.2); outreach to Hikma regarding compounding coalition (.8); work on updates for states; prepare follow-up with J. Gudeman and B. McCollum for state response, outreach to P. Christmas and S. Sellers regarding June meeting (3.3). |
| 08/27/13 | M. Weller | 0.50 | 314.50 | Calls regarding compounding coalition. |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/28/13 | M. Weller | 4.80 | 3,019.20 | Check with D. Lee on status of state meeting (.3); research Wisconsin Medicaid policy and November 2011 health Bulletin (1.3); research Medicaid policy in Mississippi and Indiana (2.5); outreach on Sterile injection coalition (.7). |
| 08/28/13 | A. Schneider | 3.50 | 1,137.50 | Research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives, per M. McGovern. |
| 08/28/13 | B. McCollum | 0.30 | 210.60 | Telephone conference with state official. |
| 08/29/13 | B. McCollum | 1.50 | 1,053.00 | Draft and send detailed email to state official (1.10); draft and send email to P. Christmas, J. Gudeman and M. Weller regarding email to state official and discussing related items (.40). |
| 08/29/13 | A. Schneider | 1.00 | 325.00 | Research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives, per M. McGovern. |
| 08/29/13 | T. Goddard | 1.00 | 616.50 | Telephone conference and request for appointment from Maryland Attorney General's office (.40); review correspondence and prepare e-mail (.60). |
| 08/29/13 | M. Weller | 2.40 | 1,509.60 | Work with B. McCollum on Utah letter (1.1); research PA and IL and state Medicaid policy as examples of change (.8); review outlook on compounding legislation. |
| 08/30/13 | M. Weller | 1.10 | 691.90 | Review Cong. Griffith compounding legislation; follow-up on "do not compound" issue. |
| 08/30/13 | A. Schneider | 0.90 | 292.50 | Research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each state over the past year in preparation for meetings with various state representatives, per M. McGovern. |
| 08/30/13 | B. McCollum | 0.50 | 351.00 | Telephone conference with state official (0.3); review and respond to email from P. Christmas regarding scheduling matters with state officials (0.2). |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

Total Hours                          76.70

Fee Amount                                                              $42,985.10

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Moore | $707.00 | 0.50 | $353.50 |
| G. Weinreich | $686.00 | 2.20 | $1,509.20 |
| M. Hall | $624.00 | 0.30 | $187.20 |
| B. McCollum | $702.00 | 6.70 | $4,703.40 |
| C. Janney | $616.00 | 0.50 | $308.00 |
| M. Weller | $629.00 | 43.20 | $27,172.80 |
| R. Fayed | $582.00 | 0.50 | $291.00 |
| M. Hamelburg | $578.00 | 0.50 | $289.00 |
| D. Gibb | $437.00 | 1.20 | $524.40 |
| A. Schneider | $325.00 | 5.40 | $1,755.00 |
| M. McGovern | $338.00 | 9.70 | $3,278.60 |
| V. Nelson | $345.00 | 4.00 | $1,380.00 |
| T. Goddard | $616.50 | 2.00 | $1,233.00 |
| Totals | | 76.70 | $42,985.10 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/23/2013 | Airfare IRA WILLIAM  MCCOLLUM MEETING WITH GOVERNMENT OFFICIAL IN PHOENIX | | 342.90 |
| 6/25/2013 | Airfare IRA WILLIAM  MCCOLLUM MEETING WITH GOVERNMENT OFFICIAL IN PHOENIX | | 306.00 |
| | | SUBTOTAL | 648.90 |
| | Document reproduction | | 4.80 |
| | | SUBTOTAL | 4.80 |
| 7/30/2013 | Ground Transportation MARK W WELLER TAXI TO HILL/BILIRAKIS MEETING | | 12.00 |

Makena Strategy

September 16, 2013

Matter: 30000271-0142
Invoice No.: 1505155

| Date | Description | | Amount |
|------|-------------|------|--------|
| 7/30/2013 | Ground Transportation MARK W WELLER TAXI RETURN TO DENTONS/BILIRAKIS MEETING | | 15.00 |
| 7/16/2013 | Ground Transportation MARK W WELLER TAXI TO RAYBURN HOB HEARING | | 12.00 |
| 7/16/2013 | Ground Transportation MARK W WELLER TAXI TO DENTONS FROM RAYBURN HEARING | | 15.00 |
| 6/25/2013 | Ground Transportation IRA WILLIAM  MCCOLLUM MEETING WITH AG | | 120.66 |
| | | SUBTOTAL | 174.66 |
| 6/25/2013 | Lodging IRA WILLIAM  MCCOLLUM MEETING WITH AG | | 339.95 |
| | | SUBTOTAL | 339.95 |
| 6/25/2013 | Miscellaneous Hard IRA WILLIAM  MCCOLLUM MEETING WITH AG | | 9.56 |
| | | SUBTOTAL | 9.56 |
| | Total Disbursements | | $1,177.87 |

| | | |
|------|------|------|
| Fee Total | $ | 42,985.10 |
| Disbursement Total | $ | 1,177.87 |
| Invoice Total | $ | 44,162.97 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
2280 Schuetz Road
St. Louis, MO 63146

September 16, 2013

**Invoice No. 1505336**

Client/Matter: 30000271-0149

Special Board Committee Representation

Payment Due Upon Receipt

---

Total This Invoice                                    $        106,294.61

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY                                                    September 16, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                                            **Invoice No. 1505336**
St. Louis, MO 63146

Client/Matter:   30000271-0149

Special Board Committee Representation

_____

For Professional Services Rendered through August 31, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|----------|
| 08/01/13 | S. Rovak | 3.90 | 2,332.20 | Review of Hermelin reply to motion to cap claim (.7);  conference with bankruptcy counsel regarding motion to cap claim and for subordination hearing (1.0); began review of existing documents for use at hearing (2.2) |
| 08/01/13 | S. O'Brien | 1.40 | 788.20 | Telephone conference with counsel from Wilkie regarding bankruptcy hearing and facts needed to prove equitable subordination claims (1.0); conference with S. Rovak regarding proof issues (.4). |
| 08/02/13 | S. O'Brien | 0.80 | 450.40 | Review discovery issues outstanding and factual memos on witnesses used in preparation for Delaware and Missouri actions. |
| 08/02/13 | S. Rovak | 7.50 | 4,485.00 | Continue review of bankruptcy hearing evidence per Willkie request (3.5); conference with B. McCallen regarding trial preparation and hearings on 6 and 28 August (.8); preparation of trial outline (3.2). |
| 08/03/13 | S. Rovak | 2.00 | 1,196.00 | Continue hearing outline to include review of prior witness materials and preparation of précis of counterclaim by MSH in Missouri Action. |
| 08/04/13 | S. Rovak | 4.50 | 2,691.00 | Continue hearing outline, to include review of prior witness materials. |
| 08/04/13 | S. Rodriguez | 0.20 | 113.40 | Review emails from P. Hall and S. Rovak regarding possible hearing date for equitable subordination of Hermelin claim. |
| 08/05/13 | S. Rodriguez | 2.50 | 1,417.50 | Team discussions regarding realistic trial schedule and discovery for equitable subordination hearing (.3); review emails regarding same (.2); review prior discovery materials (2.0) |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/05/13 | S. O'Brien | 1.50 | 844.50 | Conference with S. Rovak regarding hearing preparation (1.0); telephone conference with counsel from Wilkie regarding bankruptcy hearing (.50). |
| 08/05/13 | M. Hall | 1.20 | 748.80 | Communications with S. Rovak regarding potential schedule relating to Hermelin bankruptcy claim and strategy regarding same (.8); communications with client and bankruptcy counsel regarding same (.4). |
| 08/05/13 | S. Rovak | 9.00 | 5,382.00 | Continue preparation of likely hearing outline to include review of prior witness materials and legal issues in subordination. |
| 08/06/13 | S. Rovak | 10.80 | 6,458.40 | Conferences in preparation for various alternative presentations to Court on subordination issues (2.5); attend hearing on damage cap (2.5); continued review of all past evidentially materials including company audits (4.8); prepared correspondence to all counsel for co-defendants in state litigation (.6); conference with attorney for T. Hatfield, former director (.4). |
| 08/06/13 | M. Hall | 3.60 | 2,246.40 | Review background of claims and company documents related to claims and counterclaims. |
| 08/06/13 | S. O'Brien | 1.00 | 563.00 | Review emails and documents regarding status of document review from Delaware litigation to determine what documents remained to be produced. |
| 08/06/13 | S. Rodriguez | 6.00 | 3,402.00 | Review bankruptcy motion to cap Hermelin claim and responses to motion, as well as equitable subordination materials; review case documents. |
| 08/07/13 | S. Rodriguez | 8.10 | 4,592.70 | Meet with K. Rogers and P. Hall regarding potential witness list for hearing (.6); review notes, witness interviews, discovery, and documents and draft preliminary annotated witness list (6.0); continue review of documents for trial (1.5). |
| 08/07/13 | L. Rogers | 3.20 | 1,696.00 | Draft preliminary witness list, including review of interview notes and related documents (2.6); strategize with P. Hall and S. Rodriguez (.60). |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/07/13 | M. Hall | 5.00 | 3,120.00 | Confer with S. Rovak regarding strategy for case preparation (.5); conference with S. Rodriguez and K. Rogers regarding witness identification and background (1.0); conference call with client regarding witness issues (2.0); review background information on past witness interviews (1.5). |
| 08/07/13 | S. Rovak | 9.00 | 5,382.00 | Prepare for hearing on subordination of claim. |
| 08/08/13 | S. Rovak | 9.00 | 5,382.00 | Prepare for hearing on subordination of claim. |
| 08/08/13 | M. Hall | 3.50 | 2,184.00 | Confer with S. Rovak regarding strategy for bankruptcy proceedings relating to M. Hermelin (1.0); review background information regarding potential witnesses and testimony (2.5). |
| 08/08/13 | S. Rodriguez | 8.00 | 4,536.00 | Prepare for and participate in team call with P. Hall, K. Rogers and S. Rovak to discuss potential witnesses in equitable subordination hearing (1.0); hearing preparation including locating and reviewing documents, reviewing witness interviews, gathering information for witness preparation; conferring with S. Smugala regarding locating witnesses; locating specific documents for S. Rovak  (7.0). |
| 08/08/13 | L. Rogers | 2.30 | 1,219.00 | Confer with S. Rovak, P. Hall, and S. Rodriguez regarding. strategy and potential witnesses; review docs and notes. |
| 08/09/13 | L. Rogers | 1.00 | 530.00 | Prepare for hearing on claim of M. Hermelin, focusing on review of timelines, witness interview notes and documents for witness notebooks. |
| 08/09/13 | C. Carroll | 1.00 | 234.00 | Conference with Applied Discovery to obtain documents previously produced. |
| 08/09/13 | S. Rodriguez | 8.00 | 4,536.00 | Continue preparation for hearing including review of FDA documents, Hermelin criminal indictment information, review of proposed schedule, review and selection of witness documents, communication with client regarding witnesses, and related tasks. |
| 08/09/13 | S. Rovak | 9.00 | 5,382.00 | Prepare for hearing on subordination of claim. |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/09/13 | M. Hall | 5.90 | 3,681.60 | Review proposed stipulation and scheduling order and confer with S. Rovak regarding same (.4); work on setting up witness list and witness meetings (1.0); review pleadings in bankruptcy and related cases and background documents for witness interviews (4.5). |
| 08/11/13 | S. Rovak | 3.50 | 2,093.00 | Prepare for hearing on subordination of claim. |
| 08/11/13 | M. Hall | 2.30 | 1,435.20 | Review legal memorandum regarding subordination and burden of proof (.5); review audit reports regarding KV facilities (1.8). |
| 08/12/13 | S. O'Brien | 1.90 | 1,069.70 | Conferences with S. Rovak regarding hearing strategy and evidence, including transcript from bankruptcy court (1.1); emails with S. Rovak regarding witness interviews and possible depositions (.3); review transcript of bankruptcy arguments (.5) |
| 08/12/13 | S. Rodriguez | 9.00 | 5,103.00 | Continue hearing preparation including emails with S. Rovak regarding specific documents (3.5), conference with B. McCallen and S. Rovak regarding obtaining prior testimony of M. Hermelin (1.0); review of documents (2.5); witness preparation (2.0). |
| 08/12/13 | M. Hall | 5.50 | 3,432.00 | Review pleadings and background materials in preparation for witness interviews in support of motion to subordinate claim (4.5); confer with S. Rovak regarding strategy (.5); confer with S. Rodriguez and K. Rogers regarding witness files and document location (.5). |
| 08/12/13 | S. Rovak | 9.50 | 5,681.00 | Preparation for hearing on subordination of claim. |
| 08/12/13 | L. Rogers | 1.40 | 742.00 | Prepare for hearing on claim of M. Hermelin, focusing on review of timelines, witness interview notes, and documents for witness notebooks; discuss same with S. Rodriguez. |
| 08/13/13 | S. Rovak | 3.60 | 2,152.80 | Preparation for hearing on subordination of claim (1.0);  preparation for conference with G. Divis (.6); conference with G. Davis and P. Christmas (.6); contact experts and cooperating counsel re withdrawal of claim in Bankruptcy (.6); review pleadings in Missouri (.8). |
| 08/13/13 | S. Rodriguez | 0.60 | 340.20 | Continue hearing preparation; confer with P. Hall regarding withdrawal of claim. |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/13/13 | M. Hall | 4.30 | 2,683.20 | Confer with team regarding witness strategy and schedule (.5); further review of audit committee report and related facilities audits (2.5); conferences with S. Rovak and team regarding status, withdrawal of claim, and import of same (.8); confer with S. Smugala regarding witness contacts (.5). |
| 08/13/13 | S. O'Brien | 0.90 | 506.70 | Emails and conference with S. Rovak regarding bankruptcy proceeding and preparations for hearing (.6); emails and conference with S. Rovak regarding Hermelin withdrawing claim (.3) |
| 08/14/13 | S. Rovak | 0.50 | 299.00 | Conference with T. Refo regarding Missouri case procedures and need to present status of matter on 27 September 2013 in judge Vincent's chambers. |
| 08/19/13 | S. Rovak | 1.10 | 657.80 | Review subpoenas for D. Van Vliet and K. Carlie in trust litigation (.2); correspondence with client regarding appearances and preparation for testimony in trust litigation (.4); conference with M. Margo regarding trust litigation (.5). |
| 08/19/13 | S. O'Brien | 0.70 | 394.10 | Emails with S. Rovak and counsel for individual defendants in Kirscher litigation (.2); conference with S. Rovak regarding depositions in Kirschner litigation and needs to prepare witnesses for the depositions to minimize impact for company on other pending litigation (.5) |
| 08/20/13 | S. Rovak | 0.70 | 418.60 | Conference with J. Morrow regarding Kirschner depositions and defense of directors and officers. |
| 08/22/13 | S. Rovak | 1.80 | 1,076.40 | Analyzed current Missouri pleadings in Hermelin litigation to determine ability to pursue damages and retrieve funding of Letter of Credit to include analysis of relation back to filing date and need for supplemental rather than amended pleadings under Missouri Rules of Civil Procedure (1.2) and prepare memorandum thereof for consideration by client (.6) |
| 08/22/13 | R. Richards | 0.20 | 133.80 | Email and call with Rovak regarding strategy. |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/29/13 | S. Rovak | 1.80 | 1,076.40 | Review correspondence between attorney Robin Spigel for KV and J. McFadden for Hermelin regarding dismissal of Hermelin claim with prejudice (.4); review Order and Plan with respect to pending suit in Missouri (.4); began preparation of statement to Missouri Court (.3); review possible dismissal of claim against directors and officers by reason of withdrawal of claim with prejudice and language of plan (.4); correspondence with counsel for KV in Delaware regarding dismissal of DE litigation (.3). |

| | | | |
|---|---|---|---|
| Total Hours | | 178.20 | |
| Fee Amount | | | $104,889.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 31.30 | $19,531.20 |
| S. Rovak | $598.00 | 87.20 | $52,145.60 |
| R. Richards | $669.00 | 0.20 | $133.80 |
| S. O'Brien | $563.00 | 8.20 | $4,616.60 |
| C. Carroll | $234.00 | 1.00 | $234.00 |
| S. Rodriguez | $567.00 | 42.40 | $24,040.80 |
| L. Rogers | $530.00 | 7.90 | $4,187.00 |
| Totals | | 178.20 | $104,889.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/2/2013 | Airfare STEPHEN H ROVAK AIRFARE | | 818.70 |
| | | SUBTOTAL | 818.70 |
| | Document reproduction | | 1.20 |
| | | SUBTOTAL | 1.20 |
| 8/5/2013 | Ground Transportation STEPHEN H ROVAK GROUND | | 69.00 |

Special Board Committee Representation

September 16, 2013

Matter: 30000271-0149
Invoice No.: 1505336

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 69.00 |
| 8/6/2013 | Lodging STEPHEN H ROVAK HOTEL | | 516.71 |
| | | SUBTOTAL | 516.71 |
| 8/5/2013 | Meals STEPHEN H ROVAK MEAL | | 0.00 |
| | Total Disbursements | | $1,405.61 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 104,889.00 |
| Disbursement Total | $ | 1,405.61 |
| Invoice Total | $ | 106,294.61 |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

salans FMC SNR Denton

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                September 16, 2013
16640 Chesterfield Grove Road
Suite 200                                                            **Invoice No. 1505167**
Chesterfield, MO 63005
USA

Client/Matter: 30000271-0152

State Medicaid Actions                                          Payment Due Upon Receipt

---

Total This Invoice                                    $        94,224.84

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

September 16, 2013

**Invoice No. 1505167**

Client/Matter:   30000271-0152

State Medicaid Actions

---

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/1/13 | M. Hall | 0.40 | Review status of negotiations with Utah AG. |
| 8/2/13 | M. Hall | 0.50 | Review summary of Harvard Pilgrim cases regarding compounding for potential use in state Medicaid cases. |
| 8/2/13 | D. Brasher | 2.10 | Review pleadings from Harvard Pilgrim litigations relating to compounded medications (.50); analyze possible impact on state Medicaid actions (.50); draft summary of same (1.10). |
| 8/6/13 | R. Hunter | 0.10 | Meet with P. Hall, regarding Memo. |
| 8/6/13 | M. Hall | 0.70 | Confer with local counsel and client regarding deposition scheduling in SC case. |
| 8/7/13 | M. Hall | 0.50 | Confer with client and local counsel regarding deposition scheduling in SC case. |
| 8/7/13 | R. Hunter | 6.80 | Continue work on draft Memorandum |
| 8/7/13 | D. Brasher | 1.80 | Revise and update summary of Harvard Pilgrim litigations and implications for state Medicaid actions. |
| 8/8/13 | R. Hunter | 5.50 | Continue to work on draft Memorandum |
| 8/8/13 | M. Hall | 0.80 | Work on deposition scheduling and strategy. |
| 8/9/13 | M. Hall | 0.50 | Work on strategy for completion of discovery prior to deadline. |
| 8/9/13 | R. Hunter | 2.00 | Continue to work on draft Memorandum. |
| 8/9/13 | D. Marrocco | 2.00 | Review unsealed DOJ complaint against Phamerica and related correspondence (1.0); review write up on Harvard compounding litigation and related correspondence (1.0). |
| 8/12/13 | M. Hall | 0.40 | Confer with local and opposing counsel regarding deposition schedule. |
| 8/12/13 | D. Marrocco | 0.70 | Review materials on Texas compounding facility in regard to potential action. |
| 8/13/13 | E. Shoudt | 0.20 | Email J. Alphin regarding outstanding discovery issues. |

State Medicaid Actions

September 16, 2013

Matter: 30000271-0152
Invoice No.: 1505167

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/13/13 | M. Hall | 2.20 | Direct strategy for completion of document production in SC and review correspondence regarding same (.7); prepare for upcoming depositions (1.5). |
| 8/13/13 | R. Hunter | 3.60 | Continue to work on draft Memorandum. |
| 8/13/13 | D. Marrocco | 2.40 | Review record for possible issues to address in Keck deposition (1.10); revise outline for summary judgment brief (1.30). |
| 8/14/13 | M. Hall | 5.40 | Review Makena promotional materials (.8); confer with P. Christmas regarding materials and regarding status and strategy of state court cases (.5); conferences with S. Rodriguez regarding compounding litigation cases and background for use in state Medicaid cases (.8); confer with local counsel and E. Shoudt regarding upcoming depositions and discovery strategy (.8); preparation for upcoming depositions (2.5). |
| 8/14/13 | R. Hunter | 1.60 | Continue to work on draft Memorandum |
| 8/14/13 | E. Shoudt | 4.50 | Draft outline for Keck deposition (4.0); meet and confer with J. Alphin regarding outstanding discovery issues (.5). |
| 8/14/13 | S. Rodriguez | 5.00 | Confer with P. Hall regarding legal review of marketing piece (.80); begin review of compounding pharmacy litigation and risks to health care providers from litigation (4.20). |
| 8/14/13 | A. Green | 0.50 | Conduct docket research for federal and state cases. |
| 8/15/13 | S. Rodriguez | 6.00 | Continue review of compounding pharmacy litigation and risks to health care providers from same; draft email report to P. Hall with results of research. |
| 8/15/13 | E. Shoudt | 4.80 | Review documents and draft outline for Keck deposition. |
| 8/15/13 | D. Marrocco | 2.20 | Review memo on permanent injunctive relief in South Carolina and related case law. |
| 8/15/13 | M. Hall | 6.20 | Direct strategy relating to responses to requests for admissions and interrogatories (.5); preparation for upcoming depositions (4.5); review research results regarding NECC lawsuits and confer with S. Rodriguez regarding same for potential use in state Medicaid cases (1.2). |
| 8/16/13 | M. Hall | 4.80 | Confer with E. Shoudt regarding discovery strategy in SC (.4); review research for SC summary judgment motion (.5); confer with P. Christmas regarding background on meningitis lawsuits for potential use in state Medicaid suits (.4); review background materials for upcoming depositions in SC (3.5). |
| 8/16/13 | D. Marrocco | 1.20 | Review documents relating to doctor responsibility for prescribing compounded products. |
| 8/16/13 | S. Rodriguez | 0.10 | Review emails from P. Hall. |

State Medicaid Actions

September 16, 2013

Matter: 30000271-0152
Invoice No.: 1505167

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/16/13 | M. Smyth | 1.40 | Prepare deposition exhibits for attorney review. |
| 8/18/13 | M. Hall | 1.50 | Review deposition transcripts in SC case. |
| 8/19/13 | M. Hall | 5.40 | Confer with E. Shoudt regarding status of discovery and strategy in SC (.5); review communications with opposing counsel in SC (.4); review documents in preparation for deposition (2.0); other deposition preparation (2.5). |
| 8/19/13 | D. Marrocco | 2.00 | Review South Carolina CMO depositions and regulations. |
| 8/19/13 | E. Shoudt | 0.90 | Email J. Alphin regarding outstanding discovery (.10); telephone call with Mr. Alphin and N. Mergo regarding same (.80). |
| 8/20/13 | M. Hall | 0.50 | Confer with client regarding scheduling and strategy issues for next week's depositions in SC. |
| 8/21/13 | M. Hall | 7.50 | Deposition preparation for SC. |
| 8/22/13 | M. Hall | 8.00 | Prepare for upcoming depositions in SC (6.5); confer with local counsel regarding possible motion to compel in SC action (.5); confer with D. Marrocco regarding status in SC and motion for summary judgment evidence (.5); confer with clients regarding background facts relevant to SC depositions (.5). |
| 8/22/13 | E. Shoudt | 5.00 | Edit outline for Keck deposition and review depositions for same. |
| 8/22/13 | D. Marrocco | 2.50 | Draft South Carolina summary judgment motion. |
| 8/23/13 | D. Marrocco | 1.20 | Review outline of material for Keck South Carolina deposition. |
| 8/23/13 | E. Shoudt | 1.00 | Confirm exhibits for Keck deposition; obtain NECC list, Georgia policy and Makena request/denial information. |
| 8/23/13 | M. Hall | 6.40 | Review additional information sent by client for use in SC depositions (.4); conferences with E. Shoudt regarding deposition strategy (.5);document review and other deposition preparation for SC case (5.5). |
| 8/25/13 | M. Hall | 3.50 | Review deposition transcripts in SC case. |
| 8/26/13 | M. Hall | 11.50 | Review documents relating to J. Graves witness preparation in SC action (3.0); witness meeting with J. Graves prior to deposition in SC action (4.0); review additional deposition transcripts in SC case (3.0); preparation for Keck Deposition in SC case (1.5). |
| 8/27/13 | E. Shoudt | 3.00 | Working travel to Columbia, SC for deposition of Director Keck. |
| 8/27/13 | M. Hall | 9.50 | Defend deposition of J. Graves in SC matter (4.0); preparation for deposition of A. Keck in SC matter (5.5). |
| 8/28/13 | M. Hall | 8.30 | Take deposition of A. Keck in SC case (8.3). |

State Medicaid Actions

September 16, 2013

Matter: 30000271-0152
Invoice No.: 1505167

| Date | Timekeeper | Hours | Narrative |
|------|-----------|------:|-----------|
| 8/28/13 | E. Shoudt | 7.80 | Attend deposition of Director Keck . |
| 8/29/13 | D. Marrocco | 1.70 | Review Burton deposition transcript. |
| 8/29/13 | M. Hall | 4.00 | Review notes and deposition transcripts and begin planning summary judgment motion, evidence, and outline. |

| | | | |
|---|---|---|---|
| Total Hours | | 168.10 | |
| Fee Amount | | | $91,981.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|-----:|------:|-----:|
| M. Hall | $624.00 | 88.50 | $55,224.00 |
| D. Marrocco | $575.00 | 15.90 | $9,142.50 |
| E. Shoudt | $516.00 | 27.20 | $14,035.20 |
| D. Brasher | $458.00 | 3.90 | $1,786.20 |
| R. Hunter | $256.50 | 19.60 | $5,027.40 |
| M. Smyth | $265.00 | 1.40 | $371.00 |
| S. Rodriguez | $567.00 | 11.10 | $6,293.70 |
| A. Green | $203.00 | 0.50 | $101.50 |
| Totals | | 168.10 | $91,981.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 8/26/2013 | Airfare MARGARET DONAHUE D HALL FLIGHT TO SOUTH CAROLINA | | 1,627.80 |
| | | SUBTOTAL | 1,627.80 |
| | Color Copies | | 0.60 |
| | | SUBTOTAL | 0.60 |
| | Document reproduction | | 0.30 |
| | | SUBTOTAL | 0.30 |
| 8/26/2013 | Ground Transportation MARGARET DONAHUE D HALL TAXI | | 10.00 |
| | | SUBTOTAL | 10.00 |

State Medicaid Actions

September 16, 2013

Matter: 30000271-0152
Invoice No.: 1505167

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/28/2013 | Lodging MARGARET DONAHUE D HALL MARRIOTT HOTEL | | 433.29 |
| | | SUBTOTAL | 433.29 |
| 8/28/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL DFW PARKING | | 81.19 |
| 8/26/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 10.00 |
| 8/27/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 5.00 |
| 8/28/2013 | Miscellaneous Hard MARGARET DONAHUE D HALL | | 7.00 |
| | | SUBTOTAL | 103.19 |
| 7/25/2013 | Outside Duplicating - -      BARRISTER COPY SOLUTIONS, LLC Process selected range for production | | 68.16 |
| | | SUBTOTAL | 68.16 |
| | Total Disbursements | | $2,243.34 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 91,981.50 | |
| Disbursement Total | $ | 2,243.34 | |
| Invoice Total | $ | 94,224.84 | |

**DENTONS**

Dentons US LLP                          Salans FMC SNR Denton
                                        McKenna Long & Aldridge LLP
1301 K Street, N.W.
Suite 600, East Tower                   dentons.com
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                          September 16, 2013
16640 Chesterfield Grove Road
Suite 200                                              **Invoice No. 1505174**
Chesterfield, MO 63005
USA

  Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery                          Payment Due Upon Receipt

_____

Total This Invoice                                    $        7,740.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY                                September 16, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                            **Invoice No. 1505174**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:  30000271-0153

Bankruptcy 2004 Motion and Discovery

_____

For Professional Services Rendered through August 31, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 08/04/13 | M. Hall | 0.40 | 249.60 | Confer with S. Rovak regarding potential action in bankruptcy court. |
| 08/07/13 | D. Brasher | 0.20 | 91.60 | Review correspondence from Wedgewood's counsel regarding protective order (0.1); discuss same with IT department (0.1). |
| 08/08/13 | M. Hall | 0.80 | 499.20 | Confer with D. Brasher regarding status of case and strategy moving forward (.4); review summary and set up call with client to discuss strategy (.4). |
| 08/08/13 | D. Brasher | 0.80 | 366.40 | Draft bullet point outline for conference call regarding status and strategy going forward (0.7); email to Wedgewood's counsel regarding protective order (0.1). |
| 08/09/13 | D. Brasher | 1.30 | 595.40 | Conference call to discuss status of settlement negotiations and strategy going forward (0.8); review request from Alere regarding confirmation order (0.1); review news articles and pleadings from FCA action against PharMerica (0.4). |
| 08/09/13 | M. Hall | 1.70 | 1,060.80 | Confer with R. Spigel regarding Alere request for protective order clarification in bankruptcy plan (.3); prepare for client call (.5); confer with D. Brasher and P. Christmas regarding status of 2004 motions, of negotiations, and strategy moving forward (.5); review communications and information regarding Pharmerica suit (.4). |
| 08/13/13 | M. Hall | 1.30 | 811.20 | Confer with D. Brasher regarding status of agreements with Pharmerica and Alere (.3); review proposed stipulation (.4); communications with bankruptcy counsel regarding same (.6). |

Bankruptcy 2004 Motion and Discovery

September 16, 2013

Matter: 30000271-0153
Invoice No.: 1505174

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/13/13 | D. Brasher | 2.70 | 1,236.60 | Calls with opposing counsel regarding proposed stipulation (0.4); draft stipulation regarding 2004 Orders post-confirmation (1.8); discuss strategy with bankruptcy counsel (0.3); additional discussions with IT department regarding Wedgewood's request (0.2). |
| 08/14/13 | M. Hall | 1.10 | 686.40 | Conferences with bankruptcy counsel regarding language for confirmation order relating to 2004 actions (.7); review correspondence with Alere and Pharmerica's counsel regarding same (.4). |
| 08/14/13 | D. Brasher | 0.60 | 274.80 | Review and analyze internal training materials for possible Lanham Act issues (0.4); discuss strategy with bankruptcy counsel regarding 2004 Orders post-confirmation (0.2). |
| 08/16/13 | D. Brasher | 0.10 | 45.80 | Review correspondence regarding Alere's and PharMerica's proposed edits to confirmation order. |
| 08/16/13 | M. Hall | 0.80 | 499.20 | Communications with bankruptcy counsel and with Alere and Pharmerica regarding agreements moving forward. |
| 08/19/13 | M. Hall | 0.50 | 312.00 | Confer with D. Brasher regarding compliance with 2004 Protective Order and related correspondence with Wedgewood. |
| 08/19/13 | D. Brasher | 0.20 | 91.60 | Email protective order certification to Wedgewood's counsel. |
| 08/20/13 | M. Hall | 0.50 | 312.00 | Review communications with counsel for Pharmerica and Alere regarding memorializing 2004 Orders going forward. |
| 08/20/13 | D. Brasher | 0.10 | 45.80 | Review correspondence regarding Alere's and PharMerica's proposed edits to confirmation order. |
| 08/21/13 | M. Hall | 0.40 | 249.60 | Confer with bankruptcy counsel regarding status of 2004 agreements. |
| 08/22/13 | M. Hall | 0.50 | 312.00 | Review communications regarding agreement with Alere and Pharmerica on language in confirmation order regarding 2004 issues. |

Total Hours          14.00

Fee Amount                                                        $7,740.00

Bankruptcy 2004 Motion and Discovery

September 16, 2013

Matter: 30000271-0153
Invoice No.: 1505174

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 8.00 | $4,992.00 |
| D. Brasher | $458.00 | 6.00 | $2,748.00 |
| Totals | | 14.00 | $7,740.00 |

Fee Total            $      7,740.00

Invoice Total        $      7,740.00

DENTONS

Salans FMC SNR Denton
McKenna Long
dentons.com

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    September 16, 2013
16640 Chesterfield Grove Road
Suite 200                                                              **Invoice No. 1505177**
Chesterfield, MO 63005
USA

Client/Matter: 30000271-0155

Texas AWP Litigation                                           Payment Due Upon Receipt

---

Total This Invoice                                          $          470.00

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
Dentons US LLP                                               Dentons US LLP
Dept. 7247-6670                          OR            Attention: Accounting
Philadelphia, PA 19170-6670                           233 South Wacker Drive
                                                       Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
dentons.com

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

September 16, 2013

**Invoice No. 1505177**

Client/Matter:   30000271-0155

Texas AWP Litigation

---

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/6/13 | M. Hall | 0.30 | Review court order of dismissal of Texas adversary proceeding. |
| 8/6/13 | C. Moore | 0.20 | Review final order of dismissal. |
| 8/12/13 | C. Moore | 0.20 | Review final dismissal order in bankruptcy court. |
| Total Hours | | 0.70 | |
| Fee Amount | | | $470.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Moore | $707.00 | 0.40 | $282.80 |
| M. Hall | $624.00 | 0.30 | $187.20 |
| Totals | | 470.00 | $470.00 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 470.00 | |
| Invoice Total | $ | 470.00 | |

2

**DENTONS**

Dentons US LLP    salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    September 16, 2013
16640 Chesterfield Grove Road
Suite 200                                                    **Invoice No. 1505179**
Chesterfield, MO 63005
USA

  Client/Matter: 30000271-0157

Non-Working Travel Time                                    Payment Due Upon Receipt

---

| | | |
|---|---|---|
| Total This Invoice | $ | 4,194.00 |
| Less 50% per Court rules | $ | 2,097.00 |
| Total Amount Due this Invoice | $ | 2,097.00 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Salans FMC SNR Denton
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

dentons.com

KV PHARMACEUTICAL COMPANY                                         September 16, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                                    **Invoice No. 1505179**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:  30000271-0157

Non-Working Travel Time

_____

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/28/13 | E. Shoudt | 4.50 | 2,322.00 | Travel to DC (4.5) |
| 08/28/13 | M. Hall | 3.00 | 1,872.00 | Travel to Dallas (3.0). |
| Total Hours | | 7.50 | | |
| Fee Amount | | | | $4,194.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 3.00 | $1,872.00 |
| E. Shoudt | $516.00 | 4.50 | $2,322.00 |
| Totals | | 7.50 | $4,194.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 4,194.00 | |
| Less 50% | $ | 2,097.00 | |
| | | _____ | |
| Invoice Total | $ | 2,097.00 | |

**DENTONS**

Dentons US LLP    Salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364
Dept. 7247-6670

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                              September 16, 2013
2280 Schuetz Road
St. Louis, MO 63146                              **Invoice No. 1505180**

  Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals                    Payment Due Upon Receipt

---

Total This Invoice                              $        2,154.60

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                    Dentons US LLP
Dept. 7247-6670                  OR              Attention: Accounting
Philadelphia, PA 19170-6670                       233 South Wacker Drive
                                                  Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670
dentons.com

KV PHARMACEUTICAL COMPANY                                September 16, 2013
Patrick J. Christmas, General Counsel
2280 Schuetz Road                                        **Invoice No. 1505180**
St. Louis, MO 63146

Client/Matter:  30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

---

For Professional Services Rendered through August 31, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/09/13 | S. Rodriguez | 0.50 | 283.50 | Communicate multiple times with local counsel and C. Hintmann and S. Smugala regarding bankruptcy plan and local counsel's bills. |
| 08/13/13 | S. Rodriguez | 0.30 | 170.10 | Confer with local counsel regarding bankruptcy plan. |
| 08/20/13 | S. Rodriguez | 0.30 | 170.10 | Review information regarding bankruptcy hearing. |
| 08/23/13 | S. Rodriguez | 0.50 | 283.50 | Review information and article regarding upcoming bankruptcy hearing (.2); plan for status report to court (.3). |
| 08/30/13 | S. Rodriguez | 2.20 | 1,247.40 | Review bankruptcy order confirming plan and related documents and filings (1.0); confer with local counsel regarding same (.2); plan strategy (.2); prepare report to court (.8). |
| Total Hours | | 3.80 | | |
| Fee Amount | | | | $2,154.60 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rodriguez | $567.00 | 3.80 | $2,154.60 |
| Totals | | 3.80 | $2,154.60 |

| | | | |
|---|---|---|---|
| Fee Total | | $ | 2,154.60 |
| Invoice Total | | $ | 2,154.60 |

## <u>EXHIBIT D – PART 3</u>

## <u>DENTONS US LLP'S MONTHLY INVOICE FOR THE MONTH OF SEPTEMBER 2013</u>

81302508\V-5

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

October 8, 2013

**Invoice No. 1511081**

Client/Matter: 30000271-0005

GENERAL

Payment Due Upon Receipt

---

Total This Invoice                                         $        8,048.81

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
8000 Sears Tower
Dept. 7247-6670

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

October 8, 2013

**Invoice No. 1511081**

Client/Matter: 30000271-0005

GENERAL

___

For Professional Services Rendered through September 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/03/13 | L. Rogers | 1.40 | 742.00 | Strategize litigation of personal injury suits and claims in anticipation of approval of bankruptcy plan; research status of claims; confer with P. Hall and S. Rodriguez regarding same. |
| 09/04/13 | M. Nickel | 0.80 | 366.40 | Draft summary chart with information from pending cases: Fox, Romero, and Conley/Kerr. |
| 09/09/13 | M. Nickel | 0.90 | 412.20 | Prepare for and attend meeting with KV team regarding pending products cases and potential transfer to SDNY. |
| 09/09/13 | L. Rogers | 1.20 | 636.00 | Review status of products cases and claims; conference call with team to discuss strategy re. potential removal to the SDNY. |
| 09/10/13 | G. Medina | 5.00 | 1,430.00 | Worked on review of narratives for third interim fee and continued to worked on Third Interim fee application. |
| 09/11/13 | G. Medina | 3.50 | 1,001.00 | Continued to worked on Third Interim fee application. (3.0); printed monthly invoices and charts and met with J. Reed regarding same (0.5). |
| 09/11/13 | O. Pinkas | 0.30 | 171.60 | Conferences with G. Medina regarding interim fee application. |
| 09/12/13 | M. Hall | 0.70 | 436.80 | Review and revise interim fee application; confer with R. Richards regarding same. |
| 09/13/13 | M. Hall | 0.50 | 312.00 | Additional review and revision to interim fee application. |

GENERAL

October 8, 2013

Matter: 30000271-0005
Invoice No.: 1511081

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/13/13 | G. Medina | 1.80 | 514.80 | Met with J. Reed regarding numbers and footnotes (0.4); met with Oscar Pinkas regarding retainer and money received. (0.4); worked on edits to the Third interim fee application per comments by J. Reed and O. Pinkas. (1.0) |
| 09/13/13 | D. Pina | 1.00 | 286.00 | Meet with G. Medina regarding 3rd Interim Fee Application (.2);  review and mark-up draft application (.8). |
| 09/13/13 | O. Pinkas | 2.20 | 1,258.40 | Review and edit interim fee application (1.8); and revised interim fee application per comments received (.4). |
| 09/15/13 | O. Pinkas | 0.70 | 400.40 | Review and edit revised interim fee application, and circulated edits to working group. |
| Total Hours | | 20.00 | | |
| Fee Amount | | | | $7,967.60 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 1.20 | $748.80 |
| M. Nickel | $458.00 | 1.70 | $778.60 |
| O. Pinkas | $572.00 | 3.20 | $1,830.40 |
| D. Pina | $286.00 | 1.00 | $286.00 |
| G. Medina | $286.00 | 10.30 | $2,945.80 |
| L. Rogers | $530.00 | 2.60 | $1,378.00 |
| Totals | | 20.00 | $7,967.60 |

DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 8/20/2013 | Delivery FedEx Airbill #796504366371 08/20/13 Delivery to  767 5th Ave, NEW YORK CITY, NY | 10.05 |
| 8/20/2013 | Delivery FedEx Airbill #796504386616 08/20/13 Delivery to  787 7th Ave, NEW YORK, NY | 10.05 |

GENERAL

October 8, 2013

Matter: 30000271-0005
Invoice No.: 1511081

| Date | Description | Amount |
|------|-------------|--------|
| 8/20/2013 | Delivery FedEx Airbill #796504394923 08/20/13 Delivery to  201 VARICK STREET STE 1006 NEW YORK CITY, NY | 18.55 |
| 8/20/2013 | Delivery FedEx Airbill #796504409323 08/20/13 Delivery to  180 Maiden Ln, NEW YORK CITY, NY | 10.05 |
| 8/20/2013 | Delivery FedEx Airbill #796504377714 08/20/13 Delivery to  16640 CHESTERFIELD GROVE, CHESTERFIELD, MO | 21.81 |
| | SUBTOTAL | 70.51 |
| | Document reproduction | 10.70 |
| | SUBTOTAL | 10.70 |
| | Total Disbursements | $81.21 |

Fee Total                  $      7,967.60

Disbursement Total         $         81.21

Invoice Total              $      8,048.81

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO  63005
USA

October 8, 2013

**Invoice No. 1511107**

Client/Matter: 30000271-0135

Maria Cristina Gonzalez Romero v KV/ETHEX

Payment Due Upon Receipt

---

Total This Invoice                                                                 $        12,047.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| 8000 Sears Tower | OR | Attention: Accounting |
| Dept. 7247-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
dentons.com

KV PHARMACEUTICAL COMPANY                                           October 8, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                                **Invoice No. 1511107**
Suite 200
Chesterfield, MO  63005
USA

Client/Matter:  30000271-0135

Maria Cristina Gonzalez Romero v KV/ETHEX
_____

For Professional Services Rendered through September 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/03/13 | M. Hall | 0.90 | 561.60 | Confer with CG Hintmann regarding status of product liability cases and considerations going forward in light of upcoming emergence from bankruptcy (.5); confer with S. Rodriguez and K. Rogers regarding same (.4). |
| 09/04/13 | M. Hall | 0.90 | 561.60 | Confer with CG Hintmann and review chart regarding product liability claims and disposition of same following bankruptcy (.5); confer with S. Rodriguez regarding status of same (.4). |
| 09/05/13 | M. Hall | 1.20 | 748.80 | Review claims chart for product liability cases for strategy discussion regarding same (.8); confer with team regarding impact of recent court order in Missouri state court (.4). |
| 09/06/13 | M. Hall | 1.00 | 624.00 | Confer with S. Rovak regarding case status and schedule and potential removal issues (.5); confer with product liability team for planning and case analysis (.5). |
| 09/06/13 | S. Rodriguez | 0.40 | 226.80 | Review notice of trial date and related discussions among team regarding strategy for handling notice. |
| 09/09/13 | S. Rodriguez | 0.40 | 226.80 | Review emails and discussion among team regarding trial notice. |
| 09/09/13 | M. Hall | 1.40 | 873.60 | Confer with S. Rodriguez, M. Nickel and K. Rogers regarding case planning for products liability cases (1.); review correspondence and confer with St. Louis team regarding status of setting for Romero case (.4). |
| 09/10/13 | S. Rodriguez | 0.20 | 113.40 | Team discussions regarding trial notice and strategy. |
| 09/11/13 | S. Rodriguez | 0.30 | 170.10 | Team discussions regarding motion for summary judgment status and strategy. |

Maria Cristina Gonzalez Romero v KV/ETHEX

October 8, 2013

Matter: 30000271-0135
Invoice No.: 1511107

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/11/13 | M. Hall | 1.20 | 748.80 | Confer with S. Rovak and CG Hintmann regarding strategy for case in light of trial setting (.5); follow up conference with M. Nickel regarding summary judgment reply brief issues and strategy (.4); further conferences with client regarding strategy (.3). |
| 09/11/13 | D. Druley | 0.20 | 106.00 | Review local procedure regarding replies in support of summary judgment. |
| 09/11/13 | S. Rovak | 0.30 | 179.40 | Review docket issue. |
| 09/11/13 | L. Rogers | 3.00 | 1,590.00 | Work on reply brief in support of Nesher's motion for summary judgment; discuss strategy with M. Nickel. |
| 09/12/13 | L. Rogers | 4.50 | 2,385.00 | Work on reply brief, including related research regarding summary judgment evidence for fraudulent transfer cases, review of procedural requirements for supplemental facts, and review of discovery responses. |
| 09/13/13 | L. Rogers | 2.40 | 1,272.00 | Finish initial draft of reply motion in support of motion for summary judgment and related correspondence. |
| 09/13/13 | S. Rovak | 0.20 | 119.60 | Conference with court staff. |
| 09/13/13 | S. Rovak | 0.30 | 179.40 | Conferences with Attorney Wm. Dowd regarding settlement and attendance at hearing on 16 September regarding moving trial date. |
| 09/13/13 | M. Nickel | 1.20 | 549.60 | Review and revise draft reply brief in support of MSJ; and evaluate plaintiff's statement of facts for possible objections. |
| 09/13/13 | M. Hall | 1.30 | 811.20 | Confer with S. Rovak regarding postponement of trial setting (.5); confer with client regarding New York meeting on this and related products cases and work on planning and preparing for same (.8). |

Total Hours                          21.30

Fee Amount                                                              $12,047.70

Maria Cristina Gonzalez Romero v KV/ETHEX

October 8, 2013

Matter: 30000271-0135
Invoice No.: 1511107

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Hall | $624.00 | 7.90 | $4,929.60 |
| S. Rovak | $598.00 | 0.80 | $478.40 |
| M. Nickel | $458.00 | 1.20 | $549.60 |
| D. Druley | $530.00 | 0.20 | $106.00 |
| S. Rodriguez | $567.00 | 1.30 | $737.10 |
| L. Rogers | $530.00 | 9.90 | $5,247.00 |
| Totals | | 21.30 | $12,047.70 |

Fee Total            $    12,047.70

Invoice Total        $      12,047.70

**DENTONS**

Dentons US LLP    Salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    October 8, 2013
16640 Chesterfield Grove Road
Suite 200                                                              **Invoice No. 1511139**
Chesterfield, MO 63005

Client/Matter: 30000271-0142

Makena Strategy                                                    Payment Due Upon Receipt

Total This Invoice                                    $        35,095.15

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                          Dentons US LLP
8000 Sears Tower                  OR                 Attention: Accounting
Dept. 7247-6670                                      233 South Wacker Drive
                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

dentons.com

KV PHARMACEUTICAL COMPANY                                           October 8, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                          **Invoice No. 1511139**
Suite 200
Chesterfield, MO 63005

Client/Matter:  30000271-0142

Makena Strategy

---

For Professional Services Rendered through September 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/22/13 | D. Lee | 1.00 | 556.00 | Speak with AG chief of staff regarding status of complaints (.50); receive and forward copies of letters to M. Weller (.10); speak with chief of staff about meeting with AG and client (.40). |
| 08/27/13 | D. Lee | 0.50 | 278.00 | Series of e-mail exchanges with M. Weller and Indiana AG office regarding possible meeting with AG. |
| 09/02/13 | B. McCollum | 2.10 | 1,474.20 | Draft and send email to State official regarding Makena (0.9); draft and send email to P. Christmas and others reporting on telephone conference with State official and furnishing copy of follow-up letter (0.7); draft and send email to P. Christmas reporting status of efforts to reach other State official (0.1); draft and send email commenting on email drafted by M. Weller to send another State official (0.4). |
| 09/03/13 | A. Schneider | 2.80 | 844.20 | Research and analyze select States' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |
| 09/03/13 | M. McGovern | 6.70 | 2,264.60 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives (6.0); respond to inquiry from M. Weller regarding Wisconsin Medicaid policy (.70). |
| 09/03/13 | B. McCollum | 0.50 | 351.00 | Review materials furnished by P. Christmas (.3); draft and send email to P. Christmas regarding materials provided (.2). |

Makena Strategy

October 8, 2013

Matter: 30000271-0142
Invoice No.: 1511139

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/03/13 | M. Weller | 1.80 | 1,132.20 | Review B. McCollum State outreach (.3); follow-up with M. McGovern on State Medicaid policies in target states, follow-up with T. Wilson on schedule (.6); follow-up with J. Gudeman on clinical criteria in Wisconsin, discuss same with M. McGovern and send email with criteria (.9). |
| 09/04/13 | M. Weller | 1.20 | 754.80 | Follow-up on WellPoint coverage decision with M. Hamelburg and B. McCollum (.3); email with P. Carson regarding Working Group; follow-up with T. Wilson on meeting schedule and M. McGovern on State research (.9). |
| 09/04/13 | G. Weinreich | 0.20 | 137.20 | Review Inside Health Policy article (.10); exchange emails regarding same and forwarding to clients (.10). |
| 09/04/13 | M. McGovern | 6.00 | 2,028.00 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives; based upon findings from research, draft summary of persuasive talking points in preparation for meeting with Wisconsin representatives. |
| 09/05/13 | M. McGovern | 1.60 | 540.80 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |
| 09/05/13 | M. Weller | 1.60 | 1,006.40 | Review and send Wisconsin Medicaid rules (.3); update stale outreach list and discuss with T. Goddard and D. Gibb (1.3). |
| 09/05/13 | D. Gibb | 0.10 | 43.70 | Email exchange with M. Weller and T. Goddard regarding the Maryland AG outreach efforts. |
| 09/06/13 | A. Schneider | 2.40 | 723.60 | Research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |

Makena Strategy

October 8, 2013

Matter: 30000271-0142
Invoice No.: 1511139

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/06/13 | M. Weller | 2.60 | 1,635.40 | Emails with P. Christmas and B. McCollum on State meetings (.3); emails with T. Goddard on status in Maryland and Mississippi; research states (1.6); discuss with B. McCollum, P. Christmas, and J. Gudeman on State meetings (.5); discuss with T. Wilson on scheduling (.2). |
| 09/08/13 | B. McCollum | 1.80 | 1,263.60 | Draft and send detailed email to State official (1.5); draft and send email to P. Christmas, J. Gudeman and M. Weller forwarding copy of email to State official and commenting (.3). |
| 09/08/13 | A. Schneider | 2.60 | 783.90 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |
| 09/09/13 | M. McGovern | 7.50 | 2,535.00 | Continue to research and analyze select States' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |
| 09/09/13 | D. Lee | 0.20 | 111.20 | E-mail exchanges with M. Weller and AG office regarding AG meeting in October |
| 09/09/13 | M. Weller | 1.30 | 817.70 | Discussion with D. Lee on State meeting and agenda (.5); discuss State meetings with F. Costello, review Hill press on compounding legislation (.8). |
| 09/09/13 | A. Schneider | 4.70 | 1,417.05 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives. |

Makena Strategy

October 8, 2013

Matter: 30000271-0142
Invoice No.: 1511139

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/10/13 | M. Weller | 4.40 | 2,767.60 | Discussion with D. Lee on State meeting, work with T. Wilson on meeting, follow-up with J. Gudeman on State outreach, discussion with M. McGovern on State background research (.9); review S. Carolina settlement sheet, review Indiana Board of Pharmacy complaint (.5); follow-up with J. Gudeman on Indiana situation, research Medicaid policy (1.5) call with M. McGovern on State research (.2), call with J. Gudeman on same with focus on Indiana and MS (1.1); send follow-up email to J. Gudeman with State letter (.2). |
| 09/10/13 | M. McGovern | 10.00 | 3,380.00 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives; draft summary of findings for Mississippi and Indiana (9.10); conference call with M. Weller and J. Gudeman regarding Mississippi Medicaid system structure and current MCOs' policies regarding Makena coverage (.90). |
| 09/10/13 | B. McCollum | 0.40 | 280.80 | Review email from State official (0.1); email to P. Christmas, J. Gudeman and M. Weller regarding same (0.3). |
| 09/11/13 | M. McGovern | 5.00 | 1,690.00 | Continue to research and analyze select states' current Makena Medicaid coverage policies and identify any changes, updates and legislative action within each State over the past year in preparation for meetings with various State representatives; respond to M. Weller's follow-up inquiries regarding Indiana Makena coverage policy. |
| 09/11/13 | M. Weller | 2.30 | 1,446.70 | Follow-up with M. McGovern on Indiana policy, send J. Gudeman email on MS policy; daft email background on state meeting for G. Divis and P. Christmas (1.4); follow-up with J. Gudeman on strategy (.4); review press on compounding (.2); discuss with T. Goddard on strategy, follow-up with J. Gudeman and S. Goedeke on same (.3). |

Makena Strategy

October 8, 2013

Matter: 30000271-0142
Invoice No.: 1511139

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/12/13 | M. Weller | 3.00 | 1,887.00 | Revise state outreach plan; discuss with V. Beckett (1.1); call with P. Carson at Powell Tate regarding Working Group (.4); review Griffith bill (.3); continue update to outreach plan, follow-up with B. McCollum and T. Goddard (1.2). |
| 09/12/13 | D. Lee | 0.20 | 111.20 | Review M. Weller emails regarding meeting materials and set up for AG October meeting |
| 09/12/13 | B. McCollum | 0.40 | 280.80 | Review draft letter of P. Christmas to State official (0.2); draft and send email to P. Christmas commenting on letter (0.2). |
| 09/13/13 | M. Weller | 3.50 | 2,201.50 | Update chart for state outreach (1.1); review notes and send J. Gudeman email on AZ (.7); review press on Griffith bill; complete changes to state action chart (1.); review state Medicaid regulations (.7). |
| 09/13/13 | B. McCollum | 0.50 | 351.00 | Review emails from M. Weller and others regarding approach to certain State official and attachments (0.3); draft and send M. Weller a response (0.2) |

| | | | |
|--|--|--|--|
| Total Hours | 78.90 | | |
| Fee Amount | | | $35,095.15 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Weinreich | $686.00 | 0.20 | $137.20 |
| B. McCollum | $702.00 | 5.70 | $4,001.40 |
| M. Weller | $629.00 | 21.70 | $13,649.30 |
| D. Gibb | $437.00 | 0.10 | $43.70 |
| A. Schneider | $301.50 | 12.50 | $3,768.75 |
| M. McGovern | $338.00 | 36.80 | $12,438.40 |
| D. Lee | $556.00 | 1.90 | $1,056.40 |
| Totals | | 78.90 | $35,095.15 |

Makena Strategy

October 8, 2013

Matter: 30000271-0142
Invoice No.: 1511139

|  | | |
|---|---|---|
| Fee Total | $ | 35,095.15 |
| | | |
| Invoice Total | $ | 35,095.15 |

DENTONS

Dentons US LLP    大成 Salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                                    October 8, 2013
16640 Chesterfield Grove Road
Suite 200                                                    **Invoice No. 1511209**
Chesterfield, MO 63005

  Client/Matter: 30000271-0149

  Special Board Committee Representation                        Payment Due Upon Receipt

---

Total This Invoice                                $            941.80

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
Dentons US LLP                                        Dentons US LLP
8000 Sears Tower            OR                        Attention: Accounting
Dept. 7247-6670                                       233 South Wacker Drive
                                                      Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

# DENTONS

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005

October 8, 2013

**Invoice No. 1511209**

Client/Matter:   30000271-0149

Special Board Committee Representation

---

For Professional Services Rendered through September 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/06/13 | S. Rovak | 0.90 | 538.20 | Correspondence with client regarding effect of Order of Confirmation of plan on ability of M. Hermelin to proceed in Missouri Action against carriers (.6); conference with P. Christmas (.3). |
| 09/06/13 | S. O'Brien | 0.70 | 394.10 | Conference with S. Rovak regarding status of bankruptcy order on withdrawal of claims and the impact on the Missouri litigation. |
| Total Hours | | 1.60 | | |
| Fee Amount | | | | $932.30 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Rovak | $598.00 | 0.90 | $538.20 |
| S. O'Brien | $563.00 | 0.70 | $394.10 |
| Totals | | 1.60 | $932.30 |

Special Board Committee Representation

October 8, 2013

Matter: 30000271-0149
Invoice No.: 1511209

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| | Document reproduction | | | 9.50 |
| | | | SUBTOTAL | 9.50 |
| | Total Disbursements | | | $9.50 |
| | Fee Total | $ | 932.30 | |
| | Disbursement Total | $ | 9.50 | |
| | Invoice Total | $ | 941.80 | |

**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

salans FMC SNR Denton
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005
USA

October 8, 2013

**Invoice No. 1511215**

Client/Matter: 30000271-0153

Bankruptcy 2004 Motion and Discovery

Payment Due Upon Receipt

---

Total This Invoice                                                  $        1,372.80

Please return this page with your payment

In the case of mail deliveries to:             In the case of overnight deliveries to:
Dentons US LLP                                         Dentons US LLP
8000 Sears Tower            OR               Attention: Accounting
Dept. 7247-6670                                     233 South Wacker Drive
                                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

dentons.com

KV PHARMACEUTICAL COMPANY                                               October 8, 2013
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road                                 **Invoice No. 1511215**
Suite 200
Chesterfield, MO 63005
USA

Client/Matter:  30000271-0153

Bankruptcy 2004 Motion and Discovery

_____

For Professional Services Rendered through September 30, 2013:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 09/06/13 | M. Hall | 1.40 | 873.60 | Confer with D. Brasher regarding status of matters (.5); review background documents (.5); confer with P. Christmas regarding status of negotiations (.4). |
| 09/13/13 | M. Hall | 0.80 | 499.20 | Confer with D. Brasher regarding the status of matter and strategy moving forward. |
| Total Hours | | 2.20 | | |
| Fee Amount | | | | $1,372.80 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| M. Hall | $624.00 | <u>2.20</u> | <u>$1,372.80</u> |
| Totals | | 1,372.80 | $1,372.80 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,372.80 |
| | | _____ |
| Invoice Total | <u>$</u> | <u>1,372.80</u> |

2

**DENTONS**

Dentons US LLP    Salans FMC SNR Denton
1301 K Street, N.W.    dentons.com
Suite 600, East Tower
Washington, D.C.  20005-3364

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel                              October 8, 2013
16640 Chesterfield Grove Road
Suite 200                                              **Invoice No. 1511218**
Chesterfield, MO 63005

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals              Payment Due Upon Receipt

---

Total This Invoice                                    $         10,688.70

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
Dentons US LLP                                        Dentons US LLP
8000 Sears Tower                    OR               Attention: Accounting
Dept. 7247-6670                                       233 South Wacker Drive
                                                      Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
G. Weinreich
at 1 202 408 6400

**DENTONS**

Salans FMC SNR Denton
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
dentons.com

KV PHARMACEUTICAL COMPANY
Patrick J. Christmas, General Counsel
16640 Chesterfield Grove Road
Suite 200
Chesterfield, MO 63005

October 8, 2013

**Invoice No. 1511218**

Client/Matter: 30000271-2000

Lanny & Angela Jones v KV Pharmaceuticals

---

For Professional Services Rendered through September 30, 2013:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/03/13 | S. Rodriguez | 1.50 | 850.50 | Work on strategy for litigation claims and cases as company emerges from bankruptcy. |
| 09/04/13 | S. Rodriguez | 3.00 | 1,701.00 | Review litigation claims chart, work on strategy regarding product liability cases, create spreadsheet of remaining cases and analysis of same. |
| 09/05/13 | S. Rodriguez | 2.00 | 1,134.00 | Continue working on case evaluations post-bankruptcy. |
| 09/06/13 | S. Rodriguez | 0.90 | 510.30 | Work on litigation strategy regarding products cases. |
| 09/09/13 | S. Rodriguez | 2.00 | 1,134.00 | Prepare for and participate in conference with P. Hall, M. Nickel, and K. Rogers regarding litigation claim strategy; continue to review and evaluate remaining cases. |
| 09/09/13 | S. Rodriguez | 1.20 | 680.40 | Telephone conference with T. Armstrong regarding bankruptcy update and upcoming joint status report; review bankruptcy docket and orders; review draft status report and forward to C. Hintmann. |
| 09/09/13 | M. Hall | 0.50 | 312.00 | Review status report to the court and suggest revisions to same. |
| 09/10/13 | M. Hall | 0.80 | 499.20 | Conferences with CG Hintmann regarding status report and issues relating to products liability cases. |
| 09/10/13 | S. Rodriguez | 0.70 | 396.90 | Revise joint status report, confer with T. Armstrong regarding same; confer with C. Hintmann regarding questions raised by local counsel. |
| 09/11/13 | S. Rodriguez | 1.50 | 850.50 | Work on case evaluation and strategy. |

Lanny & Angela Jones v KV Pharmaceuticals

October 8, 2013

Matter: 30000271-2000
Invoice No.: 1511218

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/11/13 | M. Hall | 0.80 | 499.20 | Review client communications regarding status report and requests from local counsel (.5); confer with S. Rodriguez regarding strategy moving forward (.3). |
| 09/12/13 | S. Rodriguez | 1.50 | 850.50 | Case evaluation and strategy. |
| 09/13/13 | S. Rodriguez | 0.30 | 170.10 | Review filed status report and forward to C. Hintmann. |
| 09/13/13 | S. Rodriguez | 1.50 | 850.50 | Planning and preparation for litigation strategy meeting. |
| 09/13/13 | M. Hall | 0.40 | 249.60 | Review final status report. |
| Total Hours | | 18.60 | | |
| Fee Amount | | | | $10,688.70 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Hall | $624.00 | 2.50 | $1,560.00 |
| S. Rodriguez | $567.00 | 16.10 | $9,128.70 |
| Totals | | 18.60 | $10,688.70 |

| | | |
|---|---|---|
| Fee Total | $ | 10,688.70 |
| | | |
| Invoice Total | $ | 10,688.70 |