Hearing Date: December 11, 2013 at 11:00 a.m. (ET)
Objection Deadline: November 20, 2013 at 4:00 p.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
K-V Discovery Solutions, Inc., et al.,                       :    Case No. 12-13346 (ALG)
                                                             :
            Debtors.                                         :    (Jointly Administered)
                                                             :
------------------------------------------------------------ X

**NOTICE OF AMENDMENT TO THE FOURTH INTERIM AND FINAL
APPLICATION OF JEFFERIES LLC AS INVESTMENT BANKER AND
FINANCIAL ADVISOR FOR THE DEBTORS FOR FINAL APPROVAL
AND ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 4, 2012 THROUGH SEPTEMBER 15, 2013**

PLEASE TAKE NOTICE that on October 31, 2013, Jefferies LLC ("Jefferies")[1] filed its Fourth Interim and Final Application as Investment Banker and Financial Advisor for the Debtors for Final Approval and Allowance of Compensation for Professional Services and Reimbursement of Expenses for the Period from August 4, 2012 through September 15, 2013 [Docket No. 1198] (the "Application"). The deadline for objections to the Application was November 20, 2013 and no objections were filed or received before the deadline. The hearing on the Application will be held on December 11, 2013.

PLEASE TAKE FURTHER NOTICE that in the Application Jefferies requested total fees of $6,875,000.00, which amount reflected certain requested modifications to the crediting and fee discount mechanisms in the Jefferies engagement letter.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

PLEASE TAKE FURTHER NOTICE that as a result of discussions with the reorganized debtors (the "<u>Company</u>"), Jefferies has agreed to amend the total amount of fees sought in the Application and instead seek total fees in the reduced amount of $5,875,000.00, which amount (a) reflects a decrease in the requested modification of the crediting and fee discount mechanisms in the Jefferies engagement letter and (b) is supported by the Company.

| | |
|---|---|
| Dated: New York, New York<br>December 6, 2013 | Respectfully submitted,<br><br> /s/ Thomas A. Labuda, Jr.<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda, Jr.<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Counsel for Jefferies LLC |